ORIGINAL

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 17 2008
CLERK, U.S. DISTRICT COURT
By _____ Deputy

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

MARK CUBAN,

Defendant.

Civil Action No.: _____ (__)

3-08CV2050- D

### CERTIFICATE OF INTERESTED PARTIES

The Securities and Exchange Commission is unaware of any person or entity, other than the defendant, who has a financial interest in the outcome of this litigation.

DATED: November 17, 2008          Respectfully submitted,

/s/ Kevin O'Rourke

Toby Galloway (Texas Bar No. 00790733)   Kevin P. O'Rourke (D.C. Bar No. 254920)
Securities and Exchange Commission        Scott W. Friestad
Burnett Plaza, Suite 1900                 Robert B. Kaplan
801 Cherry Street, Unit 18                Daniel T. Chaudoin
Fort Worth, TX 76102                      Julie M. Riewe (D.C. Bar No. 472470)
(817) 978-6447                            Adam S. Aderton (D.C. Bar No. 496247)
(817) 978-2700 (fax)                      Securities and Exchange Commission
                                          100 F Street, N.E.
                                          Washington, D.C. 20549
                                          (202) 551-4442 (O'Rourke)
                                          (202) 772-9246 (fax) (O'Rourke)
                                          orourkek@sec.gov

                                          Attorneys for Plaintiff
                                          Securities and Exchange Commission