AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Securities and Exchange Commission ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. |
| Mark Cuban ) | |
| Defendant ) | 3-08CV2050-D |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Mark Cuban
5424 Deloach Avenue
Dallas, Texas 75220

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Kevin P. O'Rourke
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Karen Mitchell
Name of clerk of court

Date: ___11/17/2008___

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

(ISS-1)