**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____ DALLAS _____ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

NOV 1 7 2008

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| _____ SEC _____ , | § |
| **Plaintiff** | § |
| | § |
| v. | § |
| | § |
| _____ MARK CUBAN _____ , | § |
| **Defendant** | § |

**3-08CV2050-D**

Case Number

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

_____ SEC _____ , with offices at _____ 100 F STREET, N.E. _____ ,
                                                                    (Street Address)

_____ WASHINGTON _____ , _____ D.C. _____ , _____ 20549 _____ , _____ 202-551-4829 _____ .
(City)                                              (State)                          (Zip Code)        (Telephone No.)

**II.**     Applicant will sign all pleadings with the name _____ ADAM S. ADERTON _____ .

**III.**     Applicant has been retained personally or as a member of the above-named firm by

SECURITIES AND EXCHANGE COMMISSION

(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United

States District Court; for the Northern District of Texas.

**IV.**     Applicant is a member in good standing of the bar of the highest court of the state of

_____ THE DISTRICT OF COLUMBIA _____ , where Applicant regularly practices law.

Bar license number: _____ 496247 _____     Admission date: _____ February 3, 2006 _____ .

**V.**     Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Maryland Court of Appeals | December 2004 | Active |
| | | |
| | | |
| | | |

**VI.**   Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.**   Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.**   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.**   Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application                     Case No. And Style

_____            _____

_____            _____

(If necessary, attach statement of additional applications.)

**X.**   Local counsel of record associated with Applicant in this matter is _____TOBY GALLOWAY_____

who has offices at___BURNETT PLAZA, SUITE 1900, 801 CHERRY STREET, FORT WORTH, TX 76102___,
                    (Address)
_____817-978-6447_____.
(Telephone No.)

**XI.**   Check the appropriate box below.

For Application in a **Civil Case**

☑   Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐   Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this ____17th____ day of ____NOVEMBER____, 20__08__.

 

                                           Adam S. Aderton
_____

Printed Name of Applicant

_____

Signature

 

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this _____ day of

_____, _____.

 

_____

Printed Name of Applicant

_____

Signature

---

### ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☑ the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the Applicant.

November 17, 2008
_____      _____

DATE                                          JUDICIAL OFFICER