ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____DALLAS_____ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
NOV 1 7 2008
CLERK, U.S. DISTRICT COURT
By _____ Deputy

_____SEC_____, §
§
**Plaintiff** §
§
v. §  **3-08CV2050-D**
§  Case Number
_____MARK CUBAN_____, §
§
**Defendant**

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of)
_____SEC_____, with offices at _____100 F STREET, N.E._____,
(Street Address)

___WASHINGTON___, ___D.C.___, ___20549___, ___202-551-4546___.
(City)         (State)      (Zip Code)    (Telephone No.)

II.  Applicant will sign all pleadings with the name _____JULIE M. RIEWE_____.

III.  Applicant has been retained personally or as a member of the above-named firm by

SECURITIES AND EXCHANGE COMMISSION

(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court; for the Northern District of Texas.

IV.  Applicant is a member in good standing of the bar of the highest court of the state of
_____DISTRICT OF COLUMBIA_____, where Applicant regularly practices law.
Bar license number: ___472470___  Admission date: ___May 11, 2001___.

V.  Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Supreme Court of California | June 2000 | Inactive |
|  |  |  |
|  |  |  |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application | Case No. And Style |
|---|---|
| | |
| | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is _____TOBY GALLOWAY_____
who has offices at___BURNETT PLAZA, SUITE 1900, 801 CHERRY STREET, FORT WORTH, TX 76102___,
(Address)
_____817-978-6447_____.
(Telephone No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this __17th__ day of __November__, 20__08__.

JULIE M. RIEWE

Printed Name of Applicant

_/s/_

Signature

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this _____ day of _____, _____.

Printed Name of Applicant

Signature

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☑ the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the Applicant.

November 17, 2008
DATE

_/s/_
JUDICIAL OFFICER