Securities and Exchange Commission v. Cuban                                                                Doc. 7

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____DALLAS_____ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
NOV 2 5 2008
CLERK, U.S. DISTRICT COURT
By _____
Deputy

_____S.E.C._____,

**Plaintiff**

v.

_____MARK CUBAN_____,

**Defendant**

§
§
§
§
§
§
§

_____3:08-CV-02050-D_____
Case Number

26918

### APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

I.   Applicant is an attorney and a member of the law firm of (or practices under the name of)
     ___Dewey & LeBoeuf LLP___, with offices at ___1101 New York Avenue, NW___,
                                                    (Street Address)

     ___Washington___, ___D.C.___, ___20005___, ___202 346 8000___.
     (City)               (State)       (Zip Code)       (Telephone No.)

II.  Applicant will sign all pleadings with the name _____Ralph C. Ferrara_____.

III. Applicant has been retained personally or as a member of the above-named firm by

     Mark Cuban

                              (List All Parties Represented)

     to provide legal representation in connection with the above-styled matter now pending before the United
     States District Court, for the Northern District of Texas.

IV.  Applicant is a member in good standing of the bar of the highest court of the state of
     ___Wash. D.C. (see continuation page)___, where Applicant regularly practices law.
     Bar license number: ___156380___  Admission date: ___11/23/70___.

V.   Applicant has also been admitted to practice before the following courts:

     Court:                          Admission Date:              Active or Inactive:
     ___see continuation page___     _____         _____
     _____            _____         _____
     _____            _____         _____
     _____            _____         _____

Dockets.Justia.com

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application | Case No. And Style |
|---|---|
| | |
| | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is _____Paul Coggins_____
who has offices at _____1717 Main Street, Suite 5000, Dallas, Texas 75201_____,
      (Address)
____214-747-5070____ .
(Telephone No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this 21 day of November, 2008.

Ralph C. Ferrara

Printed Name of Applicant

Signature

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this 24th day of November, 2008.

Printed Name of Applicant

Signature

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☑ the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the Applicant.

November 25, 2008
DATE

JUDICIAL OFFICER

## Application for Admission Pro Hac Vice, continuation page

### IV. (continued)

Applicant is also a member in good standing of the bars of following states:

| State Bar | Bar No. | Admission Date |
|---|---|---|
| Colorado | 022796 | 5/25/93 |
| Florida | 0846929 | 5/11/90 |
| New York | 1786508 | 4/6/82 |

### V. (continued)

| Court | Admission Date | Active or Inactive |
|---|---|---|
| USDC for the District of Columbia | 11/23/70 | Active |
| DC Court of Appeals | 11/23/70 | Active |
| US Court of Appeals for DC Circuit | 1/28/71 | Active |
| USDC for the Southern District of NY | | Active |
| US Supreme Court | 10/30/78 | Active |
| US Court of Appeals for 10th Circuit | 2/13/79 | Active |
| US Court of Appeals for 4th Circuit | 11/30/79 | Active |
| USDC for the District of Florida | 7/3/96 | Active |
| US Court of Appeals for 6th Circuit | 9/13/99 | Active |
| US Court of Appeals for 5th Circuit | 4/18/03 | Active |
| US Court of Appeals for 3rd Circuit | 4/13/05 | Active |
| USDC for the Eastern District of Virginia | 6/15/06 | Active |