# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
*Dallas Division*

Securities and Exchange Commission

Plaintiff

v.

Mark Cuban

Defendant

3:08-cv-02050 (SAF)

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(f), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

Mark Cuban

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

Not applicable.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

Mark Cuban

| | |
|---|---|
| Date: | January 14, 2009 |
| Signature: | /s/ Lyle Roberts |
| Print Name: | Lyle Roberts |
| Bar Number: | D.C. Bar No. 464789 |
| Address: | 1101 New York Avenue, NW |
| City, State, Zip: | Washington, D.C. 20005 |
| Telephone: | (202) 346-8000 |
| Fax: | (202) 346-8102 |
| E-Mail: | lroberts@dl.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons