**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, | : |
| | : |
| Plaintiff, | :    Civil Action No.: 3-08-CV2050-D |
| | : |
| v. | : |
| | : |
| **MARK CUBAN**, | : |
| | : |
| Defendant. | : |
| | : |

**AGREED MOTION TO EXTEND BRIEFING DEADLINES
RELATING TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Securities and Exchange Commission respectfully requests additional time to respond to Defendant Mark Cuban's motion to dismiss. Mr. Cuban, in turn, requests additional time to file a reply brief. Neither party opposes the other's request.

1.    The Commission filed its Complaint on November 17, 2008. Defendant executed a waiver of service, affording him 60 days to move to dismiss, answer or otherwise respond. Mr. Cuban filed his motion to dismiss on January 14, 2009.

2.    The Commission asked Mr. Cuban to agree to an extension of the deadline for the Commission's opposition to the motion to dismiss until February 17, 2009. The Commission advised Mr. Cuban that the Commission counsels' already full schedules would be compounded by the shut-down of Washington, D.C. for the inauguration and related events. These events fell the very week after the motion to dismiss was filed.

3. Mr. Cuban has agreed, subject to the Court's approval, that Plaintiff may have until February 17, 2009 to respond to his motion to dismiss. In return, the Commission has agreed that Defendant may have until March 10, 2009 to reply.

Therefore, the parties respectfully request that the Court enter an order in the form submitted with this motion, extending Plaintiff's deadline to respond to Mr. Cuban's motion to dismiss until February 17, 2009, and extending Defendant's deadline to reply until March 10, 2009.

Dated: January 21, 2009                              Respectfully submitted,


                                                     */s/ Kevin P. O'Rourke*
                                                     Kevin P. O'Rourke (D.C. Bar No. 254920)
                                                     Julie M. Riewe (D.C. Bar No. 472470)
                                                     Adam S. Aderton (D.C. Bar No. 496247)
                                                     Securities and Exchange Commission
                                                     100 F Street, N.E.
                                                     Washington, D.C. 20549
                                                     (202) 551-4442 (O'Rourke)
                                                     (202) 772-9246 (fax) (O'Rourke)
                                                     orourkek@sec.gov

                                                     Toby M. Galloway
                                                     Texas Bar No. 00790733
                                                     Securities and Exchange Commission
                                                     Burnett Plaza, Suite 1900
                                                     801 Cherry Street, Unit 18
                                                     Fort Worth, TX 76102
                                                     (817) 978-6447
                                                     (817) 978-2700 (fax)

                                                     Attorneys for Plaintiff
                                                     Securities and Exchange Commission

**_/s/ Lyle Roberts_**
Lyle Roberts (*pro hac vice*)
Bar No. 464789
Ralph C. Ferrara (*pro hac vice*)
Bar No. 156380
Stephen A. Best
Bar No. 428447
Henry W. Asbill
Bar No. 938811
DEWEY & LEBOEUF LLP
1101 New York Avenue, NW Washington,

Telephone: (202) 346-8000
Facsimile: (202) 346-8102 lroberts@dl.com
rferrara@dl.com
sbest@dl.com
hasbill@dl.com

Christopher J. Clark (*pro hac vice*)
N.Y. Bar No. 2854222
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
cjclark@dl.com

Counsel for Defendant Cuban

OF COUNSEL:

Stephen M. Ryan
Texas Bar No. 24002881
DEWEY & LEBOEUF LLP
1000 Main Street, Suite 2550
Houston, Texas 77002
Telephone 713-287-2025
713-445-2125 – Fax
sryan@dl.com

Paul Coggins
Texas Bar No. 04504700
Kip Mendrygal
Texas Bar No. 24041472
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: 214-747-5070
Facsimile: 214-747-2091
coggins@fr.com
mendrygal@fr.com