IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 3:08-CV-2050-D |
| VS. | § § | |
| MARK CUBAN, | § § | |
| Defendant. | § § | |

## **ORDER**

The parties' January 22, 2009 agreed motion to extend briefing deadlines relating to defendants' motion to dismiss is granted. Plaintiff's deadline to respond to defendant's motion to dismiss is February 17, 2009, and defendant's deadline to reply is March 10, 2009.

**SO ORDERED**.

January 23, 2009.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE