

ORIGINAL

*w/o to Judge*

*)*

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**

FEB - 2 2009

CLERK, U.S. DISTRICT COURT
By _____
Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:08-cv-02050 (SAF) |
| | ) | |
| MARK CUBAN, | ) | |
| | ) | |
| Defendant | ) | |

---

### MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Professor Allen Ferrell, on behalf of himself and Professors Stephen Bainbridge, Alan R.

Bromberg, M. Todd. Henderson, and Jonathan R. Macey, as *amici curiae,* request leave to file

the brief attached to this motion as Exhibit A in support of Defendant Mark Cuban's Motion to

Dismiss.

The *amici curiae* are law professors who study, analyze, write about, and teach the

federal securities laws and their role in regulating U.S. capital markets. The law professors

joining this submission as *amici curiae*, listed alphabetically, are:

- Professor Stephen Bainbridge, the William D. Warren Professor of Law at UCLA Law School;
- Professor Alan R. Bromberg, a University Distinguished Professor of Law at SMU Dedman School of Law;
- Professor Allen Ferrell, the Greenfield Professor of Securities Law at Harvard Law School;
- Professor M. Todd Henderson, an Assistant Professor of Law at the University of Chicago Law School; and
- Professor Jonathan R. Macey, the Sam Harris Professor of Corporate Law, Finance, and Securities Regulation at Yale Law School.

The full curricula vitae of the *amici curiae* are attached as Exhibit B to this motion.[1]

The *amici curiae* are interested in the predictable interpretation of the securities laws in accordance with the statutory text and purpose. The case against Mark Cuban presents an important interpretive issue concerning the application of insider trading law. For the reasons set forth in the attached *amici curiae* submission, the *amici curiae* support the dismissal of the complaint against Mark Cuban.

Accordingly, the *amici curiae* respectfully request – pursuant to Local Rule 7.2 – that this Court grant them leave to file the brief attached as Exhibit A.

Respectfully submitted,

Allen Ferrell
Greenfield Professor of Securities Law
Harvard Law School
Cambridge, Massachusetts 02138
(617) 495-8961
fferrell@law.harvard.edu

*On Behalf of the Amici Curiae*

---

[1] The *amici curiae* did not receive any form of compensation with respect to their *amici curiae* submission and the views expressed in the brief are their own. Counsel for Mark Cuban provided the *amici curiae* with assistance in the preparation of the submission.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion for Leave to File Amici Curiae Brief in Support of Defendant's Motion to Dismiss was served on the counsel of record listed below, by first class U.S. mail, on February 2, 2009.

Mr. Kevin P. O'Rourke
U. S. SECURITIES AND EXCHANGE COMMISSION
100 F St. NE, Washington, DC 20549
*Attorney for Plaintiff*
*Securities and Exchange Commission*

Mr. Lyle Roberts
DEWEY & LEBOEUF LLP
1101 New York Avenue, NW
Washington, D.C. 20005
*Attorney for Defendant*
*Mark Cuban*


_Allen Ferrell_
Allen Ferrell



# EXHIBIT A

**PROPOSED BRIEF IN SUPPORT OF DEFENDANT'S
MOTION TO DISMISS**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 3:08-cv-02050 (SAF) |
| MARK CUBAN, | ) ) | |
| Defendant | ) ) ) | |

## BRIEF OF *AMICI CURIAE* IN SUPPORT OF
## DEFENDANT'S MOTION TO DISMISS

Section 10(b) of the Securities Exchange Act of 1934 creates fraud liability for conduct involving a "deceptive device or contrivance" used "in connection with" the purchase or sale of securities. In *U.S. v. O'Hagan*, 521 U.S. 642 (1997), the U.S. Supreme Court found that Section 10(b) permits liability for insider trading based on the misappropriation theory. Under that theory, "a fiduciary's undisclosed, self-serving use of a principal's information to purchase or sell securities, in breach of a duty of loyalty and confidentiality, defrauds the principal of the exclusive use of that information." *Id.* at 652. The Court emphasized, consistent with its earlier insider trading rulings, that *only* if the defendant has breached a fiduciary or similar relationship of trust and confidence can the defendant be found to have engaged in the requisite deception through nondisclosure. *Id.*

In the context of a business relationship, a confidentiality agreement alone is insufficient to create a fiduciary or similar relationship of trust and confidence between the parties. Under both state and federal common law, a confidentiality agreement alone creates only an obligation

to maintain the secrecy of the information, not a fiduciary or fiduciary-like duty to act loyally to the source of the information. In the absence of any other facts or circumstances indicating the existence of a fiduciary or similar relationship of trust and confidence, there can be no insider trading liability based on the misappropriation theory pursuant to Section 10(b).

After the *O'Hagan* decision, the Securities and Exchange Commission (SEC) promulgated Rule 10b5-2. 17 C.F.R. § 240.10b5-2 (2002). The adopting release states that the rule was designed to address when "a breach of a family or other non-business relationship may give rise to liability under the misappropriation theory of insider trading." *Selective Disclosure and Insider Trading*, 65 FR 51716 (Aug. 24, 2000). Federal courts likewise have found that Rule 10b5-2 does not apply in the context of business relationships. *See, e.g., SEC v. Talbot*, 430 F. Supp. 2d 1029, 1061 n.91 (C.D. Cal. 2006).

Rule 10b5-2 purports to provide a non-exclusive list of three situations in which a person is deemed to have a "duty of trust or confidence" for purposes of applying the theory. 17 C.F.R. § 240.10b5-2 (2002) (preliminary note). The first situation in which a person is deemed to have a "duty of trust or confidence" is "[w]henever a person agrees to maintain information in confidence." *Id.* § 240.10b5-2(b)(1).

Assuming that Rule 10b5-2(b)(1) is even applicable to business relationships, a confidentiality agreement alone would be insufficient to establish the existence of a fiduciary or similar relationship of trust and confidence. The SEC's use of the phrase "trust *or* confidence" in Rule 10b5-2(b)(1), as opposed to the *O'Hagan* standard of "trust *and* confidence," suggests that the SEC sought to go beyond the *O'Hagan* articulation of the misappropriation theory. If Rule 10b5-2(b)(1) creates potential liability based *solely* on the existence of a confidentiality agreement, the rule is an invalid exercise of the agency's rulemaking authority. Interpreted in

this manner, Rule 10b5-2(b)(1) directly contradicts the Supreme Court's rulings on the scope of

Section 10(b) liability for insider trading because it would create liability without the existence

of a fiduciary or similar relationship of trust and confidence. The SEC does not have the

authority to adopt rules that impermissibly expand the scope of Section 10(b) liability. *Santa Fe*

*Industries, Inc. v. Green*, 430 U.S. 462 (1977); *Ernst & Ernst v. Hochfelder*, 425 U.S. 185

(1976).

Respectfully submitted,

_____
Allen Ferrell
Greenfield Professor of Securities Law
Harvard Law School
Cambridge, Massachusetts 02138
(617) 495-8961
fferrell@law.harvard.edu

*On Behalf of Himself and the Amici Curiae:*

Stephen Bainbridge
William D. Warren Professor of Law
UCLA Law School
PO Box 951476
Los Angeles, California 90095-1476
bainbridge@law.ucla.edu

Alan R. Bromberg
University Distinguished Professor of Law
SMU Dedman School of Law
Dallas, Texas
abromber@mail.smu.edu

M. Todd Henderson
Assistant Professor of Law
University of Chicago Law School
1111 East 60th Street
Chicago, IL 60637
toddh@uchicago.edu

Jonathan R. Macey
Sam Harris Professor of Corporate Law,
Finance, and Securities Regulation
Yale Law School
127 Wall Street
New Haven, CT 06511
jonathan.macey@yale.edu

# EXHIBIT B

**CURRICULA VITAE OF THE *AMICI CURIAE***

January 31, 2009

**Stephen M. Bainbridge**
UCLA School of Law
405 Hilgard Avenue
Los Angeles, CA 90095
310.206.1599
bainbridge@law.ucla.edu
www.ProfessorBainbridge.com

## EDUCATION

A.B., cum laude, Western Maryland College, 1980
M.S., University of Virginia Graduate School of Arts & Sciences, 1983
J.D., University of Virginia School of Law, 1985

## PREVIOUS EMPLOYMENT

Summer Associate, White & Case, New York, New York, 1984
Law Clerk, The Honorable Frank A. Kaufman, Chief Judge, United States District Court for the
    District of Maryland, Baltimore, Maryland, 1985-86
Associate, Arnold & Porter, Washington, D.C., 1986-88
Assistant Professor, University of Illinois College of Law, 1988-92
Associate Professor, University of Illinois College of Law, 1992-94
Professor, University of Illinois College of Law, 1994-97

## UCLA SERVICE

## ACADEMIC AND ADMINISTRATIVE TITLES

Visiting Professor, University of California, Los Angeles, 1996-97
Professor, University of California, Los Angeles, 1997-present

## LAW SCHOOL COURSES TAUGHT

| Date | No. | Title | Units | Enrollment |
|------|-----|-------|-------|------------|
| F 1996 | 230. | Business Associations | 4 | 108 |
| F 1996 | 237. | Corporate Finance | 3 | 54 |
| S 1997 | 236. | Securities Regulation | 3 | 91 |
| F 1997 | 228A. | Mergers and Acquisitions | 3 | 38 |
| S 1998 | 230. | Business Associations | 4 | 109 |
| S 1998 | 237. | Corporate Finance | 3 | 80 |
| F 1998 | 230. | Business Associations | 4 | 112 |
| S 1999 | 237. | Corporate Finance | 3 | 89 |
| S 1999 | 228A. | Mergers and Acquisitions | 3 | 56 |
| F 1999 | 230. | Business Associations | 4 | 89 |
| S 2000 | 237. | Corporate Finance | 3 | 89 |
| S 2000 | 506A. | Seminar - Corporate Governance | 3/2 | 9 |
| F 2000 | | On Leave [at Harvard] | | |
| S 2001 | | On Leave [at Harvard] | | |

| F 2001 | | Sabbatical | | |
|--------|------|-------------------------------------------|-----|-----|
| S 2002 | 230. | Business Associations | 4 | 81 |
| F 2002 | 366. | Unincorporated Business Associations | 3 | 16 |
| S 2003 | 230. | Business Associations | 4 | 122 |
| S 2003 | 231. | Advanced Corporation Law | 3 | 16 |
| F 2003 | 231. | Advanced Corporations | 3 | 20 |
| S 2004 | 366. | Unincorporated Business Associations | 3 | 9 |
| S 2004 | 230. | Business Associations | 4 | 109 |
| F 2004 | 230. | Business Associations | 4 | 85 |
| F 2004 | 506. | Seminar: Corporations | 3/2 | 12 |
| S 2005 | 230. | Business Associations | 4 | 104 |
| F 2005 | 230. | Business Associations | 4 | 85 |
| S 2006 | 231. | Advanced Corporate Law | 4 | 59 |
| S 2006 | 589. | Seminar – Corporate Governance Colloquium | 3/2 | 14 |
| F 2006 | 230. | Business Associations | 4 | 154 |
| S 2007 | 589. | Seminar – Corporate Governance Colloquium | 3/2 | 14 |
| S 2007 | 230. | Business Associations | 4 | 85 |
| F 2007 | | Sabbatical | | |
| S 2008 | 230. | Business Associations | 4 | |
| S 2008 | 237. | Corporate Finance | 3 | |

## LAW SCHOOL COMMITTEE MEMBERSHIP

Business Law Committee, 1997 98; 1998 99; Chair, 1999-00; 2001-02 (S); 2005-06; 2007-08 (S)
External Appointments Committee, 1998 99
Appointments: Business Law & Law & Economics Search Subcommittee, 1998 99
Appointments: Business Law Search Subcommittee, 2000-01
Library & Technology, Chair, 2001-02; 2003-04; 2007-08 (S)
Internal Appointments, 2002-03; 2006-07
Career Services Committee, 2005-06

## OTHER UNIVERSITY TEACHING

Special Topics in Management, Management 180, UCLA Summer Sessions International Program (2006)
Special Topics in Management, Management 180, UCLA Summer Sessions International Program (2007)

## ADDITIONAL ACADEMIC AND OTHER APPOINTMENTS

Student, George Mason University School of Law, Law and Economics Center, Economics Institute for Law Professors, Dartmouth, NH, July 1994
Visiting Professor, Aoyama Gakuin University, Tokyo, May 1999
Joseph Flom Visiting Professor of Law and Business, Harvard Law School, 2000-01
Visiting Professor, La Trobe School of Law, Melbourne, Australia, July 2005
Distinguished Visiting Scholar, University of Maryland School of Law, Baltimore, Maryland, November 2005

Francis G. Pileggi Distinguished Lecturer in Law, Widener University School of Law, September 16, 2005

Visiting Professor, La Trobe School of Law, Melbourne Australia, November 2007

## SERVICE TO PROFESSIONAL SOCIETIES AND ORGANIZATIONS

District of Columbia Bar
Admitted, November 1986
Active member, 1986-96
Inactive member, 1996-98
Federalist Society
Member, since 1998
E-Communications Vice Chairman and Executive Committee member, Corporations, Securities & Antitrust Practice Group, since 2001
Association of American Law Schools
Executive Committee of the Section on Business Associations, 2003-2006
Member, Planning Committee for June 2009 Mid-year Conference on Business Associations
Member, American Bar Association Committee on Corporate Laws, 2008-2014

## SERVICE ON EDITORIAL BOARDS

Member, Editorial Advisory Board, Journal of Markets and Morality, 2004-2006

## AWARDS, HONORS, COMMENDATIONS

Omicron Delta Kappa, University of Virginia School of Law, 1985
Order of the Coif, University of Virginia School of Law, 1985 (class rank in top ten percent of graduating class)
Best Instructor Award, University of Illinois College of Law, 1990
"Insider Trading under the Restatement of the Law Governing Lawyers," Named as One of The Best Corporate and Securities Articles of 1994 by Corporate Practice Commentator
Salvatori Fellow, Heritage Foundation, 1994 96
"Director Primacy: The Means and Ends of Corporate Governance," Named as One of The Best Corporate and Securities Articles of 2003 by, Corporate Practice Commentator, Vanderbilt Law School
"The Business Judgment Rule as Abstention Doctrine," Named as One of The Best Corporate and Securities Articles of 2004 by, Corporate Practice Commentator, Vanderbilt Law School
"Director Primacy and Shareholder Disempowerment," Named as One of The Best Corporate and Securities Articles of 2006, by Corporate Practice Commentator, Vanderbilt Law School
Appointed as William D. Warren Professor of Law, UCLA School Of Law, 2006
Rutter Award for Excellence in Teaching, UCLA School of Law, 2008

## FELLOWSHIPS AND RESEARCH GRANTS

Grant Recipient, Ross and Helen Workman Law Research Fund, University of Illinois College of Law, 1992, 1994

## INVITED LECTURES, PAPERS AT MEETINGS AND SIMILAR ACTIVITIES

Presentation, "Consideration of Nonshareholder Interests in Corporate Decisionmaking: Moral Obligations and Legal Limitations," Fourth Annual Symposium on Law, Religion and Ethics, Hamline University School of Law, October 25, 1991.

Paper, "Interpreting Nonshareholder Constituency Statutes," University of Illinois College of Law alumni meeting, St. Louis, Missouri, March 12, 1993; Current Issues in Securities Regulation Symposium, Pepperdine University School of Law, February 22, 1992, transcribed at 19 Pepperdine Law Review 1229 (1992).

Presentation, "Nonshareholder Constituency Statutes," University of Illinois College of Law alumni meeting, St. Louis, Missouri, March 12, 1993.

Presentation, "Hate Speech," UIUC Senate Meeting, Champaign, Illinois, October 4, 1993.

Paper, "Independent Directors and the ALI Corporate Governance Project," The ALI Principles of Corporate Governance and the Future of Corporate Law Symposium, Cardozo School of Law, October 15, 1993.

Paper, "In Defense of the Shareholder Wealth Maximization Norm," New Directions in Corporate Law Symposium, Washington and Lee University School of Law, November 5, 1993.

Presentation, "Implications of Modern Portfolio Theory and Efficient Capital Markets Theory for Trust and Estate Administration," Eastern Illinois Estate Planners Council Meeting, Urbana, Illinois, February 8, 1994.

Paper, "Student Religious Organizations and University Policies Against Discrimination on the Basis of Sexual Orientation," Following Christ in the Legal Academy Conference, Geneva College Center for Law and Public Policy, January 4, 1995; Higher Education, Student Affairs and the Law Conference, University of Illinois, May 19, 1994.

Presentation, "Business Structure Choices in the 90s," Illinois Institute of Continuing Legal Education, First Annual Short Course on Advising Illinois Businesses, Champaign, Illinois, October 13, 1994.

Presentation, "Student Religious Organizations and University Policies Against Discrimination on the Basis of Sexual Orientation," Following Christ in the Legal Academy Conference, Geneva College Center for Law and Public Policy, January 4, 1995.

Paper, "The Role of State Law Fiduciary Duties Within the Federal Insider Trading Prohibition," Stetson University College of Law faculty workshop, March 14, 1995; University of Missouri-Columbia School of Law faculty workshop, February 27, 1995; and Southern Illinois University School of Law faculty workshop, April 29, 1994.

Presentation, "Christian Fiction: Legal Issues for Libraries," Mid-Illinois Readers' Advisory Group's Program on Christian Fiction, Champaign, Illinois, March 30, 1995.

Presentation, "Redeeming Law and Economics," Following Christ in the Legal Academy Conference, San Antonio, Texas, January 3, 1996.

Paper, "Participatory Management Within a Theory of the Firm," University of Alabama School of Law faculty workshop, September 21, 1996; George Mason University School of Law faculty workshop, February 13, 1996.

Invited Lecture, "Corporate Decisionmaking and the Moral Rights of Employees: Participatory Management and Natural Law," Donald A. Gianella Memorial Lecture, Villanova University School of Law, April 1, 1998; Case Western University School of Law faculty workshop, February 20, 1998.

Paper, "Privately Ordered Participatory Management: An Organizational Failures Analysis," American Law and Economics Association Annual Meeting, American Law and Economics Association, May 8 - May 9, 1998; Columbia Law School Sloan Project on Corporate

Governance Conference on Alternative Perspectives on Corporate Governance, January 23, 1998; George Mason University School of Law faculty workshop, November 13, 1997.

Presentation, "The Doctrinal Incoherence of United States v. O'Hagan," Southern Methodist University Law Review Corporate Counsel Symposium, October 2, 1998.

Invited Discussant, Afred P. Sloan Foundation Conference on Team Production at Georgetown Law Center, March 4-5, 1999.

Presentation, "The Law and Economics of Insider Trading," Aoyama Gakuin University Faculty of Law faculty seminar, Tokyo, May 27, 1999.

Presentation, "Fiduciary Responsibilities of the Non-Profit Board," Associated Students UCLA 1999-2000 Board of Directors Orientation Retreat, June 21, 1999.

Co-organizer and moderator, 1999 UCLA School of Law Corporate Governance Conference, September 17, 1999.

Paper, "Insider Trading Regulation: The Path Dependent Choice between Property Rights and Securities Fraud," Notre Dame Law School faculty workshop, October 1, 1999.

Presentation, "Kovacik v. Reed and the Allocation of Capital Losses in Service Partnerships," faculty workshop at the Emory University School of Law, October 13, 1999.

Paper, "Contractarianism in the Business Associations Classroom," Teaching Corporate Law Conference at the University of Georgia School of Law, October 15, 1999.

Presentation, "Kovacik v. Reed and the Allocation of Capital Losses in Service Partnerships," UCLA School of Law seminar for visiting lawyers, November 8, 1999.

Invited Lecturer, "Behavioral Economics of Mandatory Disclosure," UCLA School of Law faculty workshop, February 28, 2000; Pepperdine University School of Law faculty workshop, March 3, 2000; University of Cincinnati College of Law Center for Corporate Law, Thirteenth Annual Corporate Law Symposium, March 9, 2000; and also presented as a paper at the University of San Diego School of Law faculty workshop, April 7, 2000.

Paper, "Employee Involvement in Workplace Governance Post-Collective Bargaining," The Study of Legality: A Conference on Philip Selznick's Law, Society, and Industrial Justice, University of California at Berkeley, April 14, 2000.

Presentation, "Fiduciary Responsibilities of the Non-Profit Board," Associated Students UCLA 2000-01 Board of Directors Orientation Retreat, June 20, 2000.

Co-organizer, UCLA/USC Corporate Law Roundtable, October 13, 2000.

Paper, "Abolishing Veil Piercing," Boston College School of Law faculty workshop, October 18, 2000.

Paper, "Constraints on Shareholder Activism: A U.S.-Slovenia Comparison," Northwestern University School of Law faculty workshop, November 1, 2000.

Paper, "Corporate Boards and Group v. Individual Decisionmaking," University of Illinois College of Law faculty workshop, March 8, 2001; Harvard Law School Law and Economics seminar, April 20, 2001.

Paper, "Judging Shortcuts: The Role of Judicial Decisionmaking in Corporate and Securities Law," University of Michigan Law School John M. Olin Center for Law and Economics, April 20, 2001.

Paper, "Director Primacy: The Means and Ends of Corporate Governance," Georgetown-Sloan Project on Business Institutions Conference, Georgetown Law Center, October 11, 2001.

Paper, "Why a Board? Group Decision Making in Corporate Governance," University of Texas Law School faculty workshop, November 2, 2001.

Paper, "Why a Board?," UCLA/USC Corporate Law Roundtable, November 2, 2001.

Co-organizer, UCLA/USC Corporate Law Roundtable, November 9, 2001.

Paper, "Director v. Shareholder Primacy in the Convergence Debate," 21st Annual International Law Symposium, McGeorge School of Law, February 23, 2002.

Paper, "The Bishops and the Corporate Stakeholder Debate," Symposium on Religion and Investing, Villanova University School of Law, April 6, 2002.

Paper, "The Board as Nexus of Contracts," UCLA School of Law faculty workshop, April 15, 2002.

Invited Participant, Federalist Society Western Leadership Conference, June 1, 2002.

Presentation, "Sarbanes-Oxley and the Creeping Federalization of Corporate Law," Gonzaga University School of Law Federalist Society Chapter, October 18, 2002.

Paper, "Dead Hand and No Hand Pills: Precommitment Strategies in Corporate Law," Ohio State College of Law faculty workshop, October 25, 2002.

Co-organizer and Moderator, UCLA/USC Corporate Law Roundtable, November 8, 2002.

Presentation, "Corporate Governance Today," UCLA School of Law Board of Advisors Meeting, December 10, 2002.

Presentation, "The NYSE's Director Independence Standards," Section on Securities Regulation Workshop, AALS Annual Meeting, January 3, 2003.

Paper, The Bishops and the Corporate Stakeholder Debate, Law Professors' Christian Fellowship Annual Conference, Saturday, January 4, 2003.

Presentation, Director Primacy and Sarbanes-Oxley § 307, Joint Program of Sections on Business Associations and Professional Responsibility, AALS Annual Meeting, January 5, 2003.

Paper, "Dead Hand and No Hand Pills: Precommitment Strategies in Corporate Law, Law and Economics Seminar," University of California at Berkeley Law School, February 10, 2003.

Presentation, Current Issues in Corporate Governance, Capital Forum, California Senate Office of Research, March 20, 2003.

Panelist, "Corporate Governance Guidelines: Common Ground – Realistic Expectations," John L. Weinberg Center for Corporate Governance, University of Delaware, April 17, 2003.

Invited Participant, Federalist Society Western Leadership Conference, May 31, 2003.

Presentation, "Fiduciary Responsibilities of the Non-Profit Board," Associated Students UCLA 2003-2004 Board of Directors Orientation Retreat, June 18, 2003.

Invited Discussant, "Conference on the Role of Law in Creating Value for Shareholders," University of California at Berkeley Law School, August 24, 2003.

Paper, "Managerialism, Legal Ethics, and Sarbanes-Oxley § 307," Symposium on Sarbanes-Oxley: In the Wake of Corporate Governance Reform, Michigan State University DCL College of Law, September 19, 2003.

Panelist, "The Corporation through the Lens of Catholic Social Thought, Symposium on Catholic Social Thought, Villanova University School of Law, October 4, 2003.

Commentator, Law and Business Conference, Vanderbilt Law School, October 17, 2003

Invited Lecture, The Business Judgment Rule, 2003-2004 Endries Distinguished Lecture Series, Syracuse University College of Law, January 23, 2004

Presentation, "Competing Concepts of the Corporation (a.k.a. Criteria? Just Say No)," Indiana Unversity School of Law Faculty Colloquium, September 17, 2004

Presentation, "The Behavioral Challenge to the Efficient Capital Markets Hypothesis," UCLA School of Law Faculty Colloquium, October 18, 2004

Presentation, "The Creeping Federalization of Corporate Law," Chapman University School of Law Federalist Society, November 15, 2004

Presentation, "Shareholder Director Nominations: A Comment on Proposed SEC Rule 14a-11," Workshop on Democratic Governance: Elections and Shareholder Participation in the Selection of Corporate Boards, Association of American Law Schools Annual Meeting, January 6, 2005

Paper, "Competing Concepts of the Corporation (a.k.a. Criteria? Just Say No)," Mercatus Center/Berkeley Business Law Journal Symposium on The Criteria for Good News of Business Association, January 8, 2005

Presentation, "Ethical and Legal Obligations of Lawyers in the Current Environment After Sarbanes-Oxley," UCLA Law Alumni Los Angeles Chapter, January 20, 2005

Presentation, "Corporate Lawyers and Social Responsibility," Pepperdine University School of Law Institute on Law, Religion, and Ethics Conference on Lawyers, Faith, and Social Justice: Our Responsibility to "The Orphan, The Widow, The Alien," and "The Least of These," February 5, 2005

Presentation, "Who Rules the Boardroom?," Loyola Law School Federalist Society Chapter, March 3, 2005

Presentation, "Executive Compensation," University of Colorado School of Law faculty workshop, March 11, 2005

Moderator, Panel Discussion, Trial Lawyers, Inc.: California - A Report on the Lawsuit Industry in California, Manhattan Institute Center for Legal Policy, Milken Institute, June 15, 2005

Presentation, "The Non-Profit Board: Role and Duties," Associated Students of UCLA 2005-2006 Board of Directors Orientation Retreat, June 22, 2005

Panelist, Beyond Sarbanes-Oxley - Continued Corporate Transparency, Loyola Marymount Center for Executive Learning, June 29, 2005

Lecture, "Unocal at 20: Director Primacy in Corporate Takeovers," Francis G. Pileggi Distinguished Lecture in Law, Widener University School of Law, September 16, 2005

Paper, "Shareholder Activism by Institutional Investors," The New Corporate Governance Conference: Panel on "The Active Shareholder," Washington University School of Law, September 30, 2005

Paper, "Shareholder Activism by Institutional Investors," University of Maryland School of Law faculty colloquium, November 2, 2005

Keynote Speaker, "Much Ado About Little? Directors' Fiduciary Duties in the Vicinity of Insolvency," Conference on Twilight in the Zone of Insolvency: Fiduciary Duty and Creditors of Troubled Companies, University of Maryland School of Law, November 4, 2005

Panelist, "Corporate Responsibility," UCLA Business Law Association, November 8, 2005

Paper, "The Bishop's Alter Ego: Enterprise Liability in Priest Sex Abuse Litigation," St. John's School of Law, March 27, 2006

Keynote Speaker, "Managing Alter Ego Liability Risk in Restructuring the Parish-Diocese Relationship," Roundtable Discussion on Canon Law and Civil Law Considerations in Diocesan Restructuring, Western Diocesan Attorneys Association, September 8, 2006

Presentation, "Director Primacy," The Forum for Corporate Directors' Third Annual Directors' Institute, November 1, 2006

Presentation, "The Complete Guide to Sarbanes-Oxley," State Bar of Nevada, February 9, 2007

Presentation. "Sarbanes-Oxley § 404: Current Issues," Liner Yankelevitz & Sunshine, March 28, 2007

Panelist, "Roundtable on the Proxy Process," Securities and Exchange Commission, May 7, 2007

Panelist, "The Future of Wall-Street," Manhattan Institute, April 26, 2007

Panelist, "Roundtable on the Proxy Process," Securities and Exchange Commission, May 7, 2007

Keynote Speaker, "Sarbanes-Oxley at 5," Manhattan Institute, June 20, 2007

Guest, Academics and Economists' Dinner with Securities and Exchange Chairman Christopher Cox and Commissioner Paul Atkins, Reason.org. September 19, 2007

Panelist, Conversation on Stoneridge Investment Case, UCLA School of Law, September 26, 2007

Panelist, American Bar Associations Section on Administrative Law Program on Stoneridge, February 8. 2008

Panelist, Say On Pay: A Positive Contribution to Corporate Effectiveness and Accountability or an Unprincipled and Costly Incursion into Director Authority?, Chancery Court Program, Penn Institute of Law and Economics, March 4, 2008

Presentation, Remarks on Investor Activism: Reshaping the Playing Field?, Vanderbilt Law School Law and Economics Workshop, March 24, 2008

Presentation, Remarks on Investor Activism: Reshaping the Playing Field?, Federal Reserve Bank of Atlanta, Financial Markets Conference, May 14, 2008

Panelist, Stockholders at the Wheel: Shareholder Access Rule, Federalist Society Corporations, Securities, and Antitrust Practice Group Program, National Press Club, Washington DC, September 23, 2008

Moderator, New Directions in Corporate Governance, UCLA Business Law Breakfast Series, October 21, 2008

Presentation, Bubble Laws and the Financial Crisis of 2008, Santa Clara School of Law Federalist Society, October 22, 2009

Presentation, Are We Facing the Great Depression 2.0? The Financial Crisis of 2008, Pepperdine University School of Law Federalist Society Chapter, October 28, 2008

Presentation, Bubble Laws and the Financial Crisis of 2008, Western State University School of Law, October 29, 2009

Presentation, Bubble Laws and the Financial Crisis of 2008, Orange County Federalist Society Chapter, Irvine, CA, November 4, 2008

Panelist, The Credit Crisis: Avoiding the Next Great Depression, UCLA School of Law, November 5, 2008

Presentation, Bubble Laws and the Financial Crisis of 2008, USC Federalist Society Chapter, November 11, 2008

Moderator, The SEC and the Financial Crisis of 2008, Federalist Society National Lawyers Convention, Washington DC, November 22, 2008

## **BIBLIOGRAPHY**

### **Books**

Corporate Law (Foundation Press Concepts & Insights Series 2nd edition 2009)

Mergers and Acquisitions (Foundation Press Concepts & Insights Series 2nd edition 2009)

The New Corporate Governance in Theory and Practice (Oxford University Press 2008)

The Complete Guide to Sarbanes-Oxley: Understanding How Sarbanes-Oxley Affects Your Business (Adams Business 2007)

Securities Law—Insider Trading (Foundation Press Turning Points Series 2nd edition 2007)

Agency, Partnerships, and Limited Liability Entities: Cases and Materials on Unincorporated Business Associations (Foundation Press 2nd edition 2006)
> Teacher's Manual (Foundation Press 2007)
> Co-editors: William A. Klein and J. Mark Ramseyer

Business Associations: Cases and Materials on Agency, Partnerships, and Corporations (Foundation Press 6th edition 2006)
> Teacher's Manual (Foundation Press 2006)
> Co-editors: William A. Klein and J. Mark Ramseyer

Supplement: 2008

Agency, Partnerships & LLCs (Foundation Press Concepts & Insights Series 2004)

Mergers and Acquisitions (Foundation Press University Textbook Series 2003)

Business Associations: Cases and Materials on Agency, Partnerships, and Corporations (Foundation Press 5th edition 2003)
>    Teacher's Manual (Foundation Press 2003)
>    Co-editors: William A. Klein and J. Mark Ramseyer
>    Supplement (with Teacher's Manual): 2005

Corporation Law and Economics (Foundation Press University Textbook Series 2002)

Agency, Partnerships, and Limited Liability Entities: Cases and Materials on Unincorporated Business Associations (Foundation Press 2001)
>    Teacher's Manual (Foundation Press 2001)
>    Co-editors: William A. Klein and J. Mark Ramseyer

Business Associations: Cases and Materials on Agency, Partnerships, and Corporations (Foundation Press 4th edition 2000)
>    Teacher's Manual (Foundation Press 2000)
>    Co-editors: William A. Klein and J. Mark Ramseyer
>    Supplement (with Teacher's Manual): 2001

Securities Law—Insider Trading (Foundation Press 1999)

Business Associations: Agency, Partnerships, LLCs, and Corporations—Statutes and Rules (Foundation Press 1998)
>    Co-editors: William A. Klein and J. Mark Ramseyer
>    Subsequent editions: 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008

Supplement to the Third Edition of Cases and Materials on Business Associations: Agency Partnerships and Corporations (Foundation Press 1998)
>    Teacher's Manual (Foundation Press 1998)
>    Co-editors: William A. Klein and J. Mark Ramseyer
>    Subsequent edition: 1999

## Articles and Book Chapters

Reshaping the Playing Field, Regulation, Winter 2008, at 28

There Is No Affirmative Action for Minorities, Shareholder and Otherwise, in Corporate Law, 118 Yale Law Journal Pocket Part 71 (2008), http://thepocketpart.org/2008/10/28/bainbridge.html
Reflections on Twenty Years of Law Teaching, 56 UCLA Law Review Discourse 1 (2008), http://www.uclalawreview.org/discourse/index.aspx?view=56/1/1-1

The Iconic Insider Trading Cases, in The Iconic Cases in Corporate Law 139 (Jonathan R. Macey ed. Thomson-West Publishing 2008)

The Convergence of Good Faith and Oversight, 55 UCLA Law Review 559 (2008)
    Co-authors: Star Lopez and Benjamin Oklan

The Shared Interests of Managers and Labor in Corporate Governance: A Comment on Strine, 33 Journal of Corporation Law 21 (2007)

The Bishop's Alter Ego: Enterprise Liability and the Catholic Priest Sex Abuse Scandal, 46 Journal of Catholic Legal Studies 65 (2007)
    Co-author: Aaron H. Cole

Much Ado About Little? Directors' Fiduciary Duties in the Vicinity of Insolvency, 1 Journal of Business and Technology Law 335 (2007)

Transcript of Presentation of Much Ado About Little? Directors' Fiduciary Duties in the Vicinity of Insolvency, 1 Journal of Business and Technology Law 281 (2007)

The Scope of the SEC's Authority Over Shareholder Voting Rights, Engage, June 2007, at 25

Director Primacy and Shareholder Disempowerment, 119 Harvard Law Review 1735 (2006)
    Selected as one of the 10 best corporate and securities law articles published in 2006, see
    http://law.vanderbilt.edu/faculty/thompson/2006best.htm

Sarbanes-Oxley: Legislating in Haste, Repenting in Leisure, 2 The Corporate Governance Law Review 69 (2006)

The Case for Limited Shareholder Voting Rights, 53 UCLA Law Review 601 (2006)

Unocal at 20: Director Primacy in Corporate Takeovers, 31 Delaware Journal of Corporate Law 769 (2006)

Abolishing LLC Veil Piercing, 2005 University of Illinois Law Review 77-106 (2005)
    Reprinted in 48 Corporate Practice Commentator 125 (2006)

An Overview of US Insider Trading Law: Lessons for the EU?, European Company Law, March 2005, at 22

Competing Conceptions of the Corporation (a.k.a. Criteria? Just Say No), 2 Berkeley Business Law Journal 77 (2005)

Executive Compensation: Who Decides?, 83 Texas Law Review 1615-1662 (2005)
    Reviewing Lucian Bebchuk & Jesse Fried, Pay Without Performance: The Unfulfilled Promise of Executive Compensation (2004)

What is My Responsibility to My Community?, in A Virtue-Based Business Ethics (Samuel Gregg & Gerald Zandstra eds., Acton Center for Entrepreneurial Stewardship 2005)

The Tournament at the Intersection of Business and Legal Ethics, 1 University of St. Thomas Law Review 909 (2004)

Managerialism, Legal Ethics, and Sarbanes-Oxley Section 307, 2004 Michigan State Law Review 299-326 (2004)
>    Co-author: Christina J. Johnson

The Business Judgment Rule as Abstention Doctrine, 57 Vanderbilt Law Review 83 (2004)
>    Selected as one of the top 10 corporate and securities law review articles published in 2004, see 47 Corporate Practice Commentator App. 1-1 (2005)

Catholic Social Thought and the Corporation, 1 Journal of Catholic Social Thought 595 (2004)

A Comment on the SEC's Shareholder Access Proposal, Engage, April 2004, at 18

Precommitment Strategies in Corporate Law: The Case of Dead Hand and No Hand Pills, 29 Journal of Corporation Law 1 (2003)

Director Primacy: The Means and Ends of Corporate Governance, 97 Northwestern University Law Review 547 (2003)
>    Selected as one of the 10 best corporate and securities law articles published in 2003, see http://law.vanderbilt.edu/faculty/thompson/2003best.htm

Book Review: The Company: A Short History of a Revolutionary Idea, 6 Journal of Markets & Morality 703 (2003)

The Creeping Federalization of Corporate Law, Regulation, Spring 2003, at 26-31

Director Primacy in Corporate Takeovers: Preliminary Reflections, 55 Stanford Law Review 791 (2002)

The Board of Directors as Nexus of Contracts, 88 Iowa Law Review 1 (2002)

Director v. Shareholder Primacy in the Convergence Debate, 16 Transnational Lawyer 45 (2002)

Why a Board? Group Decision Making in Corporate Governance, 55 Vanderbilt Law Review 1 (2002)

How do Judges Maximize? (The Same Way Everybody Else Does—Boundedly): Rules of Thumb in Securities Fraud Opinions, 51 Emory Law Journal 83 (2002)
>    Co-author: G. Mitu Gulati
>    Reprinted in 2003 Securities Law Review 375

A Critique of the NYSE's Director Independence Listing Standards, 30 Securities Regulation Law Journal 370 (2002)

The Bishops and the Corporate Stakeholder Debate, 4 Villanova Journal of Law and Investment Management 3 (2002)

Employee Involvement Post-Collective Bargaining, in Legality and Community: On the Intellectual Legacy of Philip Selznick 203 (Robert A. Kagan et al. eds., Rowman & Littlefield Publishers 2002)

Law and Economics: An Apologia, in Christian Perspectives on Legal Thought 208 (Michael W. McConnell et al. eds., Yale University Press 2001)

Corporate Governance in Post-Privatized Slovenia, 49 American Journal of Comparative Law 49 (2001)
> Co-author: Rado Bohinc

Abolishing Veil Piercing, 26 Journal of Corporation Law 479 (2001)
> Reprinted in 43 Corporate Practice Commentator 519 (2001)

Omejevanje Delničarskega Aktivizma v Združenih Državah Amerike in Sloveniji, in Direktoski Odbor in Delničarski Aktivizen v ZDA in Slovenji 96 (Ljubljana 2001)
> A translation into Slovene of Constraints on Shareholder Activism in the United States and Slovenia, an English version of which is available at http://papers.ssrn.com/sol3/ papers.cfm?abstract_id=228780

Insider Trading, in III Encyclopedia of Law & Economics 772 (Edward Elgar Publishing Ltd. 2000)

Mandatory Disclosure: A Behavioral Analysis, 68 University of Cincinnati Law Review 1023 (2000)

Contractarianism in the Business Associations Classroom: Kovacik v. Reed and the Allocation of Capital Losses in Service Partnerships, 34 Georgia Law Review 631 (2000)

Insider Trading Regulation: The Path Dependent Choice between Property Rights and Securities Fraud, 52 SMU Law Review 1589 (1999)
> Reprinted in 33 Securities Law Review 419 (2001), and 42 Corporate Practice Commentator 133 (2000)

Corporate Decisionmaking and the Moral Rights of Employees: Participatory Management and Natural Law, 43 Villanova Law Review 741 (1998)

Privately Ordered Participatory Management: An Organizational Failures Analysis, 23 Delaware Journal of Corporation Law 979 (1998)

Community and Statism: A Conservative Contractarian Critique of Progressive Corporate Law Scholarship, 82 Cornell Law Review 856 (1997)
> Reviewing Progressive Corporate Law (Lawrence E. Mitchell ed. 1995)

Participatory Management Within a Theory of the Firm, 21 Journal of Corporation Law 657 (1996)

Securities Act Section 12(2) After the Gustafson Debacle, 50 Business Lawyer 1231 (1995)

Incorporating State Law Fiduciary Duties into the Federal Insider Trading Prohibition, 52 Washington and Lee Law Review 1189 (1995)
> Reprinted in 38 Corporate Practice Commentator 1 (1996)

The Politics of Corporate Governance, 18 Harvard Journal of Law & Public Policy 671 (1995)
> Reviewing Mark J. Roe, Strong Managers, Weak Owners (1994)

Student Religious Organizations and University Policies Against Discrimination on the Basis of Sexual Orientation: Implications of the Religious Freedom Restoration Act, 21 Journal of College and University Law 369 (1994)

Revisiting the One-Share/One-Vote Controversy: The Exchanges' Uniform Voting Rights Policy, 22 Securities Regulation Law Journal 175 (1994)

Business Structure Choices in the 90s, in First Annual Advising Illinois Businesses Short Course § 1 (IICLE 1994)

In Defense of the Shareholder Wealth Maximization Norm: A Reply to Professor Green, 50 Washington and Lee Law Review 1423 (1993)

Independent Directors and the ALI Corporate Governance Project, 61 George Washington Law Review 1034 (1993)

Insider Trading under the Restatement of the Law Governing Lawyers, 19 Journal of Corporation Law 1 (1993)
> Selected as one of the nine best securities law articles published that year, see 37 Corporate Practice Commentator App. I-2 (1995)

Redirecting State Takeover Laws at Proxy Contests, 1992 Wisconsin Law Review 1071

Interpreting Nonshareholder Constituency Statutes, 19 Pepperdine Law Review 971 (1992)
> Reprinted in 34 Corporate Practice Commentator 641 (1993)

The Short Life and Resurrection of SEC Rule 19c-4, 69 Washington University Law Quarterly 565 (1991)
> Reprinted in 24 Securities Law Review 377 (1992)

Exclusive Merger Agreements and Lock-Ups in Negotiated Corporate Acquisitions, 75 Minnesota Law Review 239 (1990)

Social Propositions and Common Law Adjudication, 1990 University of Illinois Law Review 231
> Reviewing Melvin Eisenberg, The Nature of the Common Law (1988)

The Corporate Takeover Game and Recent Legislative Attempts to Define Insider Trading, 26 American Criminal Law Review 229 (1988)
> Co-author: Robert D. Rosenbaum

The Insider Trading Prohibition: A Legal and Economic Enigma, 38 University of Florida Law Review 35 (1986)

State Takeover and Tender Offer Regulations Post-MITE: The Maryland, Ohio and Pennsylvania Attempts, 90 Dickinson Law Review 731 (1986)

Comity and Sovereign Debt Litigation: A Bankruptcy Analogy, 10 Maryland Journal of International Law and Trade 1 (1986)

Note, A Critique of the Insider Trading Sanctions Act of 1984, 71 Virginia Law Review 455 (1985)

Recent Decision, Nationalizations – Standard of Compensation, 24 Virginia Journal of International Law 993 (1984)

Co-author: Sherrye P. Henry

Note, Trade Usages in International Sales of Goods: An Analysis of the 1964 and 1980 Sales Conventions, 24 Virginia Journal of International Law 619 (1984)

## Op-Eds and Opinion Columns

Unions Abusing Pension Funds For Politics, The Examiner, September 6, 2007

Libertarians, Conservatives Part On Animal Cruelty Laws, The Examiner, August 30, 2007

Watch for the Coming Flood of Global Warming Litigation, The Examiner, July 31, 2007

Sarbanes-Oxley Bleeds Profits, Cuts Risk Taking, The Washington Examiner June 19, 2007, at 17

Here's my Next President of the United States, The Washington Examiner, May 15, 2007, at 18

More Intrusive Federal Rules for Executive Compensation Unjustified, Washington Legal Foundation Legal Opinions Letter, Vol. 17 No. 10, April 27, 2007

No need for federal regulations limiting executive compensation, The Washington Examiner, April 26, 2007

From Priest Abuse to Legal Abuse, TCS Daily, March 26, 2007

Activist shareholders are imposing political agendas on pension funds, The Washington Examiner, March 6, 2007

The Fourth Great Assault on the Anglosphere, TCS Daily, March 5, 2007

Law, Morality and a Just Wage, TCS Daily, February 2, 2007

Sunlight the best disinfectant for hedge fund empty voting, The Washington Examiner, January 30, 2007

Cafeteria Catholicism and the Minimum Wage, TCS Daily, January 19, 2007

First, Kill All the Transactional Lawyers?, TCS Daily, January 9, 2007

Much ado about little on Sarbanes-Oxley Act, The Washington Examiner, December 21, 2006

Building a Better Blogtrap, TCS Daily, December 20, 2006

Is There 'No Obligation to Act'?, TCS Daily, December 1, 2006

What to do about Iraq and America's 'sunk costs,' The Washington Examiner, November 21, 2006

The Holes in Holistic Admissions, TCS Daily, November 13, 2006

Why Have a Board of Directors?, TCS Daily, November 13, 2006, available at
http://www.tcsdaily.com/article.aspx?id=110806A

The Rite Move, TCS Daily, October 27, 2006

Bush 43 has been a disaster for conservatives, The Washington Examiner, October 17, 2006

The Communitarian Connundrum, TCS Daily, October 13, 2006

A Shot Across Many Bows, TCS Daily, September 15, 2006

What Left and Right Both Miss About the Wal-Mart Debate, TCS Daily, September 13, 2006

The GOP's Fawlty Towers, TCS Daily, August 31, 2006

Assessing Eliot, TCS Daily, August 25, 2006

The Red Wines of Summer, TCS Daily, August 18, 2006

Who killed the electric car?, The Washington Examiner, August 8, 2006

Perks for Perps, TCS Daily, July 27, 2006

Double Trouble, TCS Daily, July 25, 2006

Two cheers for New York gay marriage decision, The Washington Examiner, July 21, 2006

Just War for the Sake of Argument, TCS Daily, July 18, 2006

Through the (Digital) Grapevine, TCS Daily, July 11, 2006

Power and the Presidency, TCS Daily, June 29, 2006

Why cut and run won't work in Iraq, The Washington Examiner, June 19, 2006

The Most Efficient Policeman, TCS Daily, June 15, 2006

The Wrath of Grapes, TCS Daily, June 12, 2006

Surfing for a Living, TCS Daily, June 2, 2006

Is This What Is Meant By 'Investor Protection'?, TCS Daily, May 31, 2006

Jesus Christ as Poached Egg, TCS Daily, May 18, 2006

Happy Hierarchy?, TCS Daily, May 12, 2006

The Hog Butcher Blinks, TCS Daily, May 4, 2006

Are We Criminalizing Agency Costs? Should You Care?, TCS Daily, April 26, 2006

<u>Minimum Behavior</u>, TCS Daily, April 20, 3006

<u>Whether Right or Left: Always Wrong</u>, TCS Daily, April 11, 2006

<u>Legal Sex Tournaments</u>, TCS Daily, April 6, 2006

<u>Insiders on the Hill</u>, TCS Daily, March 30, 2006

<u>Conglomerate Cannibalism</u>, TCS Daily, March 24, 2006

<u>Bad for Investors, Bad for the Market</u>, TCS Daily, March 9, 2006

<u>What Howard Stern Did Wrong</u>, TCS Daily, March 1, 2006

<u>Peekaboo, the Constitution Doesn't See You</u>, TCS Daily, February 14, 2006

<u>The Importance of the Shareholder Wealth Maximization Standard</u>, TCS Daily, February 7, 2006

<u>The Importance of an 'Esoteric' Rule</u>, TCS Daily, February 3, 2006

<u>When Less Really Is More</u>, TCS Daily, January 17, 2006

<u>Intelligent Design? Not So Much!</u>, TCS Daily, January 11, 2006

<u>Fines and the Fraudsters</u>, TCS Daily, January 09, 2006

<u>Activist Shareholder Proposals, Totally Unfit</u>, TCS Daily, January 03, 2006

<u>Grape Expectations</u>, TCS Daily, December 29, 2005

<u>The Turn of the Screw</u>, TCS Daily, December 12, 2005

<u>Shedding Light on SOX</u>, TCS Daily, December 7, 2005

<u>Proxy Fright</u>, TCS Daily, December 2, 2005

<u>What (American) Wine Shall We Have for Thanksgiving?</u>, TCS Daily, November 23, 2005

<u>A Golden Opportunity</u>, TCS Daily, November 18, 2005

<u>The Siren Song of Corporate Social Responsibility</u>, TCS Daily, November 14, 2005

<u>Where Might Harriet Miers Make Her Mark?</u>, October 14, 2005

<u>This Hedge Bet is No Winner</u>, TCS Daily, September 26, 2005

<u>The Invisible Helping Hand</u>, TCS Daily, September 8, 2005

<u>Judging Faith</u>, TCS Daily, August 9, 2005

They Can't Take That Away From Me ... Unless They Can, TCS Daily, June 24, 2005

Crime? And Punishment, Tech Central Station, June 22, 2005

Water Into Whine, Tech Central Station, June 13, 2005

Drug Testing and the Market for Lemons, Tech Central Station, June 6, 2005

Out With the Rockefeller Republican, In With the Reagan Revolutionary, Tech Central Station, June 3, 2005

Why I Support the Filibuster Deal, Tech Central Station, May 26, 2005

Free the Grapes?, Tech Central Station, May 17, 2005

Benedict XVI, Tech Central Station, April 20, 2005

SOXing It to Small Businesses, Tech Central Station, April 12, 2005

The Dominating Prophet of Freedom, Tech Central Station, April 4, 2005

Were the New Mutual Fund Rules Necessary or Superficial?, Tech Central Station, February 17, 2005

The Compensation Conundrum, Tech Central Station, February 4, 2005

The Grapes of Protectionist Wrath, Tech Central Station, December 10, 2004

Network Effects: Liberals and Conservatives in the Academy, Tech Central Station, December 8, 2004

Smoke Gets In Your Eyes ... Or Does It?, Tech Central Station, November 17, 2004

The SEC and the Election, Tech Central Station, November 5, 2004

Law and Morality in America, Tech Central Station, November 4, 2004

Are We All Behaviorists Now?, Tech Central Station, October 20, 2004

Mandatory Disclosure and Securities Regulation: A Behavioral Analysis, Tech Central Station, October 4, 2004

Is More Always Better?, Tech Central Station, September 22, 2004

Why Regulate Insider Trading, Tech Central Station, September 8, 2004

What Bush Needs to Do: The Ownership Society, Tech Central Station, September 2, 2004

The SEC: From Bad to Worse?, Tech Central Station, August 12, 2004

Nibbled to Death by Ducks, Tech Central Station, August 6, 2004

Those Divesting Presbyterians, Tech Central Station, August 2, 2004

Reagan and Rights: Positive and Negative, Tech Central Station, June 8, 2004

Bacchus Bytes Back, Tech Central Station, June 7, 2004

Spitzer v. Grasso, Tech Central Station, May 26, 2004

Directors Cut?, Tech Central Station, April 29, 2004

Pension Funds Play Politics, Tech Central Station, April 21, 2004

The Wrong Way to Right Wrongs, Tech Central Station, April 14, 2004

Incentives and Business Ethics, Tech Central Station, March 11, 2004

Run Away, Jury, Tech Central Station, March 1, 2004

SOX Pox, Tech Central Station, February 20, 2004

Spitzer Goes Over the Line, Tech Central Station, February 9, 2004

What's Right on Immigration?, Tech Central Station, January 13, 2004

Does the SEC Know When Enough Is Enough?, Tech Central Station, January 8, 2004

The SEC Goes Out on a Legal Limb in Its Bid to Net Martha Stewart, Los Angeles Times, June 6, 2003, at B17

Investors Will Benefit From New Leadership, UCLA Today, November 19, 2002, at 7

Mandatory Disclosure: A Behavioral Analysis, UCLA Law Magazine, Spring/Summer 2000, at 12

Business Law Program Lets Students Focus Legal Education on Business Practice, UCLA Law Magazine, at 6 (Spring/Summer 2000).

Mucking up the Misappropriation Theory: The Doctrinal Incoherence of the United States v. O'Hagan, in Sixth Annual Corporate Counsel Symposium (SMU Law Review, Oct. 2, 1998).

Suspect Class?, Liberty, July/August 1998, at 14

"Nothing for Us": Should Public Libraries Fear Religious Literature?, Liberty, March/April 1998, at 12
         Reprinted in 41 Christian Librarian 70 (September 1998)

A Lesson on Private Property and Smoking, Legal Times, July 4, 1994, at 23

Executive Pay: Who Listens?, Legal Times, August 10, 1992, at 22
> Reprinted in Connecticut Law Tribune, August 24, 1992, at 19; The Recorder, August 19, 1992, at 10; The Review, August 21, 1992, at A4; Texas Lawyer, August 24, 1992, at 11

Stop the Congressional Corporations Bomb, Legal Times, December 9, 1991, at 29
> Reprinted in Connecticut Law Tribune, December 16, 1991, at 18; The Recorder, December 12, 1991, at 8

SEC Rule Coming in for Crash Landing, Legal Times, May 20, 1991, at 20
> Reprinted in Connecticut Law Tribune, May 27, 1991, at 25; Fulton County Daily Report, May 16, 1991, at 10; Manhattan Lawyer, July/August 1991, at 14

## Alan R. Bromberg

**University Distinguished Professor of Law**

**E-mail:** abromber@mail.smu.edu
**Tel** 214-768-2584

### Education

A.B., 1949, Harvard University
J.D., 1952, Yale University.

### Bio

Professor Bromberg has been a senior fellow of the Yale law faculty and visiting professor at Stanford Law School. He is the author of a number of authoritative publications, including *Securities Fraud and Commodities Fraud* (2d edition, 7 volumes), *Bromberg and Ribstein on Partnership* (4 volumes); *Bromberg and Ribstein on Limited Liability Partnerships and the Revised Uniform Partnership Act and The Uniform Limited Partnership Act* (2001), and numerous articles on tax, partnership, corporate, securities, and commodities law. A life member of the American Law Institute, he is a former chair of the Law School Publications Advisory Board of Matthew Bender & Co., and sits on the editorial boards of three corporate and securities reviews. He has drafted substantial parts of the Texas corporate, partnership, and securities statutes. He is active on six American Bar and Texas Bar committees in his areas of interest. He is a director of and has co-chaired the Legislative Committee of the Texas Business Law Foundation. He practiced law in Dallas before joining the SMU faculty in 1956, and he is of counsel to a large national law firm. He teaches courses primarily in business associations, securities regulation, and corporate planning.

### Primary Articles

IMPLIED PRIVATE ACTIONS UNDER SARBANES-OXLEY, 34 Seton Hall L. Rev. 775-806 (2004) (with Lowenfels).

TEXAS BUSINESS ORGANIZATION AND COMMERCIAL LAW – TWO CENTURIES OF DEVELOPMENT, 55 SMU Law Review 83 (2002).

COMPENSATORY DAMAGES IN RULE 10B-5 ACTIONS: PRAGMATIC JUSTICE OR CHAOS?, 30 Seton Hall Law Review 1083 (2000) (with Lowenfels).

MISAPPROPRIATION IN THE SUPREME COURT, 32 Review of Securities & Commodities Regulation 37 (1998) (with Lowenfels).

### Books

BROMBERG & LOWENFELS ON SECURITIES FRAUD AND COMMODITIES FRAUD, Supplements (with Lowenfels): 04-2 (Nov. 2004) 04-1 (July 2004) 03-2 (Dec. 2003) 03-1 (June 2003)

BROMBERG & LOWENFELS ON SECURITIES FRAUD AND COMMODITIES FRAUD, Supplements (with Lowenfels): 02B (Dec 2002) 02A (Sep 2002) 01B (Dec 2001, 541 pp.) 01A (Aug 2001, 318 pp.) 00B (Nov 2000, 323 pp.) 00A (Jun 2000, 669 pp.) 99B (Nov 1999, 698 pp.) 99A (May 1999, 534 pp.) 98C (Nov 1998, 998 pp.) 98B (Sep 1998, 340 pp.) 98A (Jun 1998, 275 pp.)

BROMBERG & RIBSTEIN ON PARTNERSHIPS, Supplements (with Ribstein): 05-1 (Dec. 2004) 04-2 (Aug. 2004) 04-1 (Dec. 2003) 03-2 (Aug. 2003)

BROMBERG & RIBSTEIN ON PARTNERSHIP, Supplements (with Ribstein): 02-2A (Dec 2002) 02-2 (Aug 2002) 02-1 (Dec 2001) 01-2 (Aug 2001) 01-1 (Dec 2000) 00-2 (Aug 2000) 00-1 (Dec 1999) 99-2 (Sep 1999) 99-1 (Dec 1998) 98-2 (1998) 98-1 (1998)

BROMBERG & RIBSTEIN ON LIMITED LIABILITY PARTNERSHIPS, THE REVISED UNIFORM PARTNERSHIP ACT AND THE UNIFORM LIMITED PARTNERSHIP ACT (2001): 2005 Edition 2003 Edition 2002 Edition 2001 Edition 2000 Edition 1998 Edition

BROMBERG & LOWENFELS ON SECURITIES FRAUD AND COMMODITIES FRAUD, republished in book form with addition of a 7th volume.

**Other**

BEYOND PRECEDENT: ARBITRAL EXTENSIONS OF SECURITIES LAW, 57 Business Lawyer 999 (2002) (with Lowenfels).

RULE 10B-5'S "IN CONNECTION WITH": A NEXUS FOR SECURITIES FRAUD, 57 Business Lawyer 1 (2001) (with Lowenfels).

U.S. SECURITIES FRAUD ACROSS THE BORDER: UNPREDICTABLE JURISDICTION, 55 Business Lawyer 975 (2000) (with Lowenfels).

SUITABILITY IN SECURITIES TRANSACTIONS, 54 Business Lawyer 1557 (1999) (with Lowenfels).

LIABILITIES OF LAWYERS AND ACCOUNTANTS UNDER RULE 10B-5, 53 Business Lawyer 1157 (1998) (with Lowenfels).

# Allen Ferrell

Harvard Law School
Cambridge, Massachusetts 02138
Telephone: (617) 495-8961
Email: fferrell@law.harvard.edu

## CURRENT POSITIONS

*Greenfield Professor of Securities Law*, Harvard Law School

*Chairperson*, Harvard University Advisory Committee on Shareholder Responsibility

*Academic Expert*, Committee on Capital Markets Regulation (corporate finance issues)

*Academic Fellow*, Financial Industry Regulatory Authority (FINRA)

*Member of the Board of Economic Advisors to the NASD*

*Member*, American Law Institute Project on the Application of U.S. Financial Regulations to Foreign Firms and Cross-Border Transactions

*Faculty Associate*, Kennedy School of Government

*Research Associate*, European Corporate Governance Institute

## EDUCATION

*Massachusetts Institute of Technology*, Ph.D. in Economics, 2005
Fields in econometrics and finance

*Harvard Law School,* J.D., 1995, *Magna Cum Laude*

- Recipient of the *Sears Prize* (award given to the two students with the highest grades)
- Editor, *Harvard Law Review*

*Brown University,* B.A. and M.A., 1992, *Magna Cum Laude*

## PREVIOUS POSITIONS

*Harvard University Fellow*
Harvard Law School, 1997

*Law Clerk*, Justice Anthony M. Kennedy
Supreme Court of the United States; 1996 Term

*Law Clerk*, Honorable Laurence H. Silberman
United States Court of Appeals for the District of Columbia; 1995 Term

## COURSES TAUGHT

*Securities Regulation*
*Regulation of Market Structure*
*Law and Finance*
*Law and Corporate Finance*
*Contracts*

## REFEREE FOR FOLLOWING JOURNALS

*American Law and Economics Review*
*Journal of Corporation Finance*
*Journal of Law, Economics and Organization*
*Journal of Legal Studies*

## TALKS

Third Annual Structured Products Association Meeting, "Current Policy Issues Concerning Structured Products"

Annual Boston Analysts Society Meeting, "The Regulation of Structured Products"

Chairperson, Asian Exchange Conference, Singapore, "Issues Facing Asian Exchanges"

U.S. Senate Subcommittee on Securities, Insurance and Investment, "The Regulation of Cross-border Exchange Mergers"

Joint NASD/SEC Forum, "Law and Economics of Best Execution"

SEC Panel, "Econometrics of Measuring the Effects of Mandatory Disclosure"

American Enterprise Institute/Brookings Institution, "Shareholder Rights"

Brookings Institution, "Financial Innovation"

International Development Law Institute, "Corporate Law and Development"

World Bank, "Financial Market Development Indicators"

Shenzhen Stock Exchange, "Regulation of Insider Trading"

Numerous presentations at the National Bureau of Economic Research

**PAPERS**

"Legal and Economic Issues in Subprime Litigation," Working Paper, with Jennifer Bethel and Gang Hu.

"An Asymmetric Payoff-Based Explanation of IPO 'Underpricing'," Working Paper, with Atanu Saha

"What Matters in Corporate Governance?" with Lucian Bebchuk & Alma Cohen, *forthcoming* in *Review of Financial Studies*

"Demutualization of Stock Exchanges," *forthcoming* in EXCHANGES: ISSUES AND REGULATION (editor Ruben Lee) (2008)

"The Law and Finance of Broker-Dealer Mark-Ups," commissioned study for NASD using proprietary database (2008)

"Majority Voting" in REPORT OF THE COMMITTEE ON CAPITAL MARKETS REGULATION (2008)

"The Loss Causation Requirement for Rule 10B-5 Causes of Action: The Implications of *Dura Pharmaceuticals v. Broudo*," 63 BUSINESS LAWYER 163 (2007)

"Mandated Disclosure and Stock Returns: Evidence from the Over-the-Counter Market," 36 *Journal of Legal Studies* 1 (June, 2007)

"Policy Issues Raised by Structured Products," with Jennifer Bethel, in BROOKINGS – NOMURA PAPERS IN FINANCIAL SERVICES, Brookings Institution Press, 2007

"The Case for Mandatory Disclosure in Securities Regulation around the World," 2 *Brooklyn Journal of Business Law* 81 (2007)

"U.S. Securities Regulation in a World of Global Exchanges," with Reena Aggarwal and Jonathan Katz, in EXCHANGES: CHALLENGES AND IMPLICATIONS, Euromoney (2007)

"Shareholder Rights" in REPORT OF THE COMMITTEE ON CAPITAL MARKETS REGULATION (2007)

"Creditor Rights: A U.S. Perspective," 22 *Angler- und Glaubigerschutz bei Handelsgesellschaften* 49 (2006)

"Measuring the Effects of Mandated Disclosure," 1 *Berkeley Business Law Journal* 369 (2004)

"If We Understand the Mechanisms, Why Don't We Understand the Output?", 37 *Journal of Corporation Law* 503 (2003)

"Why European Takeover Law Matters," in REFORMING COMPANY AND TAKEOVER LAW IN EUROPE (Oxford University Press) (2003)

"Does the Evidence Favor State Competition in Corporate Law?", with Alma Cohen & Lucian Bebchuk, 90 *California L. Rev.* 1775 (2002)

"Corporate Charitable Giving," with Victor Brudney, 69 *Univ. Of Chicago Law Review* 1191 (2002)

"A Comment on Electronic versus Floor-Based Securities Trading," *Journal of Institutional and Theoretical Economics* (Spring 2002)

"Much Ado About Order Flow," *Regulation Magazine* (Spring 2002)

"On Takeover Law and Regulatory Competition," with Lucian Bebchuk, 57 *Business Lawyer* 1047 (2002)

"Federal Intervention to Enhance Shareholder Choice," with Lucian Bebchuk, 87 *Virginia Law Review* 993 (2001)

"A New Approach to Regulatory Competition in Takeover Law," with Lucian Bebchuk, 87 *Virginia Law Review* 111 (2001)

"A Proposal for Solving the 'Payment for Order Flow' Problem," 74 *Southern California Law Review* 1027 (2001)

"Federalism and Takeover Law: The Race to Protect Managers from Takeovers," with Lucian Bebchuk, 99 *Columbia L. Rev.* 1168 (1999)

---

## EXPERT REPORTS INVOLVING DEPOSITION/WITNESS TESTIMONY

*Lamkin v. UBS PaineWebber, Inc. and UBS Warburg, LLC*, Civil Action No. H-02-0851: Expert Report and Deposition on October 24, 2006 (10b-5 action based on Enron transactions)

*Ryan, and All Others Similarly Situated v. Flowserve Corporation*, Civil Action No. 3:03-CV-1769-M: Expert Report, with Deposition on June 14, 2007 (class action based on Rule 10b-5 and section 11) (I was cited in the Flowserve opinion, Civil Action No.3: 03-CV-1769-B, dismissing securities class action)

*UnitedGlobalCom Shareholders Litigation*, Civil Action No. 1012-N: Expert Report, deposition on November 15, 2007 and trial testimony scheduled for March 10, 2008 (valuation expert)

OTHER EXPERT ENGAGEMENTS

*In re Livedoor Securities Litigation*, 8 Tokyo District Court, Japan, Three Expert Reports (materiality, causation and securities damages)

*Mitchell v. Key Energy*, Civil Action No. 06-CV-45637 (disclosure and fiduciary obligations in context of stock option backdating)

*Horizon Offshore Merger* (valuation and disclosure issues in merger)

*Espy v. Citigroup*, NASD Arbitration No. 04-7487 (causation and securities damages)

*In re Royal Dutch/Shell Transport Securities Litigation*, Civil Action No. 04-374: Expert Report (class action suit against Royal Dutch Shell based on Rule 10b-5)

*In re Cablevision Systems Corporation Litigation*, Civil Action No. 05-009752: Expert Report (corporate governance issues)

*Institut Pasteur v. Cambridge Biotech Corporation* Expert Report (intellectual property rights)

*Ralston Purina* Expert Report (competitive effects of Ralston Purina – Nestle merger)

*Mark-up Regulation of Stock Sales*, Expert Report for the National Association of Securities Dealers on impact of its mark-up regulation on stock bid-ask spreads

*Shareholder Rights*, Wrote portion of the Report by the Committee on Capital Markets Regulation ("Paulson Committee") on reforms of securities laws to improve the market for corporate control

CURRENT ENGAGEMENTS

Academic Expert, Committee on Capital Markets Regulation (corporate finance issues)

Advising *Realestate Bourses Net Company*, Saudi Arabia (stock exchange structure)

**M. Todd Henderson**
(773) 834-4168
toddh@uchicago.edu

**Experience:**

2004-Present    **The University of Chicago Law School**, Chicago, Ill.
Assistant Professor of Law
*Courses:* Corporations, Securities Regulation, Corporate
Governance, Mergers & Acquisitions, Regulation of Financial
Innovations, Bailouts, International Intellectual Property

2001-2004    **McKinsey & Company**, Washington, D.C., Boston, Mass.
Engagement manager

1999-2001    **Kirkland & Ellis**, Washington, D.C.
Associate

1998-1999    **Judge Dennis Jacobs**, Second Cir. Ct. of Appeals, N.Y., N.Y.
Law clerk

**Education:**

1995-1998    **The University of Chicago Law School**, Chicago, Ill.
J.D. with high honors
Order of the Coif
University of Chicago Law Review

1989-1993    **Princeton University**, Princeton, N.J.
B.S.E. Civil Engineering & Operations Research, cum laude
J. Rich Steers Award for Academic Excellence
Elected to Sigma Xi honor society

**Academic publications:**

"Mark to Market: Can Accounting Rules Shake the Foundations of Capitalism?"
*Critical Review* (forthcoming 2009) (with Richard Epstein)

"Two Visions of Corporate Law" *George Washington Law Review* (forthcoming 2009)

"Corporate Philanthropy and the Market for Altruism" *Columbia Law Review* (forthcoming 2009) (with Anup Malani)

"Introduction to 'The Going Private Phenomenon: Causes and Implications'," *University of Chicago Law Review* (forthcoming 2009) (with Richard Epstein)

"One Hat Too Many? Investment Desegregation in Private Equity," *University of Chicago Law Review* (forthcoming 2009) (with William Birdthistle)

"The Impotence of Delaware's Taxes: A Short Response to Professor Barzuza's 'Delaware's Compensation'," *In Brief, University of Virginia Law Review* (forthcoming 2009)

"Citing Fiction." 11 *Green Bag 2d* 171 (Winter 2008)

"Other People's Money," 60 *Stanford Law Review* (2008) (with Douglas Baird)

"From 'Seriatim' to Consensus and Back Again: A Theory of Dissent" *Supreme Court Review* (2008)

"Deconstructing Duff & Phelps," 74 *University of Chicago Law Review* (2008)

"Capitalism 2.0," *Forbes.com* (March 10, 2008) (with Anup Malani)

"Paying CEOS In Bankruptcy: Executive Compensation When Agency Costs Are Low," 101 *Northwestern University Law Review* 1543 (2007)

"Prediction Markets for Corporate Governance," 82 *University of Notre Dame Law Review* 1343 (2007) (with Michael Abramowicz)

"Corporate Heroin: A Defense of Perks, Executive Loans, and Conspicuous Consumption," *Georgetown Law Journal* (2006) (with James Spindler)

"Everything Old is New Again: Lessons from Dodge v. Ford Motor Company," CORPORATE LAW STORIES (Foundation Press, forthcoming 2009)

"The Influence of F.A. Hayek on Law: An Empirical Analysis", *NYU Journal of Law & Liberty* (2005)

**Working Papers:**

"The Nanny Corporation and the Market for Paternalism," Working Paper

"Predicting Crime" (with Justin Wolfers and Eric Zitzewitz), Working Paper

"Scienter Disclosure" (with Alan Jagolinzer and Karl Muller), Working Paper

**Works-in-progress:**

*Capitalism 2.0* (book project with Princeton University Press)

"The Futility of Regulating Insider Trading: The Case of Rule 10b5-1 Trading Plans"

"Anti-Safe Harbors"

"Governance at Gunpoint: Plaintiffs' Lawyers as Corporate Reformers"

"Bankruptcy for Competitive Advantage" (with Todd Zywicki)

**Professional affiliations:**

American Law and Economics Association

**Bar admissions:**

Maryland (inactive)

District of Columbia (inactive)

<u>Resume</u>

<u>Name</u>:       Jonathan R. Macey

<u>Address</u>:     Yale Law School
              127 Wall Street            P.O. Box 208215
              New Haven, CT 06511 (courier)    New Haven, CT 06520-8215 (postal)

<u>Telephone</u>:   (203) 432-7913
<u>Fax</u>:        (203) 432-4871

<u>E-mail</u>:      jonathan.macey@yale.edu

<u>Education</u>:   J.D. Yale Law School; Article and Book Review Editor, <u>Yale Law Journal</u>, 1982.
              A.B., <u>cum laude</u> (economics), Harvard College, 1977.

<u>Current Positions</u>:

- Sam Harris Professor of Corporate Law, Finance, and Securities Regulation, Yale University;
- Deputy Dean, Yale Law School;
- Professor, Yale School of Management;
- Chair, Yale University Advisory Committee on Investor Responsibility (ACIR)
- Board of Directors, Yale Law School Center for the Study of Corporate Governance;
- Faculty Advisory Group, Yale Center for Corporate Governance and Performance
- National Adjudicatory Council, Financial Industry Regulatory Association ("FINRA") (formerly the National Association of Securities Dealers ("NASD")
- Member, Economic Advisory Board, FINRA, Office of Economic Analysis
- Hoover Institution, Stanford University, Member, Task Force on Property Rights, Freedom and Prosperity

<u>Subjects</u>:    Business Organizations (Corporations and Other Business Associations); Corporate Finance; Corporate Governance; Banking and Financial Institutions Regulation; Corporate Finance; the Economics of Regulation.

<u>Other</u>:      Ph.d. (Law) <u>*honoris causa*</u> Stockholm School of Economics, 1996;

              D.P. Jacobs prize for the most significant paper in volume 6 of the <u>Journal of Financial Intermediation</u> for "The Law & Economics of Best Execution" (co-authored with Maureen O'Hara) (1997);

Paul M. Bator Award for Excellence in Teaching, Scholarship and Public Service awarded by the University of Chicago Law School Chapter of the Federalist Society, 1995;

Member, Legal Advisory Committee to the Board of Directors, New York Stock Exchange;

Member, Economic Advisory Board, Financial Industry Regulatory Association ("FINRA") (formerly the National Association of Securities Dealers ("NASD").

Fellow, Columbia Law School and Columbia Business School, Program in the Law & Economics of Capital Markets

Articles:   "Down and Out in the Stock Market: The Law and Economics of the Delisting Process," 51 Journal of Law and Economics 683 – 713 (2008)

"A Close Read of an Excellent Commentary on *Dodge v. Ford*," 3 Virginia Law & Business Review, 177 (2008)

"Introduction to Iconic Cases in Corporate Law," *in* "Iconic Cases in Corporate Law," pp. i – x (Thomson*West, 2008)

"Judicial Review of Corporate Decisions: Kamin v. American Express Company," *in* "Iconic Cases in Corporate Law," pp. 120-138 (Thomson*West, 2008)

"Out With the Bathwater: Erosion of Shareholders' Takeover Review," *in* "Iconic Cases in Corporate Law," pp. 209-239 (Thomson*West, 2008)

"Getting the Word Out About Fraud" A Theoretical Analysis of Whistleblowing and Insider Trading" 105 Michigan Law Review 1899 (2007).

Too Many Notes and Not Enough Votes: Lucian Bebchuk and Emperor Joseph II Kvetch about Contested Director Elections and Mozart's *Seraglio*," 93 Virginia Law Review 759 (2007)

"Executive Branch Usurpation of Power: Corporations and Capital Markets," 115 Yale Law Journal 2416 (vol. 9, 2006)

"The Nature of Conflicts of Interest Within the Firm," 31 The Journal of Corporation Law 613 (2006)

"The Politicization of American Corporate Governance," 1 <u>Virginia Law & Business Review</u> 10 (2006) (corrected (*forthcoming*) in volume 2, #2, <u>Virginia Law & Business Review</u>).

"Government as Investor: Tax Policy and the State," 23 Social Philosophy & Policy, (2006);

"Commercial Banking and Democracy: The Illusive Quest for Deregulation," 23 <u>Yale Journal on Regulation</u> 1 (2006);

"Occupation Code 541110: Lawyers, Self-Regulation, and the Idea of a Profession," 74 <u>Fordham Law Review</u> 1079 (2005);

"From Markets to Venues: Securities Regulation in an Evolving World," 58 <u>Stanford Law Review</u> 563 (2005) ) (with Maureen O'Hara);

"Comment – The Limits of Legal Analysis: Using Externalities to Explain Legal Opinions in Structured Finance," 84 <u>Texas L. Rev</u>. 75 (2005);

"Delaware: Home of the World's Most Expensive Raincoat," 33 <u>Hofstra L. Rev</u>. 1131 (2005);

"Stock Transfer Restrictions and Issuer Choice in Trading Venues," 55 <u>Case Western Reserve L. Rev</u>. 587 (2005) (with Maureen O'Hara);

"Institutional and Evolutionary Failure and Economic Development in the Middle East," 30 <u>The Yale Journal of International Law</u> 397 (2005) (with Ian Ayres);

"Positive Political Theory and Federal Usurpation of the Regulation of Corporate Governance: The Coming Preemption of the Martin Act," 80 <u>Notre Dame Law Review</u> 951 (2005);

"Best Execution Regulation: From Orders to Markets," 13 <u>Journal of Financial Transformation</u> 1 (2005);

"Legal Scholarship: A Corporate Scholar's Perspective," 41 <u>San Diego Law Review</u>, 1759 (2004);

"Wall Street in Turmoil: Federal State Relations Post Eliot Spitzer," 70 <u>Brooklyn Law Review</u> 117 (2004);

"Was Arthur Andersen Different? An Empirical Examination of Major Accounting Firm Audits of Large Clients," <u>Journal of Empirical Legal Studies</u>, July 2004, vol. 1, issue. 2, pp. 263-300(38) (with Ted Eisenberg);

"Monitoring, Corporate Performance: The Role of Objectivity, Proximity and Adaptability in Corporate Governance," Cornell Law Review, 2004, vol. 89, issue 2, p. 356-393 (with Arnoud Boot) (reprinted (in English and Portuguese) in Direito Empresarial: Aspectos atuais de Direito Empresarial brasileiro e comparado, pp. 416-441 (English); 442-470 (Portuguese) (2005);

"Efficient Capital Markets, Corporate Disclosure and Enron," Cornell Law Review, 2004, vol. 89, issue 2, p. 394-422;

"Regulatory Globalization as a Response to Regulatory Competition," 52 Emory L. J. 1353 (2003);

"A Pox on Both Your Houses: Enron, Sarbanes-Oxley and the Debate Concerning the Relative Efficiency of Mandatory Versus Enabling Rules, 81 Washington University Law Quarterly, 329 (2003);

"Observations on the Role of Commodification, Independence, Governance, and the Demise of the Accounting Profession," 48 Villanova Law Review 1167 (2003) (with Hillary Sale);

"The Corporate Governance of Banks," 9 Economic Policy Review 91 (2003) (Publication of the Federal Reserve Bank of New York) (with Maureen O'Hara);

"Solving the Corporate Governance Problems of Banks: A Proposal" 120 The Banking Law Journal 309 (2003) (with Maureen O'Hara);

"The Economics of Stock Exchange Listing Fees and Listing Requirements" 11 Journal of Financial Intermediation 297 (2002) (with Maureen O'Hara);

"Displacing Delaware: Can the Feds Do a Better Job Than the States in Regulating Takeovers?" 57 The Business Lawyer 1025 (2002);

"Smith v. Van Gorkom: Insights About C.E.O.s, Corporate Law Rules, and the Jurisdictional Competition for Corporate Charters" 96 Northwestern Law Review 607 (2002);

"Cynicism and Trust in Politics and Constitutional Theory" 87 Cornell Law Review 280 (2002);

"Creditors Versus Capital Formation: The Case Against the European Legal Capital Rules" 86 Cornell Law Review 1165 (2001), rewritten in Italian as "Raccolta di Capitale di Rischio e Tutela dei Creditori: Una Critica Radicale alle Regole Europee sul Capitale Sociale" (Capital Formation and Creditor Protection: A Radical Critique of the European Legal Capital Rules), 57 Rivista delle Società 78 (2002) (with Luca Enriques);

"Regulatory Competition in the US Federal System: Banking and Financial Services" in <u>Regulatory Competition and Economic Regulation: Comparative Perspectives</u>, edited by Daniel C. Esty and Damien Geradin (Oxford University Press 2001) at pages 95-110;

"The 'Demand' for International Regulatory Cooperation: A Public Choice Perspective" in <u>Transatlantic Regulatory Co-operation: Legal Problems and Political Perspectives</u>" edited by George A. Bermann, Matthias Herdegen, & Peter L. Lindseth (Oxford University Press 2000) at pages 147-166;

"US and EU Structures of Governance as Barriers to Transatlantic Regulatory Cooperation" in <u>Transatlantic Regulatory Co-operation: Legal Problems and Political Perspectives</u>, edited by George A. Bermann, Matthias Herdegen, & Peter L. Lindseth (Oxford University Press 2000) at pages 357-372;

"The Business of Banking: Before and After Gramm-Leach-Bliley" 25 The Journal of Corporation Law 691 (2000);

"Securities Trading: A Contractual Perspective" 50 <u>Case Western L. Rev.</u> 269 (1999);

"Information and Transaction Costs as the Determinants of Tolerable Growth Levels" 155 <u>Journal of Institutional and Theoretical Economics</u> 617 (1999) (with Enrico Colombatto);

"Fiduciary Duties as Residual Claims: Obligations to Non-shareholder Constituencies from a Theory of the Firm Perspective," 84 Cornell L. Rev. 1266 (1999);

"Globalization, Exchange Governance, and the Future of Exchanges" Brookings Wharton Papers on Financial Services 1999, the Brookings Institution (with Maureen O'Hara);

"Regulating Exchanges and Alternative Trading Systems: A Law and Economics Perspective" 28 <u>Journal of Legal Studies</u> 17 (1999 with Maureen O'Hara);

"Lawyers in Agencies: Economics, Social Psychology, and Process," 61 <u>Law & Contemporary Problems</u> 109 (1998 (published in January, 1999));

"The Legality and Utility of the Shareholder Rights Bylaw," 26 <u>Hofstra Law Review</u> 835 (1998);

"Wall Street Versus Main Street: How Ignorance, Hyperbole, and Fear Lead to Regulation," 65 <u>The University of Chicago Law Review</u> 1487 (1998);

"Professor Simon on the Kaye Scholer Affair: Shock at the Gambling at Rick's Place in Casablanca" 23 <u>Law and Social Inquiry</u> 323 (1998);

"Winstar, Bureaucracy and Public Choice," 6 <u>Supreme Court Economic Review</u> 173 (1998);

"On the Failure of Libertarianism to Capture the Popular Imagination," 15 <u>Journal of Social Philosophy</u> 372 (1998);

"Regulation and Disaster: Some Observations in the Context of Systemic Risk," 1998 <u>Brookings-Wharton Papers on Financial Services</u> 405;

"Public Choice and the Legal Academy" (reviewing Mashaw, Greed, Chaos and Governance), 86 Georgetown Law Journal 1075 (1998);

"Italian Corporate Governance: One American's Perspective" 1998 <u>Columbia Business Law Review</u> 121 (1998);

"Measuring the Effectiveness of Different Corporate Governance Systems: Toward a More Scientific Approach" 10 <u>Journal of Applied Corporate Finance</u> 16 (1998);

"The Legality of the Shareholder Rights By-Law in Delaware: Preserving the Market for Corporate Control" 10 <u>Journal of Applied Corporate Finance</u> 63 (1998);

"The Law and Economics of Best Execution," 6 <u>Journal of Financial Intermediation</u> 188 (1977, published in 1998, with Maureen O'Hara);

"An Economic Analysis of Conflict of Interest Regulation," 82 <u>Iowa Law Review</u> 965 (1997, published in 1998, with Geoffrey P. Miller);

"Law and the Social Sciences" 21 <u>Harvard Journal of Law & Public Pol'y</u> 171 (1997);

"Flexibility in Determining the Role of the Board of Directors in the Age of Information" 19 <u>Cardozo Law Review</u> 291 (1997 with Enrico Colombatto);

"Public and Private Ordering and the Production of Legitimate and Illegitimate Legal Rules"
82 <u>Cornell Law Review</u> 1123 (1997);

"Lessons from Transition in Eastern Europe: A Property-Right Interpretation," 1 <u>International Bulletin of the Institute of Macroeconomic Analysis and Development</u> 10 (1997 with Enrico Colombatto);

"Manipulation on Trial: Economic Analysis and the Hunt Silver Case" 35 Journal of Economic Literature 162 (1997) (book review);

"A Public Choice Model of International Economic Cooperation and the Decline of the Nation State," 18 Cardozo Law Review 925 (1996 with Enrico Colombatto);

"Externalities and the Matching Principle: The Case for Reallocating Environmental Regulatory Authority," 23 Yale Law & Policy Review/ Yale Journal on Regulation Symposium: Constructing a New Federalism 25 (1996);

"Exchange-Rate Management in Eastern Europe: A Public-Choice Perspective," 16 International Review of Law and Economics 195 (1996 with Enrico Colombatto);

"Derivative Instruments: Lessons For the Regulatory State," 21 The Journal of Corporation Law 69 ((1995) published in 1996);

"Public Choice, Public Opinion, and the Fuller Court," 49 Vanderbilt Law Review 373 (1996) (book review);

"Originalism As An `Ism'," 19 Harvard Journal of Law & Public Policy, 301 (1996);

"Exchange-Rate Management in Eastern Europe:  A Public Choice Perspective," 6 Journal des Economistes et des Etudes Humanines 259-275 (1995 with Enrico Colombatto);

"Reflections on Professional Responsibility in a Regulatory State," 63 George Washington Law Review 1105 (1995 with Geoffrey P. Miller);

"Corporate Governance and Commercial Banking:  A Comparative Examination of Germany, Japan, and the United States" 48 Stanford Law Review 73 (1995) (with Geoffrey P. Miller) reprinted in 9 Journal of Applied Corporate Finance 57 (1997);

"Public Choice Theory and the Transition Market Economy in Eastern Europe: Currency Convertibility and Exchange Rates" 28 Cornell Journal of International Law 387 (1995) (with Enrico Colombatto);

"The Regulation of Corporate Acquisitions:  A Law and Economics Analysis of European Proposals for Reform" 1995 Columbia Business Law Review 495 (1995) (with Clas Bergström, Peter Högfeldt and Per Samuelsson);

"A Market Approach to Tort Reform via Rule 78" 80 Cornell Law Review 909 (1995) (with Geoffrey P. Miller);

"Language and Self-Interest:  Preliminary Notes Towards a Public Choice Approach to Legal Language" in Northwestern University/Washington University Law and Linguistics Conference, 73 Washington University Law Quarterly 1001 (1995);

"The Limited Liability Company:  Lessons for Corporate Law" in F. Hodge O'Neal Corporate and Securities Law Symposium:  Limited Liability Companies, 73 Washington University Law Quarterly 433 (1995);

"Path Dependence, Public Choice, and Transition in Russia:  A Bargaining Approach" 4 Cornell Journal of Law and Public Policy 379 (1995) (with Enrico Colombatto);

"A Rejoinder" 16 Cardozo Law Review 1781 (1995);

"Deposit Insurance, the Implicit Regulatory Contract, and the Mismatch in the Term Structure of Banks' Assets and Liabilities" 12 Yale Journal on Regulation 1 (1995) (with Geoffrey P. Miller);

"Towards a Regulatory Analysis of Deposit Insurance" in Prudential Regulation of Banks and Securities Firms" (Guido Ferrarini, editor, 1995) (with Geoffrey P. Miller);

"Packaged Preferences and the Institutional Transformation of Interests" 61 University of Chicago Law Review 1443 (1994);

"Health Care Reform:  Perspectives from the Economic Theory of Regulation and the Economic Theory of Statutory Interpretation: 79 Cornell Law Review 1434 (1994);

"Judicial Preferences, Public Choice, and the Rules of Procedure" 23 Journal of Legal Studies 627 (1994);

"Property Rights, Innovation and Constitutional Structure" 11 Social Philosophy and Policy 181 (1994);

"A Public Choice View of Transition in Eastern Europe" 2-3 Economia delle Scelte pubbliche 113 (1994) (with Enrico Colombatto);

"Chief Justice Rehnquist, Interest Group Theory, and the Founders' Design" 25 Rutgers Law Review 577 (1994);

"Comment:  Confrontation or Cooperation for Mutual Gain?" 57 Law and Contemporary Problems 45 (comment on Moe & Wilson, Presidents and the Politics of Structure 1994);

"Administrative Agency Obsolescence and Interest Group Formation:  A Case Study of the SEC at Sixty" 15 Cardozo Law Review 909 (1994);

"The Pervasive Influence of Economic Analysis on Legal Decisionmaking" 17 Harvard Journal of Law and Public Policy 107 (1994);

"Civic Education and Interest Group Formation in the American Law School" 45 Stanford Law Review 1937 (1993);

"Corporate Law and Corporate Governance:  A Contractual Perspective" 18 The Journal of Corporation Law 185 (1993);

"Thayer, Nagel and the Founders' Design:  A Comment" 88 Northwestern Law Review 226 1993);

"The McCarran-Ferguson Act of 1945:  Reconceiving the Federal Role in Insurance Regulation" 68 New York University Law Review 13 (with Geoffrey P. Miller 1993);

"The Transformation of the American Law Institute" 61 George Washington Law Review 1412 (1993);

"Corporate Stakeholders:  A Contractual Perspective" 43 University of Toronto Law Journal 401 (with Geoffrey P. Miller 1993);

"Double Liability of Bank Shareholders:  A Look at the New Data" 28 Wake Forest Law Review 933 (1993);

"The Inevitability of Universal Banking" 19 Brooklyn Journal of International Law 203 (1993);

"Congress, the Court, and the Bill of Rights" 23 Cumberland Law Review 93 (Comment at Sixth Annual Federalist Society Symposium 1993);

"Kaye, Scholer, Firrea, and the Desirability of Early Closure:  A View of the Kaye, Scholer Case From the Perspective of Bank Regulatory Policy" 66 Southern California Law Review 1115 (with Geoffrey P. Miller 1993);

"Representative Democracy" 16 Harvard Journal of Law & Public Policy 49 (1993);

"The Community Reinvestment Act:  An Economic Analysis" 79 Virginia Law Review 291 (with Geoffrey P. Miller 1993);

"Auctioning Class Action and Derivative Litigation: A Rejoinder" 87 Northwestern Law Review 458 (with Geoffrey P. Miller 1993);

"Bank Failure: The Politicization of a Social Problem" 45 Stanford Law Review 289 (with Geoffrey P. Miller 1992);

"Implementing the FDIC Improvement Act of 1991" in Rebuilding Public Confidence Through Financial Reform, Conference Proceedings Volume, Ohio State University Business School, June 25, 1992;

"Nondeposit Deposits and the Future of Bank Regulation" 91 Michigan Law Review 237 (with Geoffrey P. Miller 1992);

"Judicial Discretion and the Internal Organization of Congress" 12 International Review of Law and Economics 280 (1992);

"Mandatory Pro Bono: Comfort for the Poor or Welfare for the Rich?" 77 Cornell Law Review 1115 (1992);

"The End of History and the New World Order: The Triumph of Capitalism and the Competition Between Liberalism and Democracy" 25 Cornell International Law Journal 277 (with Geoffrey P. Miller 1992);

"Separated Powers and Positive Political Theory: The Tug of War Over Administrative Agencies" 80 Georgetown Law Journal 671 (1992);

"Organizational Design and the Political Control of Administrative Agencies" 8 Journal of Law, Economics & Organization 93 (1992);

"The Canons of Statutory Construction and Judicial Preferences" 45 Vanderbilt Law Review 647 (with Geoffrey P. Miller 1992);

"Some Causes and Consequences of the Bifurcated Treatment of Economic Rights and `Other' Rights Under the U.S. Constitution" 9 Social Philosophy and Policy 141 (1992);

"Double Liability of Bank Shareholders: History and Implications" 27 Wake Forest Law Review 31 (with Geoffrey P. Miller 1992 Symposium);

"Origin of the Blue Sky Laws" 70 Texas Law Review 347 (with Geoffrey P. Miller 1991);

"Toward Enhanced Consumer Choice in Banking: Uninsured Deposit Facilities as Financial Intermediaries for the 1990's" 1991 New York University Annual Survey of American Law 865 (with Geoffrey P. Miller 1991);

"The Fraud-on-the-Market Theory Revisited" 77 Virginia Law Review 1001 (with Geoffrey P. Miller 1991);

"Lessons From Financial Economics: Materiality, Reliance, and Extending the Reach of Basic v. Levinson" 77 Virginia Law Review 1017 (with Geoffrey P. Miller, Mark L. Mitchell and Jeffry M. Netter 1991);

"The Plaintiffs' Attorney's Role in Class Action and Derivative Litigation: Economic Analysis and Recommendations for Reform" 58 University of Chicago Law Review 1 (with Geoffrey P. Miller 1991);

"The Glass-Steagall Act and the Riskiness of Financial Intermediaries" 14 Research in Law and Economics 19 (with M. Wayne Marr and S. David Young 1991);

"Agency Theory and the Criminal Liability of Corporations" 71 Boston University Law Review 315 (1991 Symposium);

"State and Federal Regulation of Corporate Takeovers: A View From the Demand Side" 69 Washington University Law Quarterly 383 (1991);

"America's Banking System: The Origins and Future of the Current Crisis" 69 Washington University Law Quarterly 769 (1991 Symposium);

"An Economic Analysis of the Various Rationales for Making Shareholders the Exclusive Beneficiaries of Corporate Fiduciary Duties" 21 Stetson Law Review 23 (1991 Symposium);

"Politics, Bureaucracies, and Financial Markets: Bank Entry into Commercial Paper Underwriting in the United States and Japan" 139 University of Pennsylvania Law Review 369 (with David G. Litt, Geoffrey P. Miller and Edward L. Rubin 1990);

"The Role of the Democratic and Republican Parties as Organizers of Shadow Interest Groups" 89 Michigan Law Review 1 (1990);

"Federal Deference to Local Regulators and the Economic Theory of Regulation" 75 Virginia Law Review 265 (1991);

"Good Finance, Bad Economics: An Analysis of the Fraud on the Market Theory" 42 Stanford Law Review 1059 (with Geoffrey P. Miller 1990);

"The Stock Exchange as a Firm: The Emergence of Close Substitutes for the New York and Tokyo Stock Exchanges" 76 Cornell Law Review 1007 (with Hideki Kanda 1990);

"Auction Theory, MBO's and Property Rights in Corporate Assets" 25 <u>Wake Forest Law Review</u> 85 (1990 Symposium);

"Firm-Specific Human Capital Investments and Hegelian Ethics: A Comment on Cornell and Posner" 11 <u>Cardozo Law Review</u> 505 (1990);

"Courts and Corporations: A Comment on Coffee" 89 <u>Columbia Law Review</u> 1692 (1990);

"Macey Responds to Lubet" 75 <u>Cornell Law Review</u> 959 (1990);

"The Fraud on the Market Theory: Some Preliminary Issues" 74 <u>Cornell Law Review</u> 923 (1989);

"Restrictions on Short Sales: An Analysis of the Uptick Rule and its Role in View of the October 1987 Stock Market Crash" 74 <u>Cornell Law Review</u> 799 (with Mark Mitchell and Jeffry Netter 1989);

"Externalities, Firm-Specific Capital Investments, and the Legal Treatment of Fundamental Corporate Changes" 1989 <u>Duke Law Journal</u> 173 (1989);

"The Political Science of Regulating Bank Risk" 49 <u>Ohio State Law Journal</u> 1277 (1989);

"The Myth of `Re-Regulation': The Interest Group Dynamics of Regulatory Change in the Financial Services Industry" 45 <u>Washington & Lee Law Review</u> 1275 (1989);

"Public Choice: The Theory of the Firm and the Theory of Market Exchange" 74 <u>Cornell Law Review</u> 43 (1989);

"How Separation of Powers Protects Individual Liberties" 41 <u>Rutgers Law Review</u> 813 (1989);

"The Chicken Wars as a Prisoners' Dilemma: What is in a Game?" 64 <u>Notre Dame Law Review</u> 447 (1989) (review of John A.C. Conybeare, <u>Trade Wars: The Theory and Practice of International Commercial Rivalry</u>);

"The Dangers of Pop Thinking About Japan" 22 <u>Cornell Journal of International Law</u> 623 (1989) (review of Daniel Burstein, <u>Yen! Japan's New Financial Empire and its Threat to America</u>);

"The Internal and External Costs and Benefits of <u>Stare Decisis</u>" 65 <u>Chicago-Kent Law Review</u> 93 (Special Symposium Issue on Post-Chicago Law and Economics, 1989);

"Trans Union Reconsidered" 98 Yale Law Journal 127 (with Geoffrey P. Miller 1988);

"The Missing Element in the Republican Revival" 97 Yale Law Journal 1673 (1988);

"Bank Failures, Risk Monitoring and the Market for Bank Control" 88 Columbia Law Review 1153 (with Geoffrey P. Miller 1988);

"The Myth of Competition in the Dual Banking System" 73 Cornell Law Review 677 (with Henry N. Butler 1988);

"State Anti-Takeover Statutes: Good Politics, Bad Economics" 1988 Wisconsin Law Review 467 (1988);

"Ethics, Economics and Insider Trading: Ayn Rand Meets the Theory of the Firm" 11 Harvard Journal of Law and Public Policy 785 (1988);

"Alan Bloom and the American Law School" 73 Cornell Law Review 1038 (1988) (review of Alan Bloom, The Closing of the American Mind);

"The Private Creation of Private Trusts" 37 Emory Law Journal 295 (1988);

"From Judicial Solutions to Political Solutions: The New, New Direction of the Rules Against Insider Trading" 39 Alabama Law Review 355 (1988 Symposium); reprinted 30 Corporate Practice Commentator 459 (1989);

"Transaction Costs and the Normative Elements of the Public Choice Model: An application to Constitutional Theory" 74 Virginia Law Review 471 (1988 Symposium);

"Market Discipline by Depositors: A Summary of the Theoretical and Empirical Arguments" 5 Yale Journal on Regulation 215 (with Elizabeth H. Garrett 1988);

"Regulation on Demand: Special Interest Groups and Insider Trading Law" 30 Journal of Law and Economics 311 (with David D. Haddock 1987);

"Competing Economic Views of the Constitution" 56 George Washington Law Review 50 (1987 Symposium);

"Regulation 13D and the Regulatory Process" 65 Washington University Law Quarterly 131 (with Jeffry M. Netter 1987 Symposium);

"Takeover Defensive Tactics and Legal Scholarship: Market Forces vs. the Policymaker's Dilemma" 96 Yale Law Journal 342 (1987);

"A Coasian Model of Insider Trading" 88 <u>Northwestern Law Review</u> 1449 (with David D. Haddock 1987);

"Toward An Interest Group Theory of Delaware Corporate Law" 65 <u>Texas Law Review</u> 469 (with Geoffrey P. Miller 1987);

"Property Rights in Assets and Resistance to Tender Offers" 73 <u>Virginia Law Review</u> 701 (with David D. Haddock and Fred S. McChesney 1987);

"Promoting Public-Regarding Legislation Through Statutory Interpretation: An Interest Group Model" 86 <u>Columbia Law Review</u> 223 (1986);

"ESOP's and Market Distortions" 23 <u>Harvard Journal on Legislation</u> 103 (with Richard L. Doernberg 1986);

"From Fairness to Contract: The New Direction of the Rules Against Insider Trading" 14 <u>Hofstra Law Review</u> 6 (1985 <u>Symposium</u>); reprinted in 18 <u>Securities Law Review</u> (1986);

"A Theoretical Analysis of Corporate Greenmail" 95 <u>Yale Law Journal</u> 13 (with Fred S. McChesney 1985);

"Controlling Insider Trading in Europe and America: The Economics of the Politics" (with David D. Haddock) (1986); in Law and Economics and the Economics of Regulation 149 (International Studies in Economics and Econometrics, Volume 13, Kluwer Academic Publishers);

"Shirking at the SEC: The Failure of the National Market System" <u>University of Illinois Law Review</u>, 315 (with David Haddock 1985);

"Special Interest Groups Legislation and the Judicial Function: The Dilemma of Glass-Steagall" 33 <u>Emory Law Journal</u> 1 (1984); Reprinted in 17 <u>Securities Law Review</u> 401 (1985);

"Toward a New Pedagogy" (Review of Loss, <u>Fundamentals of Securities Regulation</u>) 93 <u>Yale Law Journal</u> 1173 (1984);

<u>Books</u>:

"The Law of Banking and Financial Institutions," (Aspen Law &Business, fourth edition, 2009) (with Richard Cornell and Geoffrey P. Miller)

"Corporate Governance: Promises Made, Promises Broken (Princeton University Press 2008)

"Classics in Corporate Law and Economics," Jonathan Macey, editor, (Edward Elgar Publishing, 2008)

"Iconic Cases in Corporate Law," Jonathan Macey, editor, (Thomson*West, 2008)

"Macey on Corporate Law," Wolters Kluwer Law & Business, 2008

"Cases and Materials on Corporations Including Partnerships and Limited Liability Companies," (Thomson*West, Ninth Edition 2005) (with Robert Hamilton).

"Macey on Corporation Laws" (2 volume treatise), originally published in 1998, updated annually, Aspen Law & Business;

"Costly Policies:  State Regulation and Antitrust Exemption in Insurance Markets" (with Geoffrey P. Miller, The AEI Press 1993);

"Svensk Aktiebolags Rätt I Omvandling: En Rättsekonomisk Analys" (Swedish Corporate Law in Transition:  A Law and Economics Analysis (published in Swedish and English by SNS Förlag 1993);

"Third Party Legal Opinions:  Evaluations and Analysis" (Prentice Hall Law and Business, 1992);

"Insider Trading:  Economics, Politics, and Policy" (The AEI Press, 1991);

"An Introduction to Modern Financial Theory" (The American College of Trust and Estate Council Foundation (1991).

Miscellaneous
Publications:

"The Government Is Contributing to the Panic," The Wall Street Journal, October 11, 2008

"Wall Street-Main Street Power Game," The Washington Independent, October 17, 2008 (with James Holdcroft)

"Regulation and Scholarship: Constant Companions or Occasional Bedfellows?" 25 Yale Journal on Regulation 305-313 (2008) (speech delivered on the occasion of the 25th Anniversary of the Yale Journal on Regulation).

"Bear Stearns Too Big to Fail?" The Washington Independent, May 21, 2008 (http://washingtonindependent.com/view/bear-stearns-too-big)

"Brave New Fed" The Wall Street Journal, Monday, March 31, 2008, at A19.

"Regulatory McCarthyism" <u>The Wall Street Journal</u>, Tuesday, October 24, 2006 at A17

"From Orders to Markets: Who Should Decide What is 'Best Execution'" <u>Regulation</u>, Vol. 28, No. 2, Summer 2005.

"A Misguided Proposal to Regulate Risk-Taking" (letter) <u>The Wall Street Journal</u>, Tuesday, April 5, 2005.

"A Risky Proposition" (book review) <u>The Wall Street Journal</u>, Tuesday, March 15, 2005;

"How Does the SEC Arrive at its Fines Against Corporate Wrongdoers" June 21, 2004, <u>Forbes;</u>

"Securities and Exchange Nanny" <u>The Wall Street Journal</u>, Tuesday, December 29, 2003, A10;

"Public Choice and the Law." In *The New Palgrave Dictionary of Economics and the Law, Vol. 3*. P. Newman, ed. New York: Stockton. (1998).

"A Poison Pill That Shareholders Can Swallow" The Wall Street Journal, Monday, May 4, 1998;

"A Critical Test of Corporate Governance" <u>The Los Angeles Times</u>, Sunday, February 22, 1998, M2;

"Shareholder Rights Will Be Next Battleground" <u>The National Law Journal</u>, Monday, February 16, 1998;

"Will Euro's Heat Make U.S. Firms Wilt?" <u>The National Law Journal</u>, Monday, September 1, 1997

"Banking; A Reform Plan that Leaves Consumers Out" <u>The Los Angeles Times</u>, Sunday, May18, 1997;

"Fed Does End Run on Glass-Steagall" <u>The National Law Journal</u>, Monday, April 28, 1997;

"Blame Managers, Not Derivatives" <u>The National Law Journal</u>, Monday, August 26, 1996;

"Wealth Creation as a `Sin'," XVII <u>The Journal of Corporate Governance</u> 12 (1996), reprinted in <u>Independent Policy Report</u>, Independent Institute (1996);

"Appeals Court Decision Validates Shady Deals" <u>The National Law Journal</u>, Monday, September 25, 1995;

"The Court Gets It Half Right on Firrea" <u>The Wall Street Journal</u> Wednesday, September 13, 1995;

"The Lowdown on Lending Discrimination" <u>The Wall Street Journal</u>, Wednesday, August 9, 1995;

"The '80s Villain, Vindicated" <u>The Wall Street Journal</u>, July 18, 1995;

"A Poison Pill to Destroy Banking Reform" <u>The Wall Street Journal</u>, Wednesday, June 7, 1995;

"Banking by Quota" <u>The Wall Street Journal</u>, Wednesday, September 7, 1994;

"Mutual Banks Take Your Money and Run" <u>The Wall Street Journal</u>, Wednesday, December 29, 1993;

"Porkbarrel Banking" <u>The Wall Street Journal</u>, Monday, July 19, 1993;

"Not All Pro Bono Work Helps the Poor" <u>The Wall Street Journal</u>, Wednesday, December 30, 1992;

"Naderite Mossbacks Lose Control Over Corporate Law" <u>The Wall Street Journal</u>, Wednesday, June 24, 1992;

"Needless Nationalization at the FDIC" <u>The Wall Street Journal</u>, Friday, February 14, 1992;

"The SEC Dinosaur Expands its Turf: <u>The Wall Street Journal</u>, Wednesday, January 29, 1992;

"Don't Blame Salomon, Blame the Regulators" <u>The Wall Street Journal</u>, Monday, August 19, 1991;

"In Wake of Bailout, Why are we Rewarding Banks?" <u>The Los Angeles Times</u>, Sunday, July 14, 1991;

"While Politicians Fiddle Banking Crises Explode" <u>The Los Angeles Times</u>, Sunday, September 23, 1990;

"S&L Bailout Plan Victim of Hysteria" <u>The Wall Street Journal</u>, Monday, June 25, 1990;

"A Good Idea Gone Sour:  Can Bank Insurance Fail?" <u>The Los Angeles Times</u>, Sunday, June 24, 1990;

"It's Time for Bush to Pay the Piper on the S&L Bailout" <u>The Los Angeles Times</u>, Sunday, April 22, 1990;

"The Politics of Denying an S&L Crisis" <u>The Los Angeles Times</u>, Sunday, December 10, 1990;

"Savings and Loan Regulations Create `Win-Win' Situation for Risk Takers" <u>The Los Angeles Times</u>, Sunday, February 5, 1989;

"The SEC's Insider Trading Proposal:  Good Politics, Bad Policy" <u>Cato Institute Policy Analysis No. 101</u>, March 31, 1988;

"Market for Corporate Control" <u>The Wall Street Journal</u>, Friday, March 4, 1988;

"Senators Would Shoot SEC Messengers" <u>The Wall Street Journal</u>, Thursday, September 10, 1987;

"SEC Vigilant Against Insider Trading - But is it Within Law?  Too Strict a Crackdown Will Harm Markets" <u>The Wall Street Journal</u>, Wednesday, May 28, 1986;

"Financial Planners - A New Professional Cartel?" <u>The Wall Street Journal</u>, Tuesday, October 31, 1985;

"Conservative Judgment Time" <u>The Wall Street Journal</u>, Friday, August 23, 1985;

"Introduction" to Volume V (1989) of the <u>Banking Law Anthology</u>;

Remarks at Symposium on the First Amendment and Federal Securities Regulation, 20 <u>Connecticut Law Review</u> (assorted pages) 1988;

Remarks at Colloquium on the ALI Corporate Governance Project, 71 <u>Cornell Law Review</u>. (assorted pages) (1986);

"A Conduct Oriented Approach to the Glass-Steagall Act" 91 <u>Yale Law Journal</u> 102 (1981) (published as a student).

<u>Current</u>
<u>Activities</u>:    Chair, Association of American Law Schools Section on Legal Scholarship

Executive Committee, Association of American Law Schools Section on Corporate Law;

Member, American Law Institute;

Academic Advisory Board Committee, the <u>Banking Law Anthology</u>;

Academic Advisory Board, <u>The Social Philosophy and Policy Center</u>;

Board of Editors, <u>Journal of Banking and Finance</u>

Board of Editors, <u>Journal of Banking Law</u>

Board of Editors, <u>Journal of Financial Crime</u>;

Board of Editors, <u>Corporate Practice Commentator</u>;

Guest Contributor, <u>Harvard Corporate Governance Blog</u>

<u>Employment History</u>:

Sam Harris Professor of Corporate Law, Securities Law and Corporate Finance, Yale University, 2004 – present.

J. DuPratt White Professor of Law, Cornell Law School, 1991-2004;

Visiting Professor of Law, Yale University, 2003-2004;

Member, Board of Directors, Telxon Corporation, 1998- 1999 (appointed as dissident director in settlement of proxy contest dispute); Director nominee Rexene Corporation, 1999, Circon Corporation, 1998, Arvin Meritor, Inc. 2004).

Visiting Professor, Faculty of Law, Stockholm School of Economics, fall, 1993;

Research Fellow, International Centre for Economic Research, Turin Italy, winter, 1993, spring, 1994;

Professor of Law (with tenure), University of Chicago, 1990-1991;

Professor of Law, (with tenure), Cornell University, 1987-1990;

Visiting Professor of Law, The University of Chicago, fall quarter, 1989-1990;

Visiting Professor, University of Tokyo Faculty of Law, summer, 1989;

Visiting Associate Professor of Law, University of Virginia, 1986-1987;

Assistant to Associate Professor of Law, Emory University, 1983-1986;

Law Clerk to the Honorable Henry J. Friendly, United States Court of Appeals, Second Circuit, 1982-1983 term of court;

Consultant, Municipal Finance Department, Lloyd Bush & Associates, New York, NY (consultant representing municipalities and investment banks before credit rating agencies (1978-1979));

Municipal Bond Trader, Bankers Trust Company, New York, NY (1977-1978).