IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 3:08-CV-2050-D |
| VS. | § § | |
| MARK CUBAN, | § § | |
| Defendant. | § § | |

## ORDER

The February 2, 2009 motion of Professor Allen Ferrell, et al. for leave to file *amici curiae* brief is granted. They must file their brief—electronically or on paper—within five business days of the date of this order. If, by reason of this filing, plaintiff requires additional time to respond to defendant's motion to dismiss so that it can submit a single response to defendant's motion and the *amici curiae* brief, the court will grant a reasonable extension on request or by agreed order.

**SO ORDERED**.

February 3, 2009.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE

Dockets.Justia.com