IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § | |
| Plaintiff, § § § | Civil Action No. 3:08-CV-2050-D |
| VS. § § | |
| MARK CUBAN, § § § | |
| Defendant. § | |

### **ORDER**

Pursuant to the court's February 3, 2009 order related to the filing of an *amici curiae* brief on behalf of defendant, and the agreement of the parties, the court hereby extends the briefing deadlines related to defendant's motion to dismiss. Accordingly, plaintiff's deadline to respond to defendant's motion to dismiss is February 27, 2009, and defendant's deadline to reply is March 20, 2009.

**SO ORDERED**.

February 6, 2009.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE