**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| | : | |
| **SECURITIES AND EXCHANGE COMMISSION**, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 3-08-CV-2050-D |
| | : | |
| v. | : | |
| | : | |
| **MARK CUBAN**, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### <u>AGREED ORDER</u>

On April 1, 2009, Plaintiff Securities and Exchange Commission mistakenly filed with the Clerk of the Court a Notice of Subpoena on Non-Party for the Production of Documents (Doc. No. 28). Local Rule 5.2, however, provides that discovery material is not to be filed. For this reason, the parties have agreed that the notice should be removed from the Court's file and stricken from the Court's electronic case filing system. The Court is of the opinion that this Agreed Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's April 1, 2009 Notice of Subpoena on Non-Party for the Production of Documents shall be removed from the Court's file and stricken form the Court's electronic case filing system. The Clerk is therefore directed to strike from the electronic case filing system the filing previously designated as document number 28.

SIGNED  April 3, 2009.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE

AGREED:

*/s/ Kevin P. O'Rourke*
Kevin P. O'Rourke (D.C. Bar No. 254920)
Julie M. Riewe (D.C. Bar No. 472470)
Adam S. Aderton (D.C. Bar No. 496247)
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C.  20549
(202) 551-4442 (O'Rourke)
(202) 772-9246 (fax) (O'Rourke)
orourkek@sec.gov

Toby M. Galloway
Texas Bar No. 00790733
Securities and Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX  76102
(817) 978-6447
(817) 978-2700 (fax)

Attorneys for Plaintiff
Securities and Exchange Commission

***/s/ Stephen A. Best***
Lyle Roberts (*pro hac vice*)
Bar No. 464789
Ralph C. Ferrara (*pro hac vice*)
Bar No. 156380
Stephen A. Best
Bar No. 428447
Henry W. Asbill
Bar No. 938811
DEWEY & LEBOEUF LLP
1101 New York Avenue, NW Washington, D.C. 20005
Telephone: (202) 346-8000
Facsimile: (202) 346-8102 lroberts@dl.com
rferrara@dl.com
sbest@dl.com
hasbill@dl.com

Christopher J. Clark (*pro hac vice*)
N.Y. Bar No. 2854222
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
cjclark@dl.com

Counsel for Defendant Cuban