IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE | § | |
| COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:08-CV-2050-D |
| VS. | § | |
| | § | |
| MARK CUBAN, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Defendant's January 14, 2009 motion for judicial notice—the filing of which plaintiff does not oppose, *see* P. Feb. 27, 2009 Br. 2 n.2—is granted.

Defendant's request for oral argument of his January 14, 2009 motion to dismiss is granted. Counsel are directed to contact the court concerning their availability for oral argument. Once a date is selected, the court will issue an order addressing the details of argument.

**SO ORDERED**.

April 16, 2009.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE