IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § | |
| Plaintiff, § § Civil Action No. 3:08-CV-2050-D | |
| VS. § § | |
| MARK CUBAN, § § | |
| Defendant. § | |

### **ORDER**

Defendant's January 14, 2009 motion to dismiss is set for oral argument on Tuesday, May 26, 2009 at 2:00 p.m. Each side is allotted 30 minutes for argument. Defendant may reserve up to 10 of his 30 minutes for rebuttal.

Demonstrative aids may be used at oral argument only if both of the following prerequisites are satisfied: (1) the exhibit is a duplicate, enlargement, photograph, or computer-generated representation of an exhibit that is already part of the motion record; and (2) notice that the aid will be used during argument has been given to opposing counsel at least 10 days before the date for oral argument.

**SO ORDERED**.

April 17, 2009.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE