**United States District Court**
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET, RM. 1528
DALLAS, TEXAS 75242

CHAMBERS OF
SIDNEY A. FITZWATER
CHIEF JUDGE
(214) 753-2333

July 20, 2009

Re: *SEC v. Cuban*, ___ F.Supp. 2d ___ (N.D. Tex. July 17, 2009).

TO WHOM IT MAY CONCERN:

Please find enclosed a replacement page for page 27 of the court's memorandum opinion and order filed on July 17, 2009. The following editorial correction has been made to page 27:

The sentence that reads

> "This statement, however, cannot reasonably be understood as an agreement to sell based on the information."

has been corrected to read

> "This statement, however, cannot reasonably be understood as an agreement not to sell based on the information."

No other change has been made to this page or to any other part of the memorandum opinion and order.

Respectfully,

*Debra J. Eubank*

Debra J. Eubank
Judicial Secretary to
Chief Judge Sidney A. Fitzwater

Enclosure
cc w/encl.:   Counsel of Record (via CM/ECF)

Securities and Exchange Commission v. Cuban                    Doc. 34

Dockets.Justia.com