```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                         DALLAS DIVISION
```

SECURITIES AND EXCHANGE           §
COMMISSION,                       §
                                  §
              Plaintiff,          §
                                  § Civil Action No. 3:08-CV-2050-D
VS.                               §
                                  §
MARK CUBAN,                       §
                                  §
              Defendant.          §

## JUDGMENT

For the reasons set out in memorandum opinions and orders filed July 17, 2009 and today, it is ordered and adjudged that plaintiff's action against defendant Mark Cuban ("Cuban") is dismissed with prejudice.

Cuban's costs of court, as calculated by the clerk of court and to the extent allowable under 28 U.S.C. § 1920, are taxed against plaintiff.

Done at Dallas, Texas August 13, 2009.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE