IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SECURITIES AND EXCHANGE          §
COMMISSION,                      §
                                 §
                  Plaintiff,     §
                                 §  Civil Action No. 3:08-CV-2050-D
VS.                              §
                                 §
MARK CUBAN,                      §
                                 §
                  Defendant.     §

## ORDER

Plaintiff's August 13, 2009 motion to alter or amend judgment, which defendant does not oppose, is granted, and an amended judgment is filed today.

**SO ORDERED.**

August 13, 2009.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE

Dockets.Justia.com