```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                       DALLAS DIVISION
```

SECURITIES AND EXCHANGE           §
COMMISSION,                       §
                                  §
              Plaintiff,          §
                                  § Civil Action No. 3:08-CV-2050-D
VS.                               §
                                  §
MARK CUBAN,                       §
                                  §
              Defendant.          §

## AMENDED JUDGMENT

For the reasons set out in memorandum opinions and orders filed July 17, 2009 and today, it is ordered and adjudged that plaintiff's action against defendant Mark Cuban is dismissed with prejudice.

Done at Dallas, Texas August 13, 2009.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE