## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, | : |
| Plaintiff, | : Civil Action No.: 3-08-CV2050-D |
| v. | : |
| **MARK CUBAN**, | : |
| Defendant. | : |

### Rule 54(d)(2)(C) Request of Plaintiff Securities and Exchange Commission

Plaintiff Securities and Exchange Commission vigorously disputes the allegation by Mark Cuban that the Commission has acted in bad faith in pursuing its insider trading action against him. Pursuant to Rule 54(d)(2)(C), plaintiff Securities and Exchange Commission respectfully requests the opportunity to make a submission in opposition to Mark Cuban's Motion for Attorneys' Fees and Expenses. Plaintiff proposes September 30, 2009 as the date for the requested submission.

September 3, 2009,   Respectfully submitted,

*s/ Kevin P. O'Rourke*

Toby M. Galloway  Kevin P. O'Rourke (D.C. Bar No. 254920)
Texas Bar No. 00790733  Julie M. Riewe (D.C. Bar No. 472470)
Securities and Exchange Commission  Adam S. Aderton (D.C. Bar No. 496247)
Burnett Plaza, Suite 1900  Securities and Exchange Commission
801 Cherry Street, Unit 18  100 F Street, N.E.
Fort Worth, TX 76102  Washington, D.C. 20549
(817) 978-6447  (202) 551-4442 (O'Rourke)
(817) 978-2700 (fax)  (202) 772-9246 (fax) (O'Rourke)
 orourkek@sec.gov

*Attorneys for Plaintiff*
*Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2009, I electronically filed the foregoing document with the Clerk of the Court for the Northern District of Texas, Dallas Division, by using the CM/ECF system which will send notification of such filing to all CM/ECF participants and counsel of record.

*s/ Kevin P. O'Rourke*
Kevin P. O'Rourke