# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MARK CUBAN,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) **Civil Action No. 3:08-cv-02050 (SAF)**<br>)<br>)<br>)<br>)<br>) |

## MARK CUBAN'S RESPONSE TO PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S RULE 54(d)(2)(C) MOTION

Mark Cuban responds to Plaintiff Securities and Exchange Commission's ("SEC") Rule 54(d)(2)(C) motion for leave to file an opposition to Mr. Cuban's Motion for Attorneys' Fees and Expenses (the "Fees Motion"). Although the SEC did not confer with Mr. Cuban's counsel about its motion for leave to file an opposition or its motion for an extension of the standard briefing schedule under Local Rule 7.1, Mr. Cuban does not oppose an extension of the schedule as requested by the SEC, provided that Mr. Cuban receives a similar extension (13 days) to file his reply in support of the Fees Motion. Accordingly, Mr. Cuban respectfully suggests that the Court set the following briefing schedule: (1) the SEC's opposition shall be due September 30; and (2) Mr. Cuban's reply shall be due October 28.

Respectfully submitted,

**DEWEY & LEBOEUF LLP**

By: /s/ Lyle Roberts
_____
Lyle Roberts (*pro hac vice*)
D.C. Bar No. 464789
Ralph C. Ferrara (*pro hac vice*)
D.C. Bar No. 156380
Stephen A. Best
D.C. Bar No. 428447
Henry W. Asbill
D.C. Bar No. 938811
DEWEY & LEBOEUF LLP
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 346-8000
Facsimile: (202) 346-8102
lroberts@dl.com
rferrara@dl.com
sbest@dl.com
hasbill@dl.com

Christopher J. Clark (*pro hac vice*)
N.Y. Bar No. 2854222
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
cjclark@dl.com

*Attorneys for Mark Cuban*

OF COUNSEL:

Stephen M. Ryan
Texas Bar No. 24002881
DEWEY & LEBOEUF LLP
1000 Main Street, Suite 2550
Houston, Texas 77002
Telephone 713-287-2025
713-445-2125 – Fax
sryan@dl.com

Paul Coggins
Texas Bar No. 04504700
Kip Mendrygal
Texas Bar No. 24041472
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: 214-747-5070
Facsimile: 214-747-2091
coggins@fr.com
mendrygal@fr.com

**CERTIFICATE OF SERVICE**

On September 4, 2009, I electronically submitted Mark Cuban's Response to Plaintiff Securities and Exchange Commission's Rule 54(d)(2)(C) Motion with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Lyle Roberts
_____
Lyle Roberts