IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 3-08-CV-2050-D (SAF) |
| MARK CUBAN, | : |
| Defendant. | : |

**JOINT MOTION FOR EXTENSION OF SCHEDULE FOR DISCOVERY
AND SUPPLEMENTAL BRIEFING ON DEFENDANT MARK CUBAN'S
MOTION FOR ATTORNEYS FEES AND EXPENSES.**

The plaintiff Securities and Exchange Commission and defendant Mark Cuban hereby jointly move to extend the schedule for completion of discovery and supplemental briefing on Mr. Cuban's motion for attorneys' fees and expenses. In support of this joint motion, the parties state that:

1.  In its December 4, 2009 Memorandum Opinion and Order, the Court ordered that discovery be completed no later than February 1, 2010, with any supplemental briefing to begin no later than 21 days thereafter. Mem. Opp. at 10. The Court also advised that the parties "may request reasonable extensions of this deadline." *Id.* n.10.

2.  Mr. Cuban served document requests and interrogatories upon the SEC on December 11, 2009. In addition, Mr. Cuban has noticed the deposition of five current and former SEC employees, and may notice additional depositions once his counsel reviews the information and documents the SEC provides to Mr. Cuban in response to his discovery requests.

1

3.  The SEC has not yet responded to Mr. Cuban's document requests or interrogatories. Despite the SEC's diligent efforts, it needs additional time to ensure that it has thoroughly searched for information responsive to Mr. Cuban's discovery requests.

4.  The SEC served document requests and interrogatories upon Mr. Cuban on December 24, 2009, to which Mr. Cuban has not yet responded.

5.  The parties submit that their proposed extensions (as set forth below) of the schedule set by the Court, will neither unnecessarily prolong these proceedings nor prejudice either party.

6.  The parties therefore agree, and hereby jointly move, that the Court extend the discovery deadlines relating to Mr. Cuban's motion for attorneys' fees and expenses as follows:

    a.  Both parties shall fully respond to each other's document requests and interrogatories by February 16, 2010.

    b.  The taking of depositions shall commence by February 22, 2010 or as soon thereafter as practicable.

    c.  Any motion to compel shall be filed by March 1, 2010, with any opposition and reply briefs due in accordance with LR 7.1.

    d.  If no motion to compel is filed, all discovery shall be concluded by March 9, 2010.

    e.  If a motion to compel is filed, all depositions shall be concluded within 14 days after the Court's ruling on such motion (or, if the Court grants the motion and orders the production of documents that were the subject of the motion, depositions shall conclude within 14 days of such production).[1]

---

[1] If a motion to compel is filed, any deposition that involves any documents that are the subject of the motion will be postponed until the Court has ruled on the motion.

f.  In accordance with the original schedule set by the Court in its December 4, 2009 Opinion and Order, Mr. Cuban's supplemental brief and evidence appendix shall be due within 21 days of the completion of all discovery, the SEC's supplemental brief and evidence appendix, if any, shall be filed within 21 days of the filing of Mr. Cuban's supplemental brief and evidence appendix, and Mr. Cuban's supplemental reply brief shall be filed within 14 days of the filing of the SEC's supplemental brief and evidence appendix, if any.

Dated: January 22, 2010

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**

By: /s/ Kevin P. O'Rourke

Kevin P. O'Rourke (*pro hac vice*)
D.C. Bar No. 254920
Julie M. Riewe (*pro hac vice*)
D.C. Bar No. 472470
Adam S. Aderton (*pro hac vice*)
D.C. Bar No. 496247
Thomas J. Karr
D.C. Bar No. 426340
(202) 551-4829 (Aderton)
(202) 772-9364 (fax) (Aderton)
adertona@sec.gov
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549

Toby M. Galloway
Texas Bar No. 00790733
Securities and Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX 76102
(817) 978-6447
(817) 978-2700 (fax)

*Attorneys for the Securities and Exchange Commission*

DEWEY & LEBOEUF LLP

BY: _____

Lyle Roberts (*pro hac vice*)
D.C. Bar No. 464789
Ralph C. Ferrara (*pro hac vice*)
D.C. Bar No. 156380
Stephen A. Best
D.C. Bar No. 428447
Henry W. Asbill
D.C. Bar No. 938811
DEWEY & LEBOEUF LLP
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 346-8000
Facsimile: (202) 346-8102
rferrara@dl.com
sbest@dl.com
hasbill@dl.com
lroberts@dl.com

Christopher J. Clark (*pro hac vice*)
N.Y. Bar No. 2854222
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
cjclark@dl.com

Of Counsel:

Stephen M. Ryan
Texas Bar No. 24002881
DEWEY & LEBOEUF LLP
1000 Main Street, Suite 2550
Houston, Texas 77002
Telephone 713-287-2025
Facsimile: 713-445-2125
sryan@dl.com

Paul Coggins
Texas Bar No. 04504700
Kip Mendrygal
Texas Bar No. 24041472
LOCKE LORD BISSELL & LIDDELL
2200 Ross Avenue
Dallas, Texas 75201
Telephone: 214-747-5070
Facsimile: 214-747-2091
pcoggins@Lockelord.com
kmendrygal@Lockelord.com

*Attorneys for Mark Cuban*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, | : : : : |
| Plaintiff, | : : |
| v. | :  Civil Action No.: 3-08-CV-2050-D (SAF) : |
| **MARK CUBAN**, | : : |
| Defendant. | : : |

## ORDER EXTENDING SCHEDULE FOR DISCOVERY
## AND SUPPLEMENTAL BRIEFING ON
## DEFENDANT'S MOTION FOR ATTORNEYS FEES AND EXPENSES

After considering the parties' Joint Motion for Extension of Schedule for Discovery and Supplemental Briefing on Defendant Mark Cuban's Motion for Attorneys Fees and Expenses, the Court GRANTS the motion.

IT IS THEREFORE ORDERED that discovery deadlines relating to Mr. Cuban's motion for attorneys' fees and expenses as follows are reset as follows:

a. Both parties shall fully respond to each other's document requests and interrogatories by February 16, 2010.

b. The taking of depositions shall commence by February 22, 2010 or as soon thereafter as practicable.

c. Any motion to compel shall be filed by March 1, 2010, with any opposition and reply briefs due in accordance with LR 7.1.

1

d. If no motion to compel is filed, all discovery shall be concluded by March 9, 2010.

e. If a motion to compel is filed, all depositions shall be concluded within 14 days after the Court's ruling on such motion (or, if the Court grants the motion and orders the production of documents that were the subject of the motion, depositions shall conclude within 14 days of such production).[1]

f. In accordance with the original schedule set by the Court in its December 4, 2009 Opinion and Order, Mr. Cuban's supplemental brief and evidence appendix shall be due within 21 days of the completion of all discovery, the SEC's supplemental brief and evidence appendix, if any, shall be filed within 21 days of the filing of Mr. Cuban's supplemental brief and evidence appendix, and Mr. Cuban's supplemental reply brief shall be filed within 14 days of the filing of the SEC's supplemental brief and evidence appendix, if any.

SIGNED this the _____ day of _____, 2010.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

---

[1] If a motion to compel is filed, any deposition that involves any documents that are the subject of the motion will be postponed until the Court has ruled on the motion.