**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **MARK CUBAN**, <br><br> Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:    Civil Action No.: 3-08-CV-2050-D (SAF)<br>:<br>:<br>:<br>:<br>: |

**ORDER EXTENDING SCHEDULE FOR DISCOVERY**
**AND SUPPLEMENTAL BRIEFING ON**
**DEFENDANT'S MOTION FOR ATTORNEYS FEES AND EXPENSES**

After considering the parties' Joint Motion for Extension of Schedule for Discovery and Supplemental Briefing on Defendant Mark Cuban's Motion for Attorneys Fees and Expenses, the Court GRANTS the motion.

IT IS THEREFORE ORDERED that discovery deadlines relating to Mr. Cuban's motion for attorneys' fees and expenses as follows are reset as follows:

a.  Both parties shall fully respond to each other's document requests and interrogatories by February 16, 2010.

b.  The taking of depositions shall commence by February 22, 2010 or as soon thereafter as practicable.

c.  Any motion to compel shall be filed by March 1, 2010, with any opposition and reply briefs due in accordance with LR 7.1.

1

Dockets.Justia.com

d.      If no motion to compel is filed, all discovery shall be concluded by March 9, 2010.

e.      If a motion to compel is filed, all depositions shall be concluded within 14 days after the Court's ruling on such motion (or, if the Court grants the motion and orders the production of documents that were the subject of the motion, depositions shall conclude within 14 days of such production).[1]

f.      In accordance with the original schedule set by the Court in its December 4, 2009 Opinion and Order, Mr. Cuban's supplemental brief and evidence appendix shall be due within 21 days of the completion of all discovery, the SEC's supplemental brief and evidence appendix, if any, shall be filed within 21 days of the filing of Mr. Cuban's supplemental brief and evidence appendix, and Mr. Cuban's supplemental reply brief shall be filed within 14 days of the filing of the SEC's supplemental brief and evidence appendix, if any.

SIGNED this the ___22nd___ day of ___January_____, 2010.


_____
SIDNEY A. FITZWATER
CHIEF  UNITED STATES DISTRICT JUDGE

---

[1] If a motion to compel is filed, any deposition that involves any documents that are the subject of the motion will be postponed until the Court has ruled on the motion.