RECEIVED

─ 9 2010

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TE   S



3:08 CU 2050 -D

-------------------------------------Cut Here-------------------------------------------------------

No. 3:08-cv-2050-D    Short Title 09-10996   SEC v. Mark Cuban

Dallas Division

**Attorney Receipt**        *The shaded area is to be completed by original recipient. Please detach this portion and forward it to the **Disctrict Court Clerk's office** upon receipt of documents.*

| | | |
|---|---|---|
| ☒ Records Vols: | 3 record | |
| ☐ Supp. Records Vols. | | |
| * ☐ Exhibits | | ☐ |

Records in above case listed received:

Judge/Attorney Name: Michael Post

Date: 2/20/10