
RECEIVED
FEB - 9 2010
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

3:08CV 2050-D

No. 3:08-cv-2050-D    Short Title 09-10996   SEC v. Mark Cuban

Dallas Division

**Attorney Forwarding Receipt**    *If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the <u>District Court Clerk's Office.</u>*

- [x] Records Vols:   3 record
- [ ] Supp. Records Vols.
- [ ] Exhibits

Records in above case forwarded to:
Attorney Name: Lyle Roberts
Address: 1101 New York Ave., NW
City, State, Zip: Washington, DC 20005
Signed: _____ Date: 2/26/10