**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civil Action No.: 3-08-CV-2050-D (SAF) <br> : |
| **MARK CUBAN,** | : <br> : |
| Defendant. | : <br> : |

**ORDER EXTENDING SCHEDULE FOR DISCOVERY
AND SUPPLEMENTAL BRIEFING ON
DEFENDANT'S MOTION FOR ATTORNEYS FEES AND EXPENSES**

After considering the parties' Joint Motion for Extension of Schedule for Discovery and Supplemental Briefing on Defendant Mark Cuban's Motion for Attorneys Fees and Expenses, the Court GRANTS the motion.

IT IS THEREFORE ORDERED that discovery deadlines relating to Mr. Cuban's motion for attorneys' fees and expenses as follows are reset as follows:

a. Both parties shall produce documents as soon as is practicable, and shall respond to each other's document requests and interrogatories by March 9, 2010.

b. The taking of depositions shall commence by March 15, 2010 or as soon thereafter as practicable.

c. Any motion to compel shall be filed by March 22, 2010, with any opposition and reply briefs due in accordance with LR 7.1.

1

d.  If no motion to compel is filed, alldiscovery shall be concluded by March 30, 2010.

e.  If a motion to compel is filed, all depositions shall be concluded within 14 days after the Court's ruling on such motion (or, if the Court grants the motion and orders the production of documents that were the subject of the motion, depositions shall conclude within 18 days of such production).[1]

f.  In accordance with the original schedule set by the Court in its December 4, 2009 Opinion and Order, Mr. Cuban's supplemental brief and evidence appendix shall be due within 21 days of the completion of all discovery, the SEC's supplemental brief and evidence appendix, if any, shall be filed within 21 days of the filing of Mr. Cuban's supplemental brief and evidence appendix, and Mr. Cuban's supplemental reply brief shall be filed within 14 days of the filing of the SEC's supplemental brief and evidence appendix, if any.

SIGNED this the ___11th___ day of ___February_____, 2010.

_____
SIDNEY A. FITZWATER
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] If a motion to compel is filed, any deposition that involves any documents that are the subject of the motion will be postponed until the Court has ruled on the motion.