# Hard Copy Log

SEC v. Cuban 04-19-2010 Production – Hard Copy WP Privilege Log

| INDEX NUMBER | BEGPROD | ENDPROD | DATE | AUTHOR | RECIPIENT | CC: | DESCRIPTION OF DOCUMENT/REDACTION | PRIVILEGE | REDACTION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SEC-MC0200358 | SEC-MC0200360 | 2006.12.20 | Riewe, J.M.; Chaudoin, D.T.; Kaplan, R.B | File | | Memorandum memorializing counsel's thoughts and impressions from interview of Mark Cuban on December 18, 2006 about Mamma.com trading in HO-10576 | WP | |
| 2 | SEC-MC0200949 | SEC-MC0200984 | 2007.02.27 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M. | SEC Commissioners | | Action Memorandum requesting Commission to issue a formal order of investigation in HO-10576 with investigative counsel's analysis of relevant facts and legal issues | WP, AC, DP | |
| 3 | SEC-MC0201769 | SEC-MC0201774 | 2007.02.27 | Kaplan, R.B.; Friestad, S.W.; Chaudoin, D.T.; Riewe, J.M. | File | | Draft of the Action Memorandum for HO-10576 seeking formal order of private investigation containing analysis of evidence and law with handwritten notes of R.B. Kaplan reflecting strategy | WP, AC, DP | |
| 4 | SEC-MC0200593 | SEC-MC0200594 | 2007.03.00 | Riewe, J.M. | Riewe, J.M. | | Handwritten comments on evidence produced in HO-10576 by Mamma.com disclosing thoughts and impressions of counsel | WP | Yes |
| 5 | SEC-MC0200623 | SEC-MC0200623 | 2007.03.00 | Riewe, J.M. | Riewe, J.M. | | Handwritten comments on evidence produced in HO-10576 by Mamma.com disclosing thoughts and impressions of counsel | WP | Yes |
| 6 | SEC-MC0200828 | SEC-MC0200828 | 2007.03.00 | Riewe, J.M. | Riewe, J.M. | | Handwritten comments on evidence produced in HO-10576 by Mamma.com disclosing thoughts and impressions of counsel | WP | Yes |
| 7 | SEC-MC0200364 | SEC-MC0200365 | 2007.03.02 | Chaudoin, D.T.; Riewe, J.M. | File | | Memorandum memorializing counsel's thoughts and impressions from interview of David Goldman on March 2, 2007 about Mamma.com trading | WP | |
| 8 | SEC-MC0200950 | SEC-MC0200951 | 2007.03.02 | Chaudoin, D.T.; Riewe, J.M. | Investigative Team | | Memorandum memorializing counsel's thoughts and impressions from interview of David Goldman on March 2, 2007 about Mamma.com trading | WP | |
| 9 | SEC-MC0200442 | SEC-MC0200443 (duplicate at SEC-MC0200904-05) | 2007.03.12 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M.; Cullen, L. | Cullen, L. | | Draft Commission Order Directing Private Investigation and Designating Officers to Take Testimony for HO-10576 setting forth legal and factual basis for undertaking formal investigation with handwritten comments of Linda Cullen | WP, AC, DP | |
| 10 | SEC-MC0200296 | SEC-MC0200304 | 2007.03.28 | Kim, J | Riewe, J.M. | | Memorandum setting forth legal analysis of insider trading law in context of evidence obtained in HO-10576 | WP | |
| 11 | SEC-MC0200311 | SEC-MC0200334 | 2007.04.02 | Riewe, J.M. | Case Team | | Outline in preparation for interview of Mark Cuban on April 3, 2007 in HO-10576 with handwritten notes of J.M. Riewe | WP | |

AC = Attorney/Client Privilege,  DP = Deliberative Process,  LE = Law Enforcement Privilege,  PA = Privacy Act Protection,  WP = Work Product Protection

SEC v. Cuban 04-19-2010 Production – Hard Copy WP Privilege Log

| INDEX NUMBER | BEGPROD | ENDPROD | DATE | AUTHOR | RECIPIENT | CC: | DESCRIPTION OF DOCUMENT/REDACTION | PRIVILEGE | REDACTION |
|---|---|---|---|---|---|---|---|---|---|
| 12 | SEC-MC0200906 | SEC-MC0200929 | 2007.04.02 | Riewe, J.M. | Investigative Team | | Outline prepared by counsel in preparation for taking testimony from Mark Cuban in HO-10576 with handwritten notes of J.M. Riewe | WP | |
| 13 | SEC-MC0201759 | SEC-MC0201759 | 2007.05.06 | Kaplan, R.B. | File | | Handwritten notes of strategy in the HO-10576 investigation | WP | |
| 14 | SEC-MC0201767 | SEC-MC0201768 | 2007.05.06 | Kaplan, R.B. | File and HO-10576 team | | Outline Wells call to Mark Cuban in HO-10576 discussing facts and legal analysis with handwritten notes from R.B. Kaplan | WP | |
| 15 | SEC-MC0200430 | SEC-MC0200441 | 2007.06.28 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M. | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M. | | Draft Action Memorandum for HO-10576 requesting Commission decision and providing legal staff's analysis of the facts and law and requesting Commission action | WP, AC, DP | |
| 16 | SEC-MC0200892 | SEC-MC0200903 | 2007.06.28 | Riewe, J.M. | Investigative Team | | Draft Action Memorandum for HO-10576 requesting Commission decision and providing legal staff's analysis of the facts and law | WP, AC, DP | |
| 17 | SEC-MC0200273 | SEC-MC0200295 | 2007.07.00 | Riewe, J.M. | Case Team | | Table setting out factual and legal arguments set forth in Wells submission and responses thereto in HO-10576 in preparation for meeting with Linda Thomsen | WP | |
| 18 | SEC-MC0200335 | SEC-MC0200339 | 2007.07.00 | Riewe, J.M. | Case Team | | Outline in preparation for interview of Charles McKinney on July 31, 2007 in HO-10576 with handwritten notes of J.M. Riewe | WP | |
| 19 | SEC-MC0201757 | SEC-MC0201757 | 2007.07.00 | Kaplan, R.B. | File | | Handwritten notes analyzing legal issues and evidence in the HO-10576 investigation | WP | |
| 20 | SEC-MC0200213 | SEC-MC0200241 | 2007.07.07 | Riewe, J.M. | File | | Redaction of handwritten notes by counsel in HO-10576 | WP | Yes |
| 21 | SEC-MC0200253 | SEC-MC0200257 (duplicates at SEC-MC0200258-62, SEC-MC0200263-67) | 2007.07.18 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M. | Thomsen, L.C. | | Memorandum discussing response to factual and legal arguments set forth in Wells submission in preparation for meeting with counsel for Mark Cuban in HO-10576 | WP, DP | |
| 22 | SEC-MC0200806 | SEC-MC0200810 | 2007.07.18 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M. | Thomsen, L.C. | | Memorandum summarizing Mark Cuban Wells submission and legal staff response to the legal and factual arguments set forth in the submission for meeting with counsel for Mark Cuban, (Duplicate of SEC-MC0100359 - SEC-MC0100363) | WP, DP | |

AC = Attorney/Client Privilege, DP = Deliberative Process, LE = Law Enforcement Privilege, PA = Privacy Act Protection, WP = Work Product Protection

SEC v. Cuban 04-19-2010 Production – Hard Copy WP Privilege Log

| INDEX NUMBER | BEGPROD | ENDPROD | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION OF DOCUMENT/REDACTION | PRIVILEGE | REDACTION |
|---|---|---|---|---|---|---|---|---|---|
| 23 | SEC-MC0200811 | SEC-MC0200815 | 2007.07.18 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M. | Thomsen, L.C. | | Memorandum summarizing Mark Cuban Wells submission and legal staff response to the legal and factual arguments set forth in the submission for meeting with counsel for Mark Cuban in HO-10576 [Duplicate of SEC-MC0100359 - SEC-MC0100383] | WP, DP | |
| 24 | SEC-MC0200816 | SEC-MC0200820 | 2007.07.18 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M. | Thomsen, L.C. | | Memorandum summarizing Mark Cuban Wells submission and legal staff response to the legal and factual arguments set forth in the submission for meeting with counsel for Mark Cuban in HO-10576 [Duplicate of SEC-MC0100359 - SEC-MC0100383] | WP, DP | |
| 25 | SEC-MC0200821 | SEC-MC0200825 | 2007.07.18 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M. | Thomsen, L.C. | | Memorandum summarizing Mark Cuban Wells submission and legal staff response to the legal and factual arguments set forth in the submission for meeting with counsel for Mark Cuban in HO-10576 [Duplicate of SEC-MC0100359 - SEC-MC0100383] | WP, DP | |
| 26 | SEC-MC0200826 | SEC-MC0200848 | 2007.07.18 | Riewe, J.M.; Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T. | Riewe, J.M.; Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T. | | Table setting out factual and legal arguments set forth in Wells submission and responses thereto in preparation for meeting with Linda Thomsen in HO-10576 [Duplicate of SEC-MC0100379 - SEC-MC0100401] | WP | |
| 27 | SEC-MC0201818 | SEC-MC0201823 | 2007.07.18 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M. | Thomsen, L.C. | | Memorandum summarizing May 23, 2007 Wells Call in HO-10576 and investigative team's response with handwritten notes of S.W. Friestad reflecting meeting with Paul Coggins on July 19, 2007 | WP, DP | |
| 28 | SEC-MC0201718 | SEC-MC0201718 | 2007.07.27 | Riewe, J.M. | O'Rourke, K.P.; Kaplan, R.B. | | Email discussing upcoming interview of Robert Raich in HO-10576 | WP | |
| 29 | SEC-MC0200930 | SEC-MC0200934 | 2007.07.31 | Riewe, J.M. | Case Team | | Outline prepared by counsel in preparation for taking testimony from Charles McKinney in HO-10576 with handwritten notes of J.M. Rieve | WP | |
| 30 | SEC-MC0200351 | SEC-MC0200354 | 2007.08.00 | Riewe, J.M. | Case Team | | Outline in preparation for interview of Robert Raich in HO-10576 on August 3, 2007 with handwritten notes of J.M. Rieve | WP | |

AC = Attorney/Client Privilege.  DP = Deliberative Process.  PA = Privacy Act Protection.  LE = Law Enforcement Privilege.  WP = Work Product Protection

53

SEC v. Cuban 04-19-2010 Production – Hard Copy WP Privilege Log

| INDEX NUMBER | BEGPROD | ENDPROD | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION OF DOCUMENT/REDACTION | PRIVILEGE | REDACTION ACTION |
|---|---|---|---|---|---|---|---|---|---|
| 31 | SEC-MC0200372 | SEC-MC0200374 (duplicate at SEC-MC0200709-11) | 2007.08.00 | Kaplan, R.B.; O'Rourke, K.P.; Riewe, J.M. | Office of International Affairs | | Foreign Travel Request for R.B. Kaplan, K.P. O'Rourke and J.M. Riewe to travel to Montreal for interviews in HO-10576 | WP | |
| 32 | SEC-MC0200946 | SEC-MC0200949 | 2007.08.03 | Riewe, J.M. | Case Team | | Outline prepared by counsel in preparation for taking testimony from Robert Reich with handwritten notes of J.M. Riewe | WP | |
| 33 | SEC-MC0201723 | SEC-MC0201732 | 2007.08.03 | O'Rourke, K.P. | File | | Handwritten notes of interview of Robert Reich in HO-10576 containing counsel's thoughts and impressions | WP | |
| 34 | SEC-MC0200361 | SEC-MC0200363 | 2007.08.07 | Riewe, J.M.; Kaplan R.B. | File | | Memorandum memorializing counsel's thoughts and impressions from interview of Charles McKinney on August 7, 2007 in HO-10576 about Mamma.com trading | WP | |
| 35 | SEC-MC0200366 | SEC-MC0200371 | 2007.08.22 | Friestad, S.W.; Riewe, J.M. | Ruiz, D.T. | | Passport and frequent flier numbers protected by Privacy Act; Identity of interviewees in HO-10576 protected by work product | WP, PA | Yes |
| 36 | SEC-MC0200340 | SEC-MC0200343 | 2007.09.00 | Riewe, J.M. | Case Team | | Outline in preparation for interview of David Goldman on September 10, 2007 with handwritten notes of J.M. Riewe | WP | |
| 37 | SEC-MC0200344 | SEC-MC0200346 | 2007.09.00 | Riewe, J.M. | Case Team | | Outline in preparation for interview of Daniel Bertrand on September 10, 2007 in HO-10576 with handwritten notes of J.M. Riewe | WP | |
| 38 | SEC-MC0200347 | SEC-MC0200350 | 2007.09.00 | Riewe, J.M. | Case Team | | Outline in preparation for interview of Irwin Kramer on September 11, 2007 with handwritten notes of J.M. Riewe | WP | |
| 39 | SEC-MC0200624 | SEC-MC0200624 | 2007.09.00 | Riewe, J.M. | Riewe, J.M. | | Handwritten comments on evidence produced in HO-10576 by Mamma.com disclosing thoughts and impressions of counsel | WP | Yes |
| 40 | SEC-MC0200309 | SEC-MC0200310 | 2007.09.07 | Riewe, J.M. | Case Team | | Witness tracking chart for HO-10576 containing counsel's impressions of relevant testimony and evidence | WP | |
| 41 | SEC-MC0200935 | SEC-MC0200938 | 2007.09.10 | Riewe, J.M. | Case Team | | Outline prepared by counsel in preparation for taking testimony from David Goldman in HO-10576 with handwritten notes of J.M. Riewe | WP | |
| 42 | SEC-MC0200939 | SEC-MC0200941 | 2007.09.10 | Riewe, J.M. | Case Team | | Outline prepared by counsel in preparation for taking testimony from Daniel Bertrand in HO-10576 with handwritten notes of J.M. Riewe | WP | |
| 43 | SEC-MC0201733 | SEC-MC0201750 | 2007.09.10 | O'Rourke, K.P. | File | | Handwritten notes of interviews of David Goldman and Daniel Bertrand in HO-10576 containing counsel's thoughts and impressions | WP | |
| 44 | SEC-MC0200942 | SEC-MC0200945 | 2007.09.11 | Riewe, J.M. | Case Team | | Outline prepared by counsel in preparation for taking testimony from Irwin Kramer in HO-10576 with handwritten notes of J.M. Riewe | WP | |
| 45 | SEC-MC0201719 | SEC-MC0201718 | 2007.09.11 | O'Rourke, K.P. | File | | Handwritten notes of interview of Irwin Kramer in HO-10576 containing counsel's thoughts and impressions | WP | |

AC = Attorney/Client Privilege, DP = Deliberative Process, LE = Law Enforcement Privilege, PA = Privacy Act Protection, WP = Work Product Protection

SEC v. Cuban 04-19-2010 Production – Hard Copy WP Privilege Log

| INDEX NUMBER | BEGPROD | ENDPROD | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION OF DOCUMENT/REDACTION | PRIVILEGE | REDACTION |
|---|---|---|---|---|---|---|---|---|---|
| 46 | SEC-MC0201776 | SEC-MC0201778 | 2007.09.14 | Kaplan, R.B. | File | | Handwritten notes reflecting R.B. Kaplan's evaluation of the testimony in HO-10576 | WP | |
| 47 | SEC-MC0200416 | SEC-MC0200429 (duplicate at SEC-MC0200878-91) | | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M.; O'Rourke, K.P. | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M. | | Handwritten comments and edits of S.W. Friestad on draft Action Memorandum for HO-10576 requesting Commission decision and providing legal staff's analysis of the facts and law | WP, AC, DP | |
| 48 | SEC-MC0201790 | SEC-MC0201803 | 2007.10.15 | Friestad, S.W. | File and HO-10576 team | | Draft Action Memorandum for HO-10576 containing analysis of law and evidence with edits from S.W. Friestad | WP, AC, DP | |
| 49 | SEC-MC0200410 | SEC-MC0200415 (duplicate at SEC-MC0200872-77) | 2007.11.01 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M.; O'Rourke, K.P. | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M. | | Handwritten comments and edits of K.P. O'Rourke on draft Action Memorandum for HO-10576 requesting Commission decision and providing legal staff's analysis of the facts and law | WP, AC, DP | |
| 50 | SEC-MC0201804 | SEC-MC0201817 | 2007.11.13 | HO-10576 Case Team | File and HO-10576 team | | Draft of Action Memorandum for HO-10576 containing analysis of the evidence and the law with handwritten edits of S.W. Friestad | WP, AC, DP | |
| 51 | SEC-MC0200394 | SEC-MC0200409 | 2007.11.21 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M.; O'Rourke, K.P. | Case Team | | Draft Action Memorandum for HO-10576 requesting Commission decision and providing legal staff's analysis of the facts and law with handwritten comments of S.W. Friestad and J.M. Riewe | WP, AC, DP | |
| 52 | SEC-MC0200858 | SEC-MC0200871 | 2007.11.21 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M.; O'Rourke, K.P. | Case Team | | Draft Action Memorandum for HO-10576 requesting Commission decision and providing legal staff's analysis of the facts and law with handwritten edits of S.W. Friestad | WP, AC, DP | |
| 53 | SEC-MC0201777 | SEC-MC0201789 | 2007.12.31 | Friestad, S.W. | File | | Handwritten notes of S.W. Friestad on Action Memorandum for HO-10576 reflecting his thoughts for discussion with the Commission. | WP, AC, DP | |

AC = Attorney/Client Privilege, DP = Deliberative Process, LE = Law Enforcement Privilege, PA = Privacy Act Protection, WP = Work Product Protection

SEC v. Cuban 04-19-2010 Production – Hard Copy WP Privilege Log

| INDEX NUMBER | BEGPROD | ENDPROD | DATE | AUTHOR | RECIPIENT | CC: | DESCRIPTION OF DOCUMENT/REDACTION | PRIVILEGE | REDACTION |
|---|---|---|---|---|---|---|---|---|---|
| 54 | SEC-MC0200242 | SEC-MC0200245 | 2008.01.00 | Riewe, J.M. | CaseTeam | | Outline of legal and factual issues to discuss with Commissioners' Legal Assistants on January 22, 2008 in HO-10576 with handwritten notes of J.M. Riewe | WP, AC, DP | |
| 55 | SEC-MC0200246 | SEC-MC0200249 | 2008.01.00 | Riewe, J.M. | CaseTeam | | Outline of legal and factual issues to discuss with Commissioners' Legal Assistants on January 22, 2008 in HO-10576 | WP, AC, DP | |
| 56 | SEC-MC0200796 | SEC-MC0200799 | 2008.01.00 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M.; O'Rourke, K.P. | Case Team | | Draft Talking Points for anticipated January 22, 2008 Meeting with Commissioners' Legal Assistant in HO-10576 setting forth counsels' analysis of the relevant facts and law with handwritten notes and edits of J.M. Riewe | WP, AC, DP | |
| 57 | SEC-MC0200800 | SEC-MC0200803 | 2008.01.00 | Riewe, J.M. | Case Team | | Draft Talking Points for anticipated January 22, 2008 Meeting with Commissioners' Legal Assistants in HO-10576 setting forth counsels' analysis of the relevant facts and law | WP, AC, DP | |
| 58 | SEC-MC0201751 | SEC-MC0201753 | 2008.01.00 | Kaplan, R.B. | File | | Handwritten notes setting out evidence and questions about timing of the PIPE transaction in the HO-10576 investigation | WP | |
| 59 | SEC-MC0201755 | SEC-MC0201755 | 2008.01.00 | Kaplan, R.B. | File | | Handwritten notes analyzing evidence and legal issues raised in the HO-10576 investigation | WP | |
| 60 | SEC-MC0201764 | SEC-MC0201766 | 2008.01.00 | Kaplan, R.B. | File | | Draft of memorandum from Linda C. Thomsen to Christopher Cox outlining the chronology of the HO-10576 with handwritten edits of R.B. Kaplan | WP, AC, DP | |
| 61 | SEC-MC0200385 | SEC-MC0200393 | 2008.01.25 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M.; O'Rourke, K.P. | Case Team | | Draft Complaint in Securities and Exchange Commission v. Mark Cuban with handwritten comments of S.W. Friestad | WP | |
| 62 | SEC-MC0200849 | SEC-MC0200857 | 2008.01.25 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M.; O'Rourke, K.P. | Case Team | | Draft Complaint in Securities and Exchange Commission v. Mark Cuban with handwritten comments of S.W. Friestad | WP | |

AC = Attorney/Client Privilege,   DP = Deliberative Process,   LE = Law Enforcement Privilege,   PA = Privacy Act Protection,   WP = Work Product Protection

SEC v. Cuban 04-19-2010 Production – Hard Copy WP Privilege Log

| INDEX NUMBER | BEGPROD | ENDPROD | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION OF DOCUMENT/REDACTION | PRIVILEGE/REDACTION |
|---|---|---|---|---|---|---|---|---|
| 63 | SEC-MC0201806 | SEC-MC0201808 | 2008.01.31 | Levine, R.; Pistow, L. | Case Team | | Memorandum prepared by counsel in the Office of General Counsel addressing issues to be considered by Commissioners in conjunction with Action Memorandum for HO-10576 | WP, AC, DP |
| 65 | SEC-MC0201702 | SEC-MC0201706 | 2008.06.30 | Supervisors | SEC Manager | | Counsel's memorandum re: proposed employee action with respect to employee not involved in HO-10576, includes disciplinary action discussion against employee | WP, DP, PA |
| 66 | SEC-MC0201707 | SEC-MC0201711 | 2008.07.01 | Supervisors | File | | Counsels draft memorandum re: employee action with respect to employee not involved in HO-10576, includes disciplinary action discussion against employee | WP, DP, PA |
| 68 | SEC-MC0201761 | SEC-MC0201761 | 2008.10.00 | Kaplan, R.B. | File | | Outline of arguments to discuss with counsel for use in HO-10576 | WP |
| 69 | SEC-MC0200250 | SEC-MC0200252 | 2008.11.00 | Riewe, J.M. | Case Team | | Draft Talking Points for November 13, 2008 meeting with the Commissioners to discuss staff recommendation for HO-10576 | WP, AC, DP |
| 70 | SEC-MC0201763 | SEC-MC0201763 | 2008.11.00 | Kaplan, R.B. | File | | Draft copy of SEC press release for HO-10576 with handwritten notes of R.B. Kaplan | WP |
| 71 | SEC-MC0201609 | SEC-MC0201612 | 2008.11.12 | Levine, R.; Pistow, L. | Commissioners and Staff; HO-10576 Case Team | | OFFICIAL COMMISSION RECORD HO-10576 -- Memorandum prepared by counsel in the Office of General Counsel addressing issues to be considered by Commissioners in conjunction with Action Memorandum | WP, AC, DP |
| 72 | SEC-MC0200305 | SEC-MC0200308 | 2008.11.13 | Levine, R.; Pisto, L. | Commissioners and Staff | | Memorandum prepared by attorneys in Commission's Office of General Counsel addressing legal and factual issues raised in Action Memo for HO-10576 with handwritten notes of J.M. Riewe | WP, AC, DP |
| 73 | SEC-MC0200987 | SEC-MC0201602 | 2008.11.13 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M.; O'Rourke, K.P. | SEC Commissioners | | OFFICIAL COMMISSION RECORD HO-10576 -- Action Memorandum requesting Commission to authorize filing a civil action in HO-10576 with investigative and litigation counsel's analysis of relevant facts and legal issues with Secretary's Notations of Agency Action taken on November 13, 2008 with Official Commission File, including Wells Submission of June 29, 2007, Wells Submission of September 21, 2007 (and exhibits thereto), R.C. Ferrara September 21, 2007 letter to S.W. Friedstad (and exhibits attached thereto), and S.W. Friestad letter of September 24, 2007 to R. C. Ferrara. | WP, AC, DP |

AC = Attorney/Client Privilege,   DP = Deliberative Process,   LE = Law Enforcement Privilege,   PA = Privacy Act Protection,   WP = Work Product Protection

SEC v. Cuban 04-19-2010 Production – Hard Copy WP Privilege Log

| INDEX NUMBER | BEGPROD | ENDPROD | DATE | AUTHOR | RECIPIENT | CC: | DESCRIPTION OF DOCUMENT/REDACTION | PRIVILEGE | REDACTION |
|---|---|---|---|---|---|---|---|---|---|
| 74 | | | 2008.11.13 | Commission Executive Session | Commissio ners, Senior Staff, Members of Investigativ e team and Senior Enforcemen t Staff | | Tape recording of Closed Executive Meeting of Commissioners to consider Action Memorandum in HO-10576 requesting authorization to bring civil action against Mark Cuban for insider trading | WP, AC, DP | |
| 75 | SEC-MC0200985 | SEC-MC0200986 | 2008.11.13 | Taylor, J.L.; Kimps, M.M. | Official Commissio n Files | | Minutes of substantive discussion among Commissioners during Executive Session November 13, 2008 discussing whether to authorize filing a civil suit against Mark Cuban HO-10576 | DP, AC, WP | Yes |
| 76 | SEC-MC0201619 | SEC-MC0201697 | 2009.01.00 | Supervisor | Co-supervisors | | Attachments to draft proposed employee discipline regarding employee not involved in HO-10576, includes disciplinary action discussion against employee and discussions of Commission investigations, attached to SEC-MC0201613 | WP, PA, WP | |
| 77 | SEC-MC0201613 | SEC-MC0201618 | 2009.01.00 | Supervisor | Co-supervisors | | Draft memorandum regarding discipline of employee not involved in HO-10576 (with exhibits, some of which contain discussions of Commission investigations) | WP, DP, PA | |
| 78 | SEC-MC0201879 | SEC-MC0201932 | various | Riewe, J.M. | File | | Notebook memorializing counsel's contacts with witnesses and counsel in course of HO-10576 investigation between December 6, 2006 and May 30, 2008 | WP | Yes |
| 79 | SEC-MC0201603 | SEC-MC0201605 | | Chaudoin, D.T. | | | Handwritten notes relating to investigation of Mark Cuban's trading in Mamma.com stock in HO-10576 | WP | |
| 80 | SEC-MC0201716 | SEC-MC0207171 | | O'Rourke, K.P. | File | | Notes evaluating testimony and evidence in anticipation of filing civil complaint in HO-10576 | WP | |
| 81 | SEC-MC0201937 | SEC-MC0201937 | | Riewe, J.M. | Kaplan, R.B. | Friestad, S. | Email string discussing Mamma.com knowledge of Cuban's sale of his Mamma.com stock | WP | |

AC = Attorney/Client Privilege,   DP = Deliberative Process,   LE = Law Enforcement Privilege,   PA = Privacy Act Protection,   WP = Work Product Protection

58

# Exhibit A-3

# SEC Privilege Log:

# Deliberative Process Privilege

# Electronic Log

SEC v. Cuban 64-19 2010 Production – Electronic Document DP Privilege Log

| Index Number | BATES BEGIN | BATES END | DATE | FROM | TO | CC | DESCRIPTION | PRIVILEGE(S) |
|---|---|---|---|---|---|---|---|---|
| 3 | SEC-MC0300384 | SEC-MC0300384 | 3/10/2006 | Turner, Alton O. | Williams, Ida | | Email forwarding proposed Formal Order of Investigation in HO-09900 to Office of Secretary for distribution to Commissioners | DP |
| 12 | SEC-MC0300972 | SEC-MC0300972 | 10/19/2005 | Hanfey, Paul | Turner, Alton O. | | Email forwarding Memorandum setting forth evidence and law in support of bringing an enforcement action in HO-09900 | DP, WP |
| 24 | SEC-MC0301897 | SEC-MC0301898 | 1/3/2007 | Chaudon, Daniel T. | Riewe, Julie M. | Bush, J.; Carr, J.M. | Email string discussing draft memorandum seeking authorization to open formal investigation in HO-10576 | DP, WP |
| 25 | SEC-MC0300371 | SEC-MC0300372 | 2/14/2007 | Riewe, J.M. | Fregstad, Scott W. | Chaudon, D.T.; Kaplan, R.B. | Draft formal order of investigation for HO-10576 attached to SEC-MC0300368 | DP, AC, WP |
| 26 | SEC-MC0300821 | SEC-MC0300821 | 2/15/2007 | Riewe, Julie M. | Kaplan, Robert; Chaudon, Daniel T. | | Email discussion of evidence in preparation for meeting with Commissioners to obtain authorization to open a formal investigation in HO-10576 | DP, AC, WP |
| 27 | SEC-MC0300005 | SEC-MC0300005 | 2/15/2007 | Kaplan, Robert | Riewe, Julie M. | | Email discussing and forwarding edits to draft Action Memorandum requesting authorization for formal order of investigation in HO-10576 | DP, AC, WP |
| 29 | SEC-MC0300300 | SEC-MC0300304 | 2/20/2007 | Kaplan, Robert | Riewe, Julie M. | | Draft Action Memorandum in HO-10576 discussing law and evidence in support of recommendation for formal order of Investigation, dated February 2007, attached to SEC-MC0300299 | DP, AC, WP |
| 31 | SEC-MC0300366 | SEC-MC0300370 | 2/20/2007 | Riewe, Julie M. | Fregstad, Scott W. | Chaudon, D.T.; Kaplan, R.B. | Draft action memorandum presenting material facts, discussing legal issues, requesting the Commission to issue a formal order of Investigation for HO-10576 attached to SEC-MC0300365 | DP, AC, WP |
| 32 | SEC-MC0300373 | SEC-MC0300373 | 2/20/2007 | Riewe, Julie M. | Kaplan, Robert | Chaudon, Daniel T. | Email string with internal communications among investigative team members on contents of action memorandum in HO-10576 | DP, WP |
| 36 | SEC-MC0301809 | SEC-MC0301809 | 2/26/2007 | Chaudon, Daniel T. | Riewe, Julie M. | | Email discussion transmitting comments of counsel in Office of General Counsel on draft Action Memorandum seeking formal order of investigation in HO-10576 and discussing issues raised by counsel | DP, AC, WP |
| 37 | SEC-MC0301810 | SEC-MC0301811 | 2/26/2007 | Chaudon, Daniel T. | Riewe, Julie M. | Pabb, L.W. | Email discussion among investigative counsel discussing legal analysis in draft Action Memorandum in HO-10576 requesting formal order of investigation in light of comments received from Office of General Counsel | DP, AC, WP |
| 38 | SEC-MC0301812 | SEC-MC0301812 | 2/26/2007 | Chaudon, Daniel T. | Riewe, Julie M. | | Email discussion among investigative counsel discussing revisions to summary of evidence in draft Action Memorandum in HO-10576 requesting formal order of investigation | WP, AC, DP |
| 39 | SEC-MC0301827 | SEC-MC0301827 | 2/26/2007 | Riewe, Julie M. | Chaudon, Daniel T. | | Email proposing revisions to text of draft Action Memorandum requesting formal order of investigation | DP, AC, WP |
| 40 | SEC-MC0301828 | SEC-MC0301828 | 2/26/2007 | Riewe, Julie M. | Pabb, Lawrence W. | Chaudon, Daniel T. | Email string transmitting proposed revisions to legal discussion in draft Action Memorandum in HO-10576 in response to legal advice received from Office of General Counsel | DP, AC, WP |

AC = Attorney/Client Privilege, DP = Deliberative Process, LE = Law Enforcement Privilege, PA = Privacy Act Protection, WP = Work Product Protection

61

SEC v. Cuban 04-19-2010 Prosecution – Electronic Document DP Privilege Log

| No. | Bates Begin | Bates End | Date / Author | Recipient | CC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 42 | SEC-MC0300348 | SEC-MC0300353 | 2/27/2007 Rieve, J.M. | Kaplan, R.B. | | Commission presenting material facts, discussing legal issues and seeking formal order of Investigation | DP_AC_WP |
| 43 | SEC-MC0301148 | SEC-MC0301153 | 2/27/2007 Friestad, S.W.; Kaplan, R.B.; Chaudrin, D.T.; Rieve, J.M. | Melia, Lou | | Action Memorandum seeking formal order of Investigation for HO-10076, containing counsel's summary of the evidence and law, attached to SEC-MC0301147 | DP_AC_WP |
| 44 | SEC-MC0301608 | SEC-MC0301608 | 2/27/2007 Rieve, Julie M. | Griffin, Aivonya ; Chaudon, Daniel T. | | Forwarding Action Memorandum seeking formal order of Investigation for HO-10076 | DP_AC_WP |
| 45 | SEC-MC0301609 | SEC-MC0301614 | 2/27/2007 Rieve, Julie M.; Kaplan, R.B., Chaudon, D.T., Friestad, S.W. | Griffin, Aivonya ; Chaudon, Daniel T. | | Action Memorandum seeking formal order of Investigation HO-10076, attached to SEC-MC0301608 | DP_AC_WP |
| 46 | SEC-MC0301749 | SEC-MC0301749 | 2/27/2007 Rieve, Julie M. | Prins, Lawrence W. | Chaudon, Daniel T. | Transmitting revised draft Action Memorandum seeking formal order of Investigation for HO-10076 to obtain legal advice for Commissioners from Office of General Counsel | DP_AC_WP |
| 49 | SEC-MC0301750 | SEC-MC0301755 | 2/27/2007 Rieve, Julie M. | Prins, Lawrence W. | Chaudon, Daniel T. | Draft Action Memorandum seeking formal order of Investigation in HO-10076 incorporating advice of Office of General Counsel and setting forth counsel's summary of the facts and law | DP_AC_WP |
| 50 | SEC-MC0301608 | SEC-MC0301609 | 2/27/2007 Chaudon, Daniel T. | Rieve, Julie M. | | Email transmitting counsel's summary of evidence in HO-10076 in support of obtaining formal order of Investigation | DP_WP |
| 51 | SEC-MC0301826 | SEC-MC0301826 | 2/27/2007 Rieve, Julie M. | Prins, Lawrence W. | Chaudon, Daniel T. | Email forwarding investigative counsel's proposed revisions to text to obtain advice of Office of General Counsel on draft Action Memorandum in HO-10076, requesting formal order of Investigation | DP_AC_WP |
| 55 | SEC-MC0300055 | SEC-MC0300055 | 3/9/2007 Kaplan, Robert | Friestad, Scott | | Email discussing communications with Chairman's office with respect to obtaining formal order of Investigation for HO-10076 | DP_WP |
| 66 | SEC-MC0300280 | SEC-MC0300280 | 4/27/2007 Kaplan, R.B. | Friestad, S.W. | Rieve, Julie M.; Kaplan, Robert; Chaudon, D.T. | April 27, 2007 report from R. Kaplan to S. Friestad summarizing current investigations, including HO-10076, respecting privileged information related to non-relevant investigations | DP_AC_WP |
| 73 | SEC-MC0300327 | SEC-MC0300327 | 5/15/2007 Friestad, S.W. | Brennan, P | | Email transmitting draft Wells outline for call with M. Cuban | DP_WP |
| 74 | SEC-MC0300308 | SEC-MC0300310 | 5/15/2007 Friestad, S.W. | Brennan, P | Rieve, Julie M.; Kaplan, R.B., Chaudon, D.T. | Email from Friestad to Brennan re: Wells call to Cuban and attaching Wells outline, forwarded to investigative team | DP_WP |
| 76 | SEC-MC0301172 | SEC-MC0301172 | 5/15/2007 Friestad, Scott | Brennan, Peter | | Email transmitting draft outline for Cuban Wells call to occur in May 2007 with comments of counsel | DP_WP |
| 77 | SEC-MC0301173 | SEC-MC0301176 | 5/15/2007 Friestad, Scott | Brennan, Peter | | Draft outline for Cuban Wells call attached to SEC-MC0301172 | DP_WP |
| 80 | SEC-MC0302697 | SEC-MC0302613 | 5/18/2007 Bielucchi, Deborah | Cox, Christopher | | Email discussing and forwarding email exchange between SEC personnel and third party for purpose of obtaining legal advice on potential employee disciplinary action | DP_AC_PA |
| 95 | SEC-MC0301608 | SEC-MC0301609 | 5/23/2007 Brennan, Peter | Friestad, Scott | | Email string transmitting decision on planned Wells call to Mark Cuban in HO-10076 and preparation therefore | DP_WP |
| 97 | SEC-MC0302644 | SEC-MC0302647 | 5/23/2007 Brennan, Peter | Thomsen, Linda | Friestad, Scott | Draft outline for Cuban Wells call to Mark Cuban regarding HO-10076, attached to SEC-MC0302643 | DP_WP |

AC = Attorney/Client Privilege, LE = Law Enforcement Process, DP = Deliberative Process, PA = Privacy Act Protection, WP = Work Product Protection

SEC v. Cuban 04-19-2010 Production – Electronic Document DP Privilege Log

| # | Bates Begin | Bates End | Date | From | To | CC | Description | Produced | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 98 | SEC-MC0302278 | SEC-MC0302278 | 5/23/2007 | Brennan, Peter | Thomsen, Linda | Friestad, Scott | Email string responding to outline for proposed Wells call with M. Cuban in HO-10576 | | DP, WP |
| 105 | SEC-MC0301147 | SEC-MC0301147 | 7/12/2007 | Riewe, J.M. | O'Rourke, Kevin | Mehi, Lou | Email forwarding draft formal order memorandum, and outlines for Mark Cuban's Wells call of May 23, 2007 for evaluation | | DP, AC, WP |
| 106 | SEC-MC0302556 | SEC-MC0302560 | 7/13/2007 | Uhlmann, Peter | Loesch, Michael | Stehelik, Walter | Email forwarding email exchange between SEC employee and Mark Cuban for consideration by senior agency officials with attached records, includes discussion of disciplinary action against employee | | DP, PA, WP |
| 107 | SEC-MC0302557 | SEC-MC0302560 | 7/13/2007 | Uhlmann, Peter | Loesch, Michael | Uhlmann, Peter; Loesch, Michael; Stehelik, Walter | Email exchange between SEC personnel discussing discourse with M. Cuban, includes discussion of disciplinary action against employee, attached to SEC-MC0302555. | | DP, PA, WP |
| 139 | SEC-MC0301101 | SEC-MC0301117 | 7/24/2007 | Riewe, Julie M. | O'Rourke, Kevin | | Initial draft action memorandum seeking authorization to bring civil action against Mark Cuban and setting out counsel's thoughts and opinions on evidence and law | | DP, AC, WP |
| 142 | SEC-MC0301100 | SEC-MC0301100 | 7/26/2007 | Riewe, Julie M. | O'Rourke, Kevin | | Email transmitting initial draft action memorandum seeking authorization to bring civil action against Mark Cuban and setting out counsel's thoughts and opinions on evidence and law | | DP, AC, WP |
| 143 | SEC-MC0301066 | SEC-MC0301073 | 7/26/2007 | Friestad, Scott | Caliendo, Pauline E. | | Redaction of internal report on HO-10576 Investigation. Reports on other investigations redacted as nonresponsive & privileged. | Yes | DP, WP |
| 151 | SEC-MC0300455 | SEC-MC0300455 | 8/1/2007 | Riewe, Julie M. | Kaplan, Robert | | Email transmitting draft Action Memorandum for HO-10576 for review by Kaplan. | | DP, AC, WP |
| 152 | SEC-MC0300456 | SEC-MC0300456 | 8/1/2007 | Riewe, J.M. | Ra | | August 1, 2007 draft of action memorandum presenting material facts, discussing legal issues and seeking authorization to file civil action in HO-10576 attached to SEC-MC0300455 | | DP, AC, WP |
| 184 | SEC-MC0300426 | SEC-MC0300443 | 8/24/2007 | Riewe, J.M. | Kaplan, Robert | | August 24, 2007 draft of action memorandum presenting material facts, discussing legal issues and seeking authorization to file civil action in HO-10576 attached to SEC-MC0300424 | | DP, AC, WP |
| 188 | SEC-MC0300424 | SEC-MC0300424 | 8/28/2007 | Riewe, Julie M. | Kaplan, Robert | | Email transmitting August 24, 2007 draft action memorandum for HO-10576 | | DP, AC, WP |
| 194 | SEC-MC0300141 | SEC-MC0300141 | 9/19/2007 | Zelinsky, Yuri | Chion, Antonia | | Email requesting decision on closing of HO-09900 investigation | | DP, WP |
| 201 | SEC-MC0300656 | SEC-MC0300656 | 9/26/2007 | Zelinsky, Yuri | Nester, John J. | Chion, Antonia | Email string transmitting inquiry from reporter about HO-09900 investigation, describing investigation, and requesting assistance in responding | | DP, WP |
| 205 | SEC-MC0300262 | SEC-MC0300266 | 10/3/2007 | Riewe, Julie M. | Kaplan, Robert; Chaudon, Daniel T. | | Draft Action Memorandum in HO-10576 discussing evidence and law in support of recommendation, dated October 3, 2007, attached to SEC-MC0300265 | | DP, AC, WP |
| 206 | SEC-MC0301694 | SEC-MC0301709 | 10/3/2007 | Chaudon, D.T. | Riewe, J.M. | | Draft Action Memorandum in HO-10576 with counsel's redlined suggestions reflecting thoughts and impressions about the legal and evidentiary discussions | | DP, AC, WP |
| 208 | SEC-MC0300301 | SEC-MC0300301 | 10/4/2007 | Kaplan, Robert | Riewe, Julie M. | Chaudon, Daniel | Email string forwarding draft action memorandum for HO-10576 with Riewe comments on case law | | DP, AC, WP |

AC = Attorney/Client Privilege, DP = Deliberative Process, LE = Law Enforcement Privilege, PA = Privacy Act Protection, WP = Work Product Protection

SEC v. Cuban 04-19-2010 Production - Electronic Document DP Privilege Log

| No. | Bates Begin | Bates End | Date | From | To | CC | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| 210 | SEC-MC0301196 | SEC-MC0301196 | 10/4/2007 | Riewe, Julie M. | Chaudoin, Daniel T. | | Email among Investigative counsel in HO-10576 discussing facts to be included in Action Memorandum | DP_WP |
| 215 | SEC-MC0300902 | SEC-MC0300902 | 10/11/2007 | Riewe, Julie M. | | | Email discussing revisions to draft action memorandum for HO-10576 to address issues raised by counsel for Mark Cuban | DP_AC_WP |
| 216 | SEC-MC0301787 | SEC-MC0301787 | 10/11/2007 | Chaudoin, Daniel T. | Kaplan, Robert | | Emails discussing preparation and content of Action Memorandum in HO-10576 in anticipation of meeting with Commission | DP_WP |
| 217 | SEC-MC0301788 | SEC-MC0301788 | 10/11/2007 | Chaudoin, Daniel T. | Riewe, Julie M. | | Emails discussing preparation and content of draft Action Memorandum in HO-10576 in anticipation of meeting with Commission | DP_WP |
| 218 | SEC-MC0301795 | SEC-MC0301795 | 10/11/2007 | Riewe, Julie M. | Chaudoin, Daniel T. | | Email discussion among Investigative counsel in HO-10576 discussing preparation for Commission meeting | DP_WP |
| 219 | SEC-MC0300921 | SEC-MC0300921 | 10/12/2007 | Riewe, Julie M. | Kaplan, Robert | | Email forwarding revised draft Action Memorandum for HO-10576, discussing same | DP_WP |
| 220 | SEC-MC0300235 | SEC-MC0300235 | 10/12/2007 | Riewe, Julie M. | Kaplan, Robert | Kaplan, Robert; Riewe, Julie | Draft Action Memorandum in HO-10576 discussing law and evidence in support of recommendation, dated October 12, 2007, attached to SEC-MC0300921 | DP_AC_WP |
| 221 | SEC-MC0300198 | SEC-MC0300198 | 10/15/2007 | Kaplan, Robert | Riewe, Julie M. | Kaplan, Robert; Riewe, Julie | October 15, 2007 Draft of Action Memorandum for HO-10576 discussing law and evidence in support of recommendation attached to SEC-MC0300143 | DP_AC_WP |
| 223 | SEC-MC0300220 | SEC-MC0300220 | 10/15/2007 | Riewe, Julie M. | Kaplan, Robert | Kaplan, Robert; Riewe, Julie | Draft Action Memorandum in HO-10576 discussing law and evidence in support of recommendation, dated October 15, 2007, attached to SEC-MC0300191 | DP_AC_WP |
| 224 | SEC-MC0301221 | SEC-MC0301221 | 10/15/2007 | Riewe, J.M.; Kaplan, R.B.; Chaudoin | Fristad, S.W. | | Draft Action Memorandum discussing law and evidence for purpose of seeking authorization to file civil action in HO-10576 attached to SEC-MC0301906 | DP_AC_WP |
| 226 | SEC-MC0300204 | SEC-MC0300204 | 10/16/2007 | Riewe, Julie M. | Kaplan, Robert | Kaplan, Robert; Riewe, Julie | Draft Action Memorandum in HO-10576 discussing law and evidence in support of recommendation, dated October 15, 2007, attached to SEC-MC0300191 | DP_AC_WP |
| 227 | SEC-MC0300973 | SEC-MC0300973 | 10/16/2007 | Fristad, S.W. | Kaplan, Robert | | Forwarding email from Fristad to Konstam regarding defense counsel's letter and issues raised therein | DP_WP |
| 228 | SEC-MC0301196 | SEC-MC0301196 | 10/16/2007 | Fristad, S.W. | Kaplan, R.B. | Thomsen, Linda; Bresnan, Peter; Ricciardi, Walter | Quarterly report for Investigations supervised by Robert Kaplan including HO-10576 attached to SEC-MC0301191 | DP_WP |
| 230 | SEC-MC0300174 | SEC-MC0300174 | 10/19/2007 | Kaplan, Robert | Riewe, Julie M. | Calande, Pauline E. | Draft Action Memorandum in HO-10576, dated October 15, 2007, discussing law and evidence in support of recommendation, attached to SEC-MC0300109 | DP_AC_WP |
| 232 | SEC-MC0300190 | SEC-MC0300190 | 10/19/2007 | Kaplan, Robert | Fristad, Scott | Fristad, Scott; Kaplan, Robert | Draft Action Memorandum in HO-10576, dated October 15, 2007, discussing law and evidence in support of recommendation | DP_AC_WP |
| 235 | SEC-MC0300424 | SEC-MC0300424 | 10/19/2007 | Fristad, Scott | Thomsen, Linda; Bresnan, Peter; Ricciardi, Walter | Calande, Pauline | October 19, 2007 memorandum summarizing ongoing enforcement investigations, including HO-10576, attached to SEC-MC0300433 | DP_WP |

SEC v. Cuban 04-19-2010 Production – Electronic Document DP Privilege Log

| Index Number | Begin Bates | End Bates | Date | Author/From | Recipients | CC/Other | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| 238 | SEC-MC0301447 | SEC-MC0301447 | 10/31/2007 | ORourke, Kevin | | | Email note discussing staff counsel's thoughts and impressions of issues that should be brought to the attention of the Commission in determining whether to authorize filing a civil action against Mark Cuban | DP_AC_WP |
| 240 | SEC-MC0301446 | SEC-MC0301446 | 11/1/2007 | ORourke, Kevin | Mehta, Lou | | Email forwarding proposed insert for Action Memorandum in HO-10578 discussing issues for the Commission to consider in determining whether to authorize filing a civil action against Mark Cuban | DP_AC_WP |
| 241 | SEC-MC0300880 | SEC-MC0300893 | 11/2/2007 | Riewe, J.M. | Kaplan, R. | | November 2, 2007 draft Action Memorandum for HO-05900 Investigation, presenting material facts and discussing legal issues and seeking authorization to bring civil action for HO-10576 attached to SEC-MC0300889 | DP_WP |
| 243 | SEC-MC0300486 | SEC-MC0300499 | 11/13/2007 | Kaplan, R.B. | Kaplan, R.B.; ORourke, K.P.; Riewe, J.M. | | November 13, 2007 draft of Action Memorandum, sent to Scott Friestad, presenting material facts, discussing legal issues and seeking authorization to file the civil action in HO-10576 | DP_AC_WP |
| 244 | SEC-MC0300501 | SEC-MC0300515 | 11/13/2007 | Riewe, J.M. | Kaplan, R.B. | Friestad, Scott | November 13, 2007 draft of Action Memorandum presenting material facts and discussing legal issues and seeking authorization to bring civil action for HO-10576, attached to SEC-MC0300500 | DP_AC_WP |
| 245 | SEC-MC0301673 | SEC-MC0301687 | 11/13/2007 | Chaudoin, D.T. | Riewe, J.M.; Kaplan, R.B.; ORourke, K.P.; Friestad, S.W.; Chaudoin, D.T. | | Draft Action Memorandum in HO-10576 requesting authorization to file civil action containing counsel's evaluation of the facts and law | DP_AC_WP |
| 248 | SEC-MC0300516 | SEC-MC0300528 | 11/21/2007 | Riewe, J.M. | Kaplan, R.B. | | November 21, 2007 draft of Action Memorandum presenting material facts and discussing legal issues and seeking authorization to bring civil action for HO-10576 | DP_AC_WP |
| 250 | SEC-MC0300571 | SEC-MC0300580 | 11/21/2007 | Riewe, Julie M. | Kaplan, Robert | | November 21, 2007 draft of Action Memorandum presenting material facts and discussing legal issues and seeking authorization to bring civil action for HO-10576, attached to SEC-MC0300570 | DP_AC_WP |
| 252 | SEC-MC0301659 | SEC-MC0301671 | 11/21/2007 | Riewe, Julie M.; Kaplan, R.B.; Chaudoin, D.T.; Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, Julie M.; ORourke, K.P | Chaudoin, Daniel T.; Kaplan, R.B. | Kaplan, Robert; Chaudoin, Daniel T. | Draft Action Memorandum in HO-10576 containing counsel's evaluation of the facts and law and discussing changes in draft, attached to SEC-MC0301658 | DP_AC_WP |
| 253 | SEC-MC0300073 | SEC-MC0300075 | 11/26/2007 | | Pato, Lawrence W. | | November 26, 2007 draft Action Memorandum for HO-10576, attached to SEC-MC0300062 | DP_AC_WP |
| 254 | SEC-MC0300062 | SEC-MC0300062 | 11/26/2007 | Riewe, Julie M. | Pato, Lawrence W. | Kaplan, Robert; Chaudoin, Daniel T. | Email forwarding draft Action Memorandum and associated materials for the purpose of obtaining legal advice for the Commission with respect to the requested action on HO-10576 | DP_AC_WP |
| 256 | SEC-MC0300643 | SEC-MC0300656 | 11/26/2007 | Riewe, Julie M. | Friestad, S.W.; Kaplan, R.B.; Other? | | November 26, 2007 draft Action Memorandum presenting material facts and discussing legal issues and seeking authorization for HO-10576 | DP_AC_WP |

AC = Attorney/Client Privilege, DP = Deliberative Process, LE = Law Enforcement Privilege, PA = Privacy AC Protection, WP = Work Product Protection

SEC v. Cuban 04-16-2010 Production – Electronic Document DP Privilege Log

| No. | Bates Begin | Bates End | Date | From | To | CC | Other Parties | Description/Subject Matter | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 258 | SEC-MC0300057 | SEC-MC0300059 | 11/26/2007 | Rieve, Julia M. | ORourke, Kevin; Kaplan, Robert; Chaudoin, Daniel T. | | | November 26, 2007 draft Action Memorandum presenting material facts and discussing legal issues and seeking authorization to bring civil action for HO-10576 attached to SEC-MC0300058 | DP, AC, WP |
| 259 | SEC-MC0301232 | SEC-MC0301232 | 11/26/2007 | ORourke, Kevin | Melia, Lou | | Rieve, Julia M.; Kaplan, R.B. | Email forwarding draft Action Memorandum discussing law and evidence for purposes of seeking authorization to file the civil action in HO-10576 with counsel's comments on revisions to draft | DP, AC, WP |
| 260 | SEC-MC0301233 | SEC-MC0301245 | 11/26/2007 | ORourke, Kevin | Melia, Lou | | Kaplan, Robert | Draft Action Memorandum regarding HO-10576, attached to SEC-MC0301232 | DP, AC, WP |
| 281 | SEC-MC0301564 | SEC-MC0301564 | 11/26/2007 | ORourke, Kevin | Rieve, Julia M. | Kaplan, Robert | ORourke, Kevin | Emails discussing revisions to Action Memorandum recommending Commission authorization to file civil action against Mark Cuban | DP, AC, WP |
| 262 | SEC-MC0301596 | SEC-MC0301596 | 11/26/2007 | Rieve, Julia M. | Chaudoin, Daniel T. | | Plein, L.W. | Email discussing review of draft Action Memorandum for HO-10576 and exhibits thereto forwarded to Office of Chief Counsel | DP, AC, WP |
| 263 | SEC-MC0301644 | SEC-MC0301644 | 11/26/2007 | Rieve, Julia M.; Kaplan, R.B.; Chaudoin, D.T.; Friestad, S.W. | Chaudoin, Daniel T. | | | Email transmitting revised Action Memorandum in HO-10576 containing counsel's evaluation of the facts and law and discussing changes to draft | DP, AC, WP |
| 284 | SEC-MC0301645 | SEC-MC0301657 | 11/26/2007 | Rieve, Julia M.; Kaplan, R.B.; Chaudoin, D.T.; Friestad, S.W. | Chaudoin, Daniel T. | | | Draft Action Memorandum in HO-10576 containing counsel's evaluation of the facts and law and discussing changes in draft | DP, AC, WP |
| 285 | SEC-MC0300629 | SEC-MC0300541 | 12/19/2007 | Rieve, J.M. | Kaplan, R.B.; Chaudoin, D.T. | | | December ___ 2007 draft Action Memorandum presenting material facts and discussing legal issues and seeking authorization to bring civil action for HO-10576 | DP, AC, WP |
| 266 | SEC-MC0300778 | SEC-MC0300790 | 12/19/2007 | Rieve, J.M.; Chaudoin, D.T.; Kaplan, R.B.; Friestad, S.W.; ORourke, K.P. | Commissioners | | | Signed Action Memorandum to Commission presenting material facts, discussing legal issues, and seeking Commission authorization to initiate civil action | DP, AC, WP |
| 267 | SEC-MC0301616 | SEC-MC0301628 | 12/31/2007 | Rieve, Julia M.; Kaplan, R.B.; Chaudoin, D.T.; Friestad, S.W. | Aguilar, L.A.; Bondi, B.J.; Broadbent, C.L.; Christian, L.; Borns, J.R.; Casey, K.; Christ, M.; Cohen, A.F.; Daigler, M.; Daly, J.D.; David, B.A.; Devine, S.W.; Demidova, O.R.; Freeman, S.K.; Gallagher, M.K.; Jessen, D.L.; Jones, C.H.; Kapur, J.L.; Kimpel, S.H.; Konick, J.; Mayo, Z.S.; Mills, B.; Nagrath, A.; Paredes, T.A.; Pearson, K.J.; Post, J.L.; Ramsraharam; Vaughan, L.; Walter, E.; Wheat, M.; Wilkinson, P.; Harmon, R.E.; Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Rieve, J.M.; Daly, G.; ORourke, K.P. | | | Action Memorandum setting forth factual and legal basis for seeking authorization to bring civil action in HO-10576 circulated to Commissioners, Commissioners' staff, senior enforcement officers, and members of HO-10576 team | DP, AC, WP |

AC = Attorney/Client Privilege, DP = Deliberative Process, LE = Law Enforcement Privilege, PA = Privacy Act Protection, WP = Work Product Protection

SEC v. Cuban 04-19-2010 Production – Electronic Document DP Privilege Log

| # | Bates Begin | Bates End | Date | From | To | CC | BCC | Description | Privilege | |
|---|---|---|---|---|---|---|---|---|---|---|
| 269 | SEC-MC0300791 | SEC-MC0300791 | 1/8/2008 | Riewe, Julie M. | Levine, R.A.; Pistew, I.W. | Kaplan, Robert; Chaudoin, Daniel T. | | Email transmitting judicial decisions and related materials to the Office of General Counsel for consideration in conjunction with HO-10576, with comments to case team. | DP, AC, WP | |
| 271 | SEC-MC0300775 | SEC-MC0300775 | 1/14/2008 | Riewe, Julie M. | Kaplan, Robert; Chaudoin, Daniel T.; O'Rourke, Kevin | | | Email raising questions and seeking input on draft litigation release in anticipation of filing complaint in HO-10576. | DP, WP | |
| 272 | SEC-MC0300775 | SEC-MC0300776 | 1/14/2008 | Riewe, Julie M. | Kaplan, Robert; Chaudoin, Daniel T.; O'Rourke, Kevin | | | Draft litigation release for use when complaint filed in HO-10576, attached to SEC-MC0300775. | DP, WP | |
| 273 | SEC-MC0301497 | SEC-MC0301497 | 1/17/2008 | Kaplan, Robert | Friestad, Robert | Romero, Christy | | Redaction of discussion relating to advice of Office of General Counsel for HO-10576. | DP | Yes |
| 274 | SEC-MC0300098 | SEC-MC0300101 | 1/22/2008 | Riewe, Julie | Kaplan, Robert | Kaplan, Robert; Riewe, Julie | | Draft talking points on HO-10576 prepared by counsel in preparation for January 22, 2008 meeting with Commission on case status. | DP | |
| 277 | SEC-MC0300114 | SEC-MC0300115 | 1/24/2008 | Riewe, Julie | Kaplan, Robert | | | Draft memorandum discussing HO-10576, including discussion of disciplinary action against employee, prepared by Linda Thomsen to provide to Chairman Cox. | DP, PA, WP | |
| 278 | SEC-MC0300117 | SEC-MC0300122 | 1/24/2008 | Riewe, J.M. | Kaplan, R.B. | | | February 27, 2007 version of Action Memorandum discussing law and evidence in support of recommendation with respect to HO-10576 forwarded by R. Kaplan to J. Riewe | DP, AC, WP | |
| 281 | SEC-MC0300017 | SEC-MC0300017 | 1/25/2008 | Friestad, Scott | Reed, Matthew P.; Kaplan, Robert; Riewe, Julie M. | | | Notice from Office of Secretary pulling HO-10576 from Commission calendar for January 31, 2008, with cover note from S. Friestad, including discussion of disciplinary action against employee. | DP, PA, WP | |
| 282 | SEC-MC0300085 | SEC-MC0300085 | 1/25/2008 | Friestad, Scott | Thomsen, Linda; Ricciardi, Walter | Kaplan, Robert | | Email discussing and transmitting draft chronology of HO-10576 investigation, including discussion of disciplinary action against employee. | DP, PA, WP | |
| 283 | SEC-MC0300088 | SEC-MC0300088 | 1/25/2008 | Friestad, Scott | Thomsen, Linda; Ricciardi, Walter | Kaplan, Robert | | Memorandum discussing chronology of Mamma.com investigation, including discussion of disciplinary action against employee, attached to SEC-MC0300085. | DP, PA, WP | |
| 284 | SEC-MC0300128 | SEC-MC0300128 | 1/25/2008 | Kaplan, Robert | Friestad, Scott | Friestad, Scott; Kaplan, Robert | | Email string discussing revisions to memorandum on chronology of HO-10576 investigation. | DP, WP | |
| 285 | SEC-MC0300129 | SEC-MC0300131 | 1/25/2008 | Kaplan, Robert | Friestad, Scott | | | January __, 2008 draft of memorandum on chronology of HO-10576 investigation and employee actions prepared for L. Thomsen to provide to Commissioner Cox, attached to SEC-MC0300128. | DP, AC, WP | |
| 288 | SEC-MC0301164 | SEC-MC0301166 | 1/25/2008 | | | | | Draft chronology of the HO-10576 investigation and attorney communications with Mark Cuban, including discussion of disciplinary action against employee, attached to SEC-MC0301165. | DP, PA, WP | |
| 289 | SEC-MC0301168 | SEC-MC0301171 | 1/25/2008 | Koontnatn, Stephen J. | Friestad, Scott | | | Chronology of the HO-10576 investigation and attorney communications with Mark Cuban, including discussion of disciplinary action against employee, attached to SEC-MC0301165. | DP, PA, WP | |
| 291 | SEC-MC0301694 | SEC-MC0301695 | 1/28/2008 | Ricciardi, Walter | Friestad, Scott; Thomsen, Linda | Kaplan, Robert | | Email string discussing draft chronology of HO-10576 investigation, including discussion of disciplinary action of employee not involved in HO-10576. | DP, PA, WP | |

AC = Attorney/Client Privilege, DP = Deliberative Process, LE = Law Enforcement Privilege, PA = Privacy Act Protection, WP = Work Product Protection

SEC v. Cuban 04-19-2010 Production – Electronic Document DP Privilege Log

| # | Bates Begin | Bates End | Date | From | To | Other Known Participants | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| 282 | SEC-MC0302423 | SEC-MC0302423 | 1/25/2008 | Ricciardi, Walter | Gallagher, Jr., Daniel M. | Kaplan, Robert; Friestad, Scott; Thomsen, Linda | Email forwarding memorandum prepared for Director of Enforcement providing chronology of HO-10576 investigation and actions of attorney not involved in HO-10576, includes disciplinary action discussion against employee | DP, PA, WP |
| 283 | SEC-MC0302424 | SEC-MC0302426 | 1/25/2008 | Ricciardi, Walter | Gallagher, Jr., Daniel M. | Kaplan, Robert; Friestad, Scott; Thomsen, Linda | Draft memorandum prepared for Director of Enforcement setting out chronology of HO-10576 investigation and actions of attorney not involved in HO-10576, includes disciplinary action discussion against employee, attached to SEC-MC0302423 | DP, PA, WP |
| 294 | SEC-MC0302459 | SEC-MC0302459 | 1/25/2008 | Friestad, Scott | Thomsen, Linda; Ricciardi, Walter | Kaplan, Robert | Email forwarding draft memorandum prepared for Director of Enforcement providing chronology of HO-10576 investigation and actions of attorney not involved in HO-10576, includes disciplinary action discussion against employee | DP, PA, WP |
| 295 | SEC-MC0302460 | SEC-MC0302462 | 1/25/2008 | Friestad, Scott | Thomsen, Linda; Ricciardi, Walter | | Draft memorandum prepared for Director of Enforcement to send to Chairman/Commission providing chronology of HO-10576 investigation and actions of attorney not involved in HO-10576, includes disciplinary action discussion against employee, attached to SEC-MC0302459 | DP, PA, WP |
| 296 | SEC-MC0302686 | SEC-MC0302686 | 1/25/2008 | Vollmer, Andrew | Cathcart, Brian G. | Romeo, Christy | Email commenting on legal advice of Office of General Counsel in advance of meeting with Linda Thomsen and Chairman Cox | DP, AC, WP |
| 301 | SEC-MC0301163 | SEC-MC0301163 | 1/30/2008 | Friestad, Scott | Korobah, Stephen J.; Thomsen, L.C.; Ricciardi, W. | Kaplan, Robert | Emails forwarding draft chronology of the HO-10576 investigation, including discussion of disciplinary action against employee, with comments of counsel on additional information to be provided | DP, PA, WP |
| 302 | SEC-MC0301167 | SEC-MC0301167 | 1/30/2008 | Korobah, Stephen J. | Friestad, Scott | | Email transmitting revised draft chronology of the HO-10576 investigation and attorney communications with Mark Cuban, including discussion of disciplinary action against employee | DP, PA, WP |
| 306 | SEC-MC0300089 | SEC-MC0300089 | 1/31/2008 | Friestad, Scott | Thomsen, Linda – Ricciardi, Walter | Friestad, Scott; Kaplan, Robert; Ricciardi, Walter; Thomsen, Linda | Email discussing and transmitting revised draft chronology of HO-10576 investigation and potential disciplinary action against employee | DP, PA, WP |
| 316 | SEC-MC0301495 | SEC-MC0301495 | 1/31/2008 | Friestad, Scott | Kaplan, Robert | Thomsen, Linda; Ricciardi, Walter | Email string forwarding revised chronology of HO-10576 investigation and actions of employee not involved in HO-10576, including references to disciplinary action | DP, PA, WP |
| 317 | SEC-MC0301501 | SEC-MC0301501 | 1/31/2008 | Thomsen, Linda | Friestad, Scott | Thomsen, Linda; Friestad, Scott; Ricciardi, Walter; Kaplan, Robert | Email string attaching chronology of HO-10576 investigation, actions of employee not involved in that investigation, including discussion of disciplinary action against employee, and discussing timing of Commission consideration of action | DP, PA, WP |
| 320 | SEC-MC0302453 | SEC-MC0302453 | 1/31/2008 | Friestad, Scott | Thomsen, Linda; Ricciardi, Walter | Kaplan, Robert | Email discussing and transmitting revised memorandum prepared for Director of Enforcement providing chronology of HO-10576 investigation and actions of attorney not involved in HO-10576 | DP, PA, WP |

AC = Attorney/Client Privilege, DP = Deliberative Process, LE = Law Enforcement Privilege, PA = Privacy Act Protection, WP = Work Product Protection

SEC v. Cuban 64-59-2010 Production – Electronic Document DP Privilege Log

| # | Begin Bates | End Bates | Date | Author | Recipient | CC | Other Recipients | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 331 | SEC-MC0302454 | SEC-MC0302457 | 1/31/2006 | Friested, Scott | Thomsen, Linda ; Ricciardi, Walter | Kaplan, Robert | | Draft memorandum prepared for Director of Enforcement to send to Chairman Cox providing chronology of HO-10576 Investigation and actions of attorney not involved in HO-10576. Includes disciplinary action discussion against employee, attached to SEC-MC0302455 | DP, PA, WP |
| 335 | SEC-MC0302403 | SEC-MC0302403 | 2/4/2008 | Gallagher, Jr., Daniel M. | Uhlmann, Peter; Romero, Christy L. | | | Email forwarding memorandum prepared for Director of Enforcement providing chronology of HO-10576 Investigation and actions of attorney not involved in HO-10576 | WP, PA, DP |
| 336 | SEC-MC0302404 | SEC-MC0302407 | 2/4/2008 | Gallagher, Jr., Daniel M. | Uhlmann, Peter; Romero, Christy L. | | | Memorandum prepared for Director of Enforcement setting out chronology of HO-10576 Investigation and actions of employee not involved in HO-10576. Includes disciplinary action discussion against employee, attached to SEC-MC0302403. | WP, DP, PA |
| 337 | SEC-MC0302408 | SEC-MC0302408 | 2/4/2008 | Thomsen, Linda | Gallagher, Jr., Daniel M. | | | Email forwarding memorandum prepared for Director of Enforcement providing chronology of HO-10576 Investigation and actions of attorney not involved in HO-10576. | DP, WP |
| 338 | SEC-MC0302409 | SEC-MC0302409 | 2/4/2008 | Thomsen, Linda | Gallagher, Jr., Daniel M. | | | Memorandum prepared for Director of Enforcement setting out chronology of HO-10576 Investigation and actions of attorney not involved in HO-10576. Includes disciplinary action discussion against employee, attached to SEC-MC0302408. | DP, PA, WP |
| 339 | SEC-MC0302412 | SEC-MC0302413 | 2/4/2008 | Thomsen, Linda | Gallagher, Jr., Daniel M. | | Riewe, Julie; Kaplan, Robert; Friested, Scott; Ricciardi, Walter | Email string discussing and forwarding Memorandum prepared for Director of Enforcement setting out chronology of HO-10576 Investigation and actions of attorney not involved in HO-10576. Includes disciplinary action discussion against employee. | DP, PA, WP |
| 340 | SEC-MC0302414 | SEC-MC0302417 | 2/4/2008 | Thomsen, Linda | Gallagher, Jr., Daniel M. | | Kaplan, Robert; Friested, Scott; Ricciardi, Walter | Memorandum from Director of Enforcement setting out chronology of HO-10576 Investigation and actions of attorney not involved in HO-10576 dated January 30, 2006. Includes disciplinary action discussion against employee, attached to SEC-MC0302413. | DP, PA, WP |
| 341 | SEC-MC0302418 | SEC-MC0302418 | 2/4/2008 | Thomsen, L.C. | Gallagher, D.M. | Friested, S.W. | | Email string forwarding Memorandum from Director of Enforcement setting out chronology of HO-10576 Investigation and actions of attorney not involved in HO-10576. | DP, PA, WP |
| 342 | SEC-MC0302419 | SEC-MC0302419 | 2/4/2008 | Friested, S.W. | Thomsen, L.C. | Gallagher, D.M. | | Internal memorandum discussing the chronology of HO-10576, dated February 4, 2008 prepared by S. Friested, includes disciplinary action discussion against employee, attached to SEC-MC0302418 | DP, PA, WP |
| 346 | SEC-MC0300103 | SEC-MC0300103 | 2/6/2008 | Kaplan, Robert | Reed, Matthew P. | | | Email transmitting internal memorandum regarding HO-10576 investigation and chronology thereof | DP, WP |
| 347 | SEC-MC0300124 | SEC-MC0300177 | 2/6/2008 | Kaplan, Robert | Reed, Matthew P. | | | February 4, 2008 version of memorandum on chronology of HO-10576, including discussion of disciplinary action against employee not involved in HO-10576, prepared by S. Friested, attached to S. Thomsen, attached to SEC-MC0300123 | DP, PA, WP |

AC = Attorney/Client Privilege, DP = Deliberative Process, LE = Law Enforcement Privilege, PA = Privacy Act Protection, WP = Work Product Protection

SEC v. Cuban 04-19-2010 Production – Electronic Document DP Privilege Log

| # | Bates Begin | Bates End | Date | From | To | CC | Other Recipients | Description | Privilege | Redacted |
|---|---|---|---|---|---|---|---|---|---|---|
| 370 | SEC-MC0300722 | SEC-MC0300723 | 2/11/2008 | Rlewe, Julie M. | Kaplan, Robert | | | Email transmitting draft press release to be issued when complaint filed in HO-10576 | DP, WP | |
| 371 | SEC-MC0300723 | SEC-MC0300724 | 2/11/2008 | Rlewe, J.M. | Kaplan, J.M. | | | Draft press release to be issued when complaint filed in HO-10576 attached to SEC-MC0300722 | DP, WP | |
| 381 | SEC-MC0300288 | SEC-MC0300294 | 4/7/2008 | Supervisor | Supervisor | | | Draft internal report from Supervisor to Employee of employee not involved in HO-10576 investigation dated April 2008 regarding proposed employee action. Includes disciplinary action discussion against employee | DP, LE, PA | |
| 431 | SEC-MC0302267 | SEC-MC0302267 | 7/1/2008 | Kocorath, Stephen J. | Edmondson, Kevin J. | | | Forwarding email from Friestad containing comments about agency response to letter from Cuban's counsel in HO-10576 | DP, WP | Yes |
| 441 | SEC-MC0301766 | SEC-MC0301767 | 10/24/2008 | Rlewe, Julie M. | Aterton, Adam S. | | | Draft press release prepared in anticipation of filing of civil action against Mark Cuban in HO-10576, attached to SEC-MC0301766 | DP, AC, WP | |
| 442 | SEC-MC0300020 | SEC-MC0300032 | 10/27/2008 | Rlewe, J.M.; Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; | Office of Secretary;Commissioners; Commission Staff; Case Team | | | Action Memorandum regarding HO-10576, dated December 31, 2007, discussing law and evidence in support of recommended Commission action | DP, AC, WP | |
| 443 | SEC-MC0301607 | SEC-MC0301507 | 10/27/2008 | Friestad, Scott | Harmon, Florence E. | | Day, Carnice; Williams, Isa; Harmon, F.E.; Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Rlewe, J.M.; Day, Carnice; O'Rourke, K.P. | Email string discussing materials to be provided commissioners for November 13, 2008 executive session to discuss HO-10576 | DP | |
| 444 | SEC-MC0302382 | SEC-MC0302384 | 10/27/2008 | Williams, Isa | Commissioners; Commissioners' Staff; | | Rlewe, Julie; Kaplan, Robert; O'Rourke, Kevin | December 31, 2007 Action Memorandum for HO-10576 setting out evidence and law in support of requested Commission action | DP, AC, WP | |
| 446 | SEC-MC0300759 | SEC-MC0300760 | 10/29/2008 | Rlewe, Julie M. | Kaplan, Robert | | | Draft press release for HO-10576 with highlighted language for consideration by counsel, attached to SEC-MC0300758 | DP, WP | |
| 449 | SEC-MC0300754 | SEC-MC0300754 | 10/30/2008 | Rlewe, Julie M. | Kaplan, Robert | | | Email transmitting drafts of press release to be issued when complaint filed in HO-10576 for review and revision with specific questions from investigative counsel | DP, WP | |
| 450 | SEC-MC0300755 | SEC-MC0300756 | 10/30/2008 | Rlewe, Julie M. | Kaplan, Robert | | | Draft of press release to be issued when complaint filed in HO-10576 to be considered by supervisory counsel, attached to SEC-MC0300754 | DP, WP | |
| 451 | SEC-MC0300757 | SEC-MC0300757 | 10/30/2008 | Rlewe, Julie M. | Kaplan, Robert | | | Email planning a meeting to discuss Cuban litigation | DP, WP | |
| 452 | SEC-MC0300795 | SEC-MC0300795 | 10/30/2008 | Kaplan, Robert | Bondi, Bradley J. | | | Email string with summary of recommendation for HO-10576 and note by R.Kaplan re: preparations for Commission Executive Session | DP, WP | |
| 453 | SEC-MC0300005 | SEC-MC0300005 | 11/7/2008 | Kaplan, Robert | Thomsen, Linda; Friestad, Scott; Curtis, George; McGown, John | Buford, Charlotte; Doty, Nancy; McGettie, Shelle | | Email string forwarding summary of recommendation for HO-10576 in preparation for upcoming November 13, 2008 Commission Executive Session | DP, AC, WP | |
| 454 | SEC-MC0300018 | SEC-MC0300019 | 11/7/2008 | Kaplan, Robert | Rlewe, Julie M. | | | Email string forwarding hypothetical questions and answers to assist counsel in preparing for November 13, 2008 Commission Executive Session | DP, AC, WP | |
| 455 | SEC-MC0300090 | SEC-MC0300090 | 11/7/2008 | Rlewe, Julie M. | Kaplan, Robert; Chaudoin, Daniel T.; O'Rourke, Kevin; Aterton, Adam S. | | | Email transmitting hypothetical questions and answers to assist counsel in preparing for November 13, 2008 Commission Executive Session | DP, AC, WP | |

AC = Attorney/Client Privilege, DP = Deliberative Process, DP* = Deliberative Process, PA = Privacy Act Protection, LE = Law Enforcement Privilege, WP = Work Product Protection

SEC v. Cuban 04-19-2010 Production – Electronic Document GP Privilege Log

| # | Bates Begin | Bates End | Date / From | To | CC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 456 | SEC-MC0300091 | SEC-MC0300093 | 11/7/2008 Riewe, Julie M. | Kaplan, Robert; Chaudoin, Daniel T.; O'Rourke, Kevin; Aderton, Adam S. | | ...answers to assist counsel in preparing for hypothetical questions and draft for Executive Session in HO-10576 attached to SEC-MC0300090 | DP, AC, WP |
| 457 | SEC-MC0300751 | SEC-MC0300751 | 11/7/2008 Friestad, Scott | Aderton, Adam S. | | Email string summarizing draft press release to be issued after complaint filed and discussing language of press release | DP, WP |
| 458 | SEC-MC0300752 | SEC-MC0300753 | 11/7/2008 Kaplan, Robert | Friestad, Scott ; Riewe, J.M. | | Draft of press release to be issued when complaint filed in HO-10576 including alternative language to be considered by counsel, attached to SEC-MC0300751 | DP, WP |
| 459 | SEC-MC0300249 | SEC-MC0302496 | 11/7/2008 Kaplan, Robert | Thomsen, Linda ; Friestad, Scott ; Curtis, George ; McKown, Joan | Buford, Charlotte; Doty, Nancy; McCurley, Shirla | Email string forwarding summary of HO-10576 and staff recommendation in preparation for November 13, 2008 Commission Executive Session | DP, AC, WP |
| 460 | SEC-MC0302499 | SEC-MC0302496 | 11/10/2008 Pinto, L. W.; Levine, R.A. | Bondi, B.J.; Broadbent, C.L.; Burns, J.R.; Cohen, A.F.; Dalpier, M; Daly, J.D.; Davis, B.A.; Dimitrov, D.R.; Freeman, E.K.; Gallagher, M.K.; Jessen, D.L.; Jones, C.H.; Kapol, J.L.; Kincaid, S.H.; Martin, B.J.; May, Z.S.; Post, M.L.; Ramakrishnan, S.S.; Rodrigues, C; Romero, C.L.; Sheppard, L; Uhlmann, P; Vaughan, L.; Whale, M. | Riewe, Julie M. | Memorandum from the Office of General Counsel providing legal advice on Action Memorandum recommendation for HO-10576 | DP, AC, WP |
| 462 | SEC-MC0301499 | SEC-MC0301499 | 11/11/2008 Friestad, Scott | Thomsen, Linda ; McKown, Joan; Curtis, George | | Email regarding Chairmen's intent with respect to Commission Executive Session on November 13, 2008 | DP, AC, WP |
| 463 | SEC-MC0300876 | SEC-MC0300876 | 11/12/2008 Riewe, Julie M. | Kaplan, Robert | | Email string forwarding legal decision and discussing transcript of testimony in HO-10576 | DP, WP |
| 464 | SEC-MC0301158 | SEC-MC0301158 | 11/12/2008 Friestad, Scott | McKown, Joan; Curtis, George | Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M. | Email forwarding comments from Office of General Counsel on HO-10576 Action Memorandum | DP, AC, WP |
| 465 | SEC-MC0301159 | SEC-MC0301182 | 11/12/2008 Levine, R.A., Pinto, L. | Friestad, S.W.; kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M.; McKown, J. | | Draft memorandum containing Office of General Counsel analysis of evidence and legal issues raised in HO-10576 prepared in anticipation of November 13, 2008 Commission Executive Session | DP, AC, WP |
| 466 | SEC-MC0301223 | SEC-MC0301226 | 11/12/2008 Levine, R.A.; Pinto, L. | O'Rourke, Kevin ; Aderton, Adam S.; Riewe, J.M. | | Memorandum prepared by Office of General Counsel addressing legal and evidentiary issues in HO-10576 attached to SEC-MC0301222 | DP, AC, WP |
| 467 | SEC-MC0301227 | SEC-MC0301227 | 11/12/2008 O'Rourke, Kevin | Mejia, Lou | | Email forwarding Memorandum prepared by Office of General Counsel addressing legal and evidentiary issues in HO-10576 | DP, WP |
| 468 | SEC-MC0301228 | SEC-MC0301231 | 11/12/2008 Levine, R.A.; Pinto, L. | O'Rourke, Kevin ; Aderton, Adam S.; Riewe, J.M. | | Memorandum prepared by Office of General Counsel addressing legal and evidentiary issues in HO-10576 attached to SEC-MC0301227 | DP, AC, WP |
| 470 | SEC-MC0302469 | SEC-MC0302472 | 11/12/2008 Levine, R.A., Pinto, L.W. | Kaplan, R.B. | Friestad, Scott; Chaudoin, Robert; Riewe, Julie | Internal memorandum prepared by the Office of General Counsel, providing legal advice to Commission to assist its decision-making on request for authorization to file civil suit against Mark Cuban in HO-10576, attached to SEC-MC0302468 | DP, AC, WP |

AC = Attorney/Client Privilege, DP = Deliberative Process, LE = Law Enforcement Privilege, PA = Privacy Act Protection, WP = Work Product Protection

SEC v. Cuban 04-19-2010 Production— Electronic Document DP Privilege Log

| # | Bates Begin | Bates End | Date | From | To | CC | Other | Description of Privileged Material | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 471 | SEC-MC0300761 | SEC-MC0300762 | 11/13/2008 | Kaplan, Robert | Reeve, Julie M. | | | Friestad, S.W. | Email string discussing alternative approaches to presenting recommendation for bringing insider trading action in HO-10576 to Commission | DP, WP |
| 472 | SEC-MC0300763 | SEC-MC0300763 | 11/13/2008 | Reeve, Julie M. | Kaplan, Robert ; Chaudoin, Daniel T. | | | | Email discussion of question raised by Office of General Counsel to assist counsel in preparing the evaluation to the Commission in HO-10576 | DP, AC, WP |
| 473 | SEC-MC0300764 | SEC-MC0300764 | 11/13/2008 | Reeve, Julie M. | Kaplan, Robert | | | | Draft summary presentation to the Commission in support of recommendation to file the action in HO-10576 for review by counsel | DP, WP |
| 474 | SEC-MC0301485 | SEC-MC0301485 | 11/13/2008 | Reeve, Julie M. | Friestad, Scott | | | Kaplan, Robert; | Email string forwarding draft press release discussing proposed text of release in anticipation of filing civil action in HO-10576. | DP, WP |
| 475 | SEC-MC0301486 | SEC-MC0301487 | 11/13/2008 | Reeve, Julie M. | Friestad, Scott | | | Reeve, Julie; Kaplan, Robert; Friestad, Scott; | Draft press release for HO-10576 attached to SEC-MC0301485. | DP, WP |
| 476 | SEC-MC0300500 | SEC-MC0300500 | 11/13/2008 | Zelinsky, Yuri | Friestad, Scott | | | | Email forwarding status information regarding HO-09600 investigation and response thereto | DP, WP |
| 477 | SEC-MC0301492 | SEC-MC0301492 | 11/14/2008 | Friestad, Scott | Nestor, John J.; Callahan, Kevin J.; Heine, John D. | | Kaplan, Robert; Reeve, Julie M. | Reeve, Julie; Kaplan, Robert; Friestad, Scott; Nestor, John; Callahan, Kevin; Heine, John | Email discussing and forwarding revised press release and draft statement about Commission decision in authorizing filing of civil action against Mark Cuban in HO-10576 | DP, WP |
| 478 | SEC-MC0301493 | SEC-MC0301493 | 11/14/2008 | Friestad, Scott | Nestor, John J.; Callahan, Kevin J.; Heine, John D. | | Kaplan, Robert; Reeve, Julie M. | Reeve, Julie; Kaplan, Robert; Friestad, Scott; Nestor, John; Callahan, Kevin; Heine, John | Draft press release for HO-10576 showing redlined revisions, attached to SEC-MC0301492. | DP, WP |
| 479 | SEC-MC0301498 | SEC-MC0301498 | 11/14/2008 | Friestad, Scott | McKown, Joan; Thomsen, Linda | | Curtis, George | | Email string discussing the topics for upcoming chairman's senior staff meeting, including HO-10576 | DP |
| 480 | SEC-MC0300735 | SEC-MC0300736 | 11/15/2008 | Kaplan, Robert | Reeve, Julie M.; Friestad, Scott | | | | Email discussion among counsel about draft litigation release for HO-10576 and raising questions about draft to S.W. Friestad | DP, WP |
| 481 | SEC-MC0300767 | SEC-MC0300767 | 11/16/2008 | Reeve, J.M. | Kaplan, R.B.; Friestad, S.W. | | | | Counsel's draft litigation release to be issued when complaint filed in HO-10576 | DP, WP |
| 482 | SEC-MC0301486 | SEC-MC0301488 | 11/17/2008 | Friestad, Scott | Kaplan, Robert ; Reeve, Julie M. | | | Reeve, Julie; Kaplan, Robert; Friestad, Scott; Nestor, John; Callahan, Kevin; Heine, John | Email string discussing and forwarding revised press release and draft statement about Commission decision in authorizing filing civil action against Mark Cuban in HO-10576 | DP, WP |
| 483 | SEC-MC0301489 | SEC-MC0301490 | 11/17/2008 | Friestad, Scott | Kaplan, Robert ; Reeve, Julie M. | | | Reeve, Julie; Kaplan, Robert; Friestad, Scott; Nestor, John; Callahan, Kevin; Heine, John | Draft press release for HO-10576 showing redlined revisions, attached to SEC-MC0301488. | DP, WP |
| 484 | SEC-MC0301491 | SEC-MC0301491 | 11/17/2008 | Friestad, Scott | Kaplan, Robert ; Reeve, Julie M. | | | Reeve, Julie; Friestad, Scott; Nestor, John; Callahan, Kevin; Heine, John | Draft statement about Commission decision in authorizing the filing of a civil action against Mark Cuban, attached to SEC-MC0301488. | DP, WP |
| 485 | SEC-MC0301500 | SEC-MC0301502 | 11/17/2008 | Callahan, Kevin J. | Nestor, John J.; Friestad, Scott | | Heine, John D. | Callahan, Kevin; Nestor, John; Friestad, Scott; Heine, John; Reeve, Julie | Email string proposing changes to draft trading action filed against Mark Cuban and discussing context for review of draft press release. | DP |

SEC v. Cuban 04-19-2010 Production – Electronic Document DP Privilege Log

| # | Bates Begin | Bates End | Date | From | To | CC / Other Recipients | Other Email Participants | Description | Withheld |
|---|---|---|---|---|---|---|---|---|---|
| 486 | SEC-MC0302487 | SEC-MC0302488 | 11/17/2008 | Riewe, Julie M. | Gillette, Veronica L.; Akins, Carlene ; News Digest | | Kaplan, Robert; Peterson, Jill M.; Callahan, Kevin J.; Heine, John D.; Friestad, Scott | Email forwarding SEC v. Cuban complaint, along with original and revised news digest and litigation release | DP, WP |
| 487 | SEC-MC0302489 | SEC-MC0302489 | 11/17/2008 | Riewe, Julie M. | Gillette, Veronica L.; Akins, Carlene ; News Digest | | Kaplan, Robert; Peterson, Jill M.; Callahan, Kevin J.; Heine, John D.; Friestad, Scott | Draft press release prepared in anticipation of filing action in SEC v. Mark Cuban, attached to SEC-MC0302489 | DP, WP |
| 488 | SEC-MC0302490 | SEC-MC0302490 | 11/17/2008 | Riewe, Julie M. | Gillette, Veronica L.; Akins, Carlene ; News Digest | | Kaplan, Robert; Peterson, Jill M.; Callahan, Kevin J.; Heine, John D.; Friestad, Scott | Draft litigation release on SEC v. Mark Cuban attached to SEC-MC0302489 | DP, WP |
| 499 | SEC-MC0302505 | SEC-MC0302505 | 11/17/2008 | Nestor, John J. | Friestad, Scott | Callahan, Kevin J.; Heine, John D. | Kaplan, Robert; Riewe, Julie | Email string forwarding revisions to draft press release for use upon filing of complaint in SEC v. Mark Cuban. | DP, WP |
| 490 | SEC-MC0302506 | SEC-MC0302507 | 11/17/2008 | Nestor, John J. | Friestad, Scott | Callahan, Kevin J.; Heine, John D. | Kaplan, Robert; Riewe, Julie | Redlined revisions of J. Nestor to press release. In preparation for filing complaint in SEC v. Mark Cuban, attached to SEC-MC0302505 | DP, WP |
| 491 | SEC-MC0302508 | SEC-MC0302508 | 11/17/2008 | Nestor, John J. | Callahan, Kevin J. | | Friestad, Scott; Kaplan, Robert; Riewe, Julie | Email string responding to redlined revisions to draft press release in preparation for filing complaint in SEC v. Mark Cuban | DP, WP |
| 492 | SEC-MC0302509 | SEC-MC0302510 | 11/17/2008 | Nestor, John J. | Callahan, Kevin J. | | Friestad, Scott; Kaplan, Robert; Riewe, Julie | Redlined revisions of J. Nestor to press release. In preparation for filing complaint in SEC v. Mark Cuban, attached to SEC-MC0302509. | DP, WP |
| 493 | SEC-MC0302511 | SEC-MC0302511 | 11/17/2008 | Nestor, John J. | Callahan, Kevin J. | | Friestad, Scott; Kaplan, Robert; Riewe, Julie | Draft press statement prepared by J. Nestor for responding to inquiries regarding actions of employee not involved in the SEC's action against Mark Cuban investigation; includes disciplinary action discussion against employee; attached to SEC-MC0302508 | DP, PA, WP |
| 494 | SEC-MC0302561 | SEC-MC0302563 | 11/17/2008 | Jones, G.H. | Romero, Christy L. | | Callahan, Kevin | Email forwarding and discussing language of draft press release for use upon filing of SEC v. Mark Cuban | DP, WP |
| 495 | SEC-MC0302569 | SEC-MC0302569 | 11/17/2008 | Callahan, Kevin J. | Nestor, John J.; Friestad, Scott | Heine, John D. | Kaplan, Kevin | Email responding to draft press release for use upon filing of SEC v. Mark Cuban | DP, WP |
| 496 | SEC-MC0302571 | SEC-MC0302571 | 11/17/2008 | Weinstein, Andrew | Nestor, John J. | | | Email string forwarding and responding to proposed statement for responding to press inquiries about Commission deliberation prior to filing civil complaint in SEC v. Mark Cuban. | DP, PA, WP |
| 497 | SEC-MC0302579 | SEC-MC0302579 | 11/17/2008 | Weinstein, Andrew | Uhlmann, Peter ; Cohen, Alexander F.; Cartwright, Brian G; Rule, Diego T. | | Nestor, John | Email forwarding draft response to press inquiries about Commission deliberation prior to filing civil complaint in SEC v. Mark Cuban. | DP, WP |
| 498 | SEC-MC0302585 | SEC-MC0302586 | 11/18/2008 | Friestad, Scott | Nestor, John J. ; Friestad, Scott ; Kaplan, Robert ; Adler, Mark A. | | | Email discussing possible response to Cuban blog posting forwarded by member of the press | DP, WP |
| 499 | SEC-MC0302586 | SEC-MC0302587 | 11/18/2008 | Mejia, Lou | Nestor, John J. ; Friestad, Scott ; Kaplan, Robert ; Adler, Mark A. | | | Email discussing possible response to Cuban blog posting forwarded by member of the press | DP, WP |
| 500 | SEC-MC0302587 | SEC-MC0302587 | | | | | Thomsen, Linda; Staff in SEC Enforcement Division | | DP, WP |
| 502 | SEC-MC0302681 | SEC-MC0302683 | 11/21/2008 | Thomsen, Linda | Enforcement Division nation-wide | | Thomsen, Linda; Staff in SEC Enforcement Division | Redacting information and internal discussion of SEC issues not responsive to pending discovery. | DP, PA, WP |

AC = Attorney/Client Privilege.  DP = Deliberative Process.  LE = Law Enforcement Privilege.  PA = Privacy Act Protection.  WP = Work Product Protection

SEC v. Cuban 54-16-2010 Production – Electronic Document DP Privilege Log

| No. | DocBegin | DocEnd | Date / From | From | CC | To / Recipients | Description / Email | Other Participants | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 503 | SEC-MC0302295 | SEC-MC0302374 | 4/7/2009 Supervisor | | | | Compilation of Exhibits to the draft Office Memorandum from Supervisor to employee not involved in HO-10076 investigation dated April 2009 regarding proposed employee action, which is being forwarded to Supervisor. Includes disciplinary action discussion against employee. | Supervisor | DP, LE, PA |
| 504 | SEC-MC0300648 | SEC-MC0300650 | 8/12/2009 Turner, A.O. | | | | Redlined draft Investigation Closing Narrative for HO-09900, discussing investigation conducted, conclusions reached and satisfaction of internal compliance requirements. | | DP, WP |
| 505 | SEC-MC0300613 | SEC-MC0300613 | 8/14/2009 Turner, Alton O. | | | Koch, Alexander | Email transmitting revised Closing Memorandum for HO-09900. | Harley, Paul | DP |
| 507 | SEC-MC0300609 | SEC-MC0300609 | 8/19/2009 Turner, Alton O. | | | Zelinsky, Yuri | Email transmitting draft closing memo for HO-09900. | Koch, Alexander; Harley, Paul | DP, WP |
| 508 | SEC-MC0300610 | SEC-MC0300612 | 8/19/2009 Turner, A.O. | | | Zelinsky, Y. | Draft Investigation Closing Narrative for HO-09900 investigation, discussing investigation conducted, conclusions reached and satisfaction of internal compliance requirements attached to SEC-MC0300609. | Harley, Paul | DP, WP, AC |
| 512 | SEC-MC0300355 | SEC-MC0300359 | 2/20/2007 | Riewe, J.M. | | Kaplan, R.B. | Draft action memorandum presenting material facts, discussing legal issues and requesting the Commission to issue a formal order of investigation for HO-10076. | | DP, AC, WP |
| 513 | SEC-MC0300374 | SEC-MC0300378 | 2/20/2007 | Riewe, J.M. | | Kaplan, R.B. | Draft action memorandum presenting material facts, discussing legal issues requesting the Commission to issue a formal order of Investigation for HO-10076. | Chaudoin, D.T. | DP, AC, WP |
| 514 | SEC-MC0300360 | SEC-MC0300364 | 3/20/2007 | Riewe, J.M. | | Kaplan, R.B., Chaudoin, D.T. | Draft Action Memorandum to Commission presenting material facts, discussing legal issues and seeking formal order of Investigation for HO-10076. | | DP, AC, WP |
| 516 | SEC-MC0300614 | SEC-MC0300616 | 8/00/2009 | Turner, A.O.; Harley, P. | | Koch, Alexander | Draft (with redlines) Investigation Closing Narrative for HO-09900 investigation, discussing Investigation conducted, conclusions reached and satisfaction of Internal compliance requirements attached to SEC-MC0300613. | Harley, P. | DP, WP, AC |
| 517 | SEC-MC0300617 | SEC-MC0300619 | 8/00/2009 | Turner, A.O. | | Koch, Alexander | Draft (with redlines) Investigation Closing Narrative for HO-09900, discussing Investigation conducted, conclusions reached and satisfaction of Internal compliance requirements. | Harley, P. | DP, AC, WP |
| 518 | SEC-MC0300621 | SEC-MC0300623 | 8/00/2009 | Turner, A.O. | | Harley, Paul | Draft Investigation Closing Narrative for HO-09900, discussing Investigation conducted, conclusions reached and satisfaction of Internal compliance requirements attached to SEC-MC0300620. | | DP, AC, WP |
| 520 | SEC-MC0300950 | SEC-MC0300950 | | O'Rourke, Kevin | | Kaplan, Robert.; Riewe, Julia M. | Additional discussion to be included in draft Action Memorandum for HO-10076 discussing legal strategy and evidentiary issues. | | DP, AC, WP |
| 522 | | | 3/1/2007 Walker, Dick; Cutler, Steve | | | SEC Enforcement Division | New Division Policy on Confirmation of Wells Notices – Privileged & Confidential – updated March 1, 2007 | | DP, AC, WP |
| 525 | SEC-MC0301574 | SEC-MC0301574 | 8/16/2007 Friestad, Scott | | | Supervisor | Emails discussing issue raised by counsel for Cuban and potential impact on future litigation, attaching SEC-MC0301568-73 | | DP, WP |

AC = Attorney/Client Privilege, DP = Deliberative Process, LE = Law Enforcement Privilege, PA = Privacy Act Protection, WP = Work Product Protection

# Hard Copy Log

SEC v. Cuban 04-19-2010 Production – Hard Copy DP Privilege Log

| INDEX NUMBER | BEGPROD | ENDPROD | DATE | AUTHOR | RECIPIENT | CC: | DESCRIPTION OF DOCUMENT/REDACTION | PRIVILEGE | REDACTION |
|---|---|---|---|---|---|---|---|---|---|
| 2 | SEC-MC0200949 | SEC-MC0200984 | 2007.02.27 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M. | SEC Commissioners | | Action Memorandum requesting Commission to issue a formal order of investigation in HO-10576 with investigative counsel's analysis of relevant facts and legal issues | DP, AC, WP | |
| 3 | SEC-MC0201769 | SEC-MC0201774 | 2007.02.27 | Kaplan, R.B.; Friestad, S.W.; Chaudoin, D.T.; Riewe, J.M. | File | | Draft of the Action Memorandum for HO-10576 seeking formal order of private investigation containing analysis of evidence and law with handwritten notes of R.B. Kaplan reflecting strategy | DP, AC, WP | |
| 9 | SEC-MC0200442 | SEC-MC0200443 (duplicate at SEC-MC0200904-05) | 2007.03.12 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M.; Cullen, L. | Cullen, L. | | Draft Commission Order Directing Private Investigation and Designating Officers to Take Testimony for HO-10576 setting forth legal and factual basis for undertaking formal investigation with handwritten comments of Linda Cullen | DP, AC, WP | |
| 15 | SEC-MC0200430 | SEC-MC0200441 | 2007.06.28 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M. | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M. | | Draft Action Memorandum for HO-10576 requesting Commission decision and providing legal staff's analysis of the facts and law and requesting Commission action | DP, AC, WP | |
| 16 | SEC-MC0200882 | SEC-MC0200903 | 2007.06.28 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M. | Investigative Team | | Draft Action Memorandum for HO-10576 requesting Commission decision and providing legal staff's analysis of the facts and law | DP, AC, WP | |
| 21 | SEC-MC0200253 | SEC-MC0200257 (duplicates at SEC-MC0200258-62; SEC-MC0200263-67) | 2007.07.18 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M. | Thomsen, L.C. | | Memorandum discussing response to factual and legal arguments set forth in Wells submission in preparation for meeting with counsel for Mark Cuban in HO-10576 | DP, WP | |
| 22 | SEC-MC0200806 | SEC-MC0200810 | 2007.07.18 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M. | Thomsen, L.C. | | Memorandum summarizing Mark Cuban Wells submission and legal staff response to the legal and factual arguments set forth in the submission for meeting with counsel for Mark Cuban. [Duplicate of SEC-MC0100359 - SEC-MC0100363] | DP, WP | |

AC = Attorney/Client Privilege, DP = Deliberative Process, LE = Law Enforcement Privilege, PA = Privacy Act Protection, WP = Work Product Protection

SEC v. Cuban 04-19-2010 Production – Hard Copy DP Privilege Log

| INDEX NUMBER | BEGPROD | ENDPROD | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION OF DOCUMENT/REDACTION | PRIVILEGE | REDACTION |
|---|---|---|---|---|---|---|---|---|---|
| 23 | SEC-MC0200811 | SEC-MC0200815 | 2007.07.18 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M. | Thomsen, L.C. | | Memorandum summarizing Mark Cuban Wells submission and legal staff response to the legal and factual arguments set forth in the submission for meeting with counsel for Mark Cuban in HO-10576 [Duplicate of SEC-MC0100359-SEC-MC0100363] | DP, WP | |
| 24 | SEC-MC0200816 | SEC-MC0200820 | 2007.07.18 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M. | Thomsen, L.C. | | Memorandum summarizing Mark Cuban Wells submission and legal staff response to the legal and factual arguments set forth in the submission for meeting with counsel for Mark Cuban in HO-10576 [Duplicate of SEC-MC0100359-SEC-MC0100363] | DP, WP | |
| 25 | SEC-MC0200821 | SEC-MC0200825 | 2007.07.18 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M. | Thomsen, L.C. | | Memorandum summarizing Mark Cuban Wells submission and legal staff response to the legal and factual arguments set forth in the submission for meeting with counsel for Mark Cuban in HO-10576 [Duplicate of SEC-MC0100359-SEC-MC0100363] | DP, WP | |
| 27 | SEC-MC0201818 | SEC-MC0201823 | | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M. | Thomsen, L.C. | | Memorandum summarizing May 23, 2007 Wells Call in HO 10576 and investigative team's response with handwritten notes of S.W. Friestad reflecting meeting with Paul Coggins on July 19, 2007 | DP, WP | |
| 47 | SEC-MC0200416 | SEC-MC0200429 (duplicate at SEC-MC0200878-91) | 2007.10.15 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M.; O'Rourke, K.P. | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M. | | Handwritten comments and edits of S.W. Friestad on draft Action Memorandum for HO-10576 requesting Commission decision and providing legal staff's analysis of the facts and law | DP, AC, WP | |
| 48 | SEC-MC0201790 | SEC-MC0201803 | 2007.10.15 | Friestad, S.W. 10576 team | File and HO 10576 team | | Draft Action Memorandum for HO-10576 containing analysis of law and evidence with edits from S.W. Friestad | DP, AC, WP | |
| 49 | SEC-MC0200410 | SEC-MC0200415 (duplicate at SEC-MC0200872-77) | 2007.11.01 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M.; O'Rourke, K.P. | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M. | | Handwritten comments and edits of K.P. O'Rourke on draft Action Memorandum for HO-10576 requesting Commission decision and providing legal staff's analysis of the facts and law | DP, AC, WP | |

AC = Attorney/Client Privilege, DP = Deliberative Process, LE = Law Enforcement Privilege, PA = Privacy Act Protection, WP = Work Product Protection

SEC v. Cuban 04-19-2010 Production – Hard Copy DP Privilege Log

| INDEX NUMBER | BEGPROD | ENDPROD | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION OF DOCUMENT/REDACTION | PRIVILEGE | REDACTION |
|---|---|---|---|---|---|---|---|---|---|
| 50 | SEC-MC0201804 | SEC-MC0201817 | 2007.11.13 | HO-10576 Case Team | File and HO 10576 team | | Draft of Action Memorandum for HO-10576 containing analysis of the evidence and the law with handwritten edits of S.W. Friestad | DP, AC, WP | |
| 51 | SEC-MC0200394 | SEC-MC0200409 | 2007.11.21 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M.; O'Rourke, K.P. | Case Team | | Draft Action Memorandum for HO-10576 requesting Commission decision and providing legal staff's analysis of the facts and law with handwritten comments of S.W. Friestad and J.M. Riewe | DP, AC, WP | |
| 52 | SEC-MC0200858 | SEC-MC0200871 | 2007.11.21 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M.; O'Rourke, K.P. | Case Team | | Draft Action Memorandum for HO-10576 requesting Commission decision and providing legal staff's analysis of the facts and law with handwritten comments of S.W. Friestad | DP, AC, WP | |
| 53 | SEC-MC0201777 | SEC-MC0201789 | 2007.12.31 | Friestad, S.W. | File | | Handwritten notes of S.W. Friestad on Action Memorandum for HO-10576 reflecting his thoughts for discussion with the Commission. | DP, AC, WP | |
| 54 | SEC-MC0200242 | SEC-MC0200245 | 2008.01.00 | Riewe, J.M. | CaseTeam | | Outline of legal and factual issues to discuss with Commissioners' Legal Assistants on January 22, 2008 in HO-10576 with handwritten notes of J.M. Riewe | DP, AC, WP | |
| 55 | SEC-MC0200246 | SEC-MC0200249 | 2008.01.00 | Riewe, J.M. | CaseTeam | | Outline of legal and factual issues to discuss with Commissioners' Legal Assistants on January 22, 2008 in HO-10576 | DP, AC, WP | |
| 56 | SEC-MC0200796 | SEC-MC0200799 | 2008.01.00 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M.; O'Rourke, K.P. | Case Team | | Draft Talking Points for anticipated January 22, 2008 Meeting with Commissioners' Legal Assistant in HO-10576 setting forth counsels' analysis of the relevant facts and law with handwritten notes and edits of J.M. Riewe | DP, AC, WP | |
| 57 | SEC-MC0200800 | SEC-MC0200803 | 2008.01.00 | Riewe, J.M. | Case Team | | Draft Talking Points for anticipated January 22, 2008 Meeting with Commissioners' Legal Assistants in HO-10576 setting forth counsels' analysis of the relevant facts and law | DP, AC, WP | |
| 60 | SEC-MC0201784 | SEC-MC0201786 | 2008.01.00 | Kaplan, R.B. | File | | Draft of memorandum from Linda C. Thomsen to Christopher Cox outlining the chronology of the HO-10576 with handwritten edits of R.B. Kaplan | DP, AC, WP | |

AC = Attorney/Client Privilege, DP = Deliberative Process, LE = Law Enforcement Privilege, PA = Privacy Act Protection, WP = Work Product Protection

SEC v. Cuban 04-19-2010 Production – Hard Copy DP Privilege Log

| INDEX NUMBER | BEGPROD | ENDPROD | DATE | AUTHOR | RECIPIENT | CC: | DESCRIPTION OF DOCUMENT/REDACTION | PRIVILEGE | REDACTION |
|---|---|---|---|---|---|---|---|---|---|
| 63 | SEC-MC0201606 | SEC-MC0201608 | 2008.01.31 | Levine, R.; Pistow, L. | Case Team | | Memorandum prepared by counsel in the Office of General Counsel addressing issues to be considered by Commissioners in conjunction with Action Memorandum for HO-10576 | DP, AC, WP | |
| 65 | SEC-MC0201702 | SEC-MC0201706 | 2008.06.30 | Supervisors | SEC Manager | | Counsel's memorandum re: proposed employee action with respect to employee not involved in HO-10576, includes disciplinary action discussion against employee | DP, PA, WP | |
| 66 | SEC-MC0201707 | SEC-MC0201711 | 2008.07.01 | Supervisors | File | | Counsels draft memorandum re: employee action with respect to employee not involved in HO-10576, includes disciplinary action discussion against employee | DP, PA, WP | |
| 67 | SEC-MC0201712 | SEC-MC0201715 | 2008.10.00 | Supervisors | File | | Counsel's draft Letter of Suspension/Termination with respect to employee not involved in HO-10576, includes disciplinary action discussion against employee | DP, PA | |
| 69 | SEC-MC0200250 | SEC-MC0200252 | 2008.11.00 | Riewe, J.M. | Case Team | | Draft Talking Points for November 13, 2008 meeting with the Commissioners to discuss staff recommendation for HO-10576 | DP, AC, WP | |
| 71 | SEC-MC0201609 | SEC-MC0201612 | 2008.11.12 | Levine, R.; Pistow, L. | Commissioners and Staff; HO-10576 Case Team | | OFFICIAL COMMISSION RECORD HO-10576 – Memorandum prepared by counsel in the Office of General Counsel addressing issues to be considered by Commissioners in conjunction with Action Memorandum | DP, AC, WP | |
| 72 | SEC-MC0200305 | SEC-MC0200308 | 2008.11.13 | Levine, R.; Pisto, L. | Commissioners and Staff | | Memorandum prepared by attorneys in Commission's Office of General Counsel addressing legal and factual issues raised in Action Memo for HO-10576 with handwritten notes of J.M. Riewe | DP, AC, WP | |
| 73 | SEC-MC0200987 | SEC-MC0201602 | 2008.11.13 | Friestad, S.W.; Kaplan, R.B.; Chaudoin, D.T.; Riewe, J.M.; O'Rourke, K.P. | SEC Commissioners | | OFFICIAL COMMISSION RECORD HO-10576 – Action Memorandum requesting Commission to authorize filing a civil action in HO-10576 with investigative and litigation counsel's analysis of relevant facts and legal issues with Secretary's Notations of Agency Action taken on November 13, 2008 with Official Commission File, including Wells Submission of June 29, 2007, Wells Submission of September 21, 2007 (and exhibits thereto), R.C. Ferrara September 21, 2007 letter to S.W. Friestad (and exhibits attached thereto), and S.W. Friestad letter of September 24, 2007 to R. C. Ferrara. | DP, AC, WP | |

AC = Attorney/Client Privilege,   DP = Deliberative Process,   LE = Law Enforcement Privilege,   PA = Privacy Act Protection,   WP = Work Product Protection

SEC v. Cuban 04-19-2010 Production – Hard Copy DP Privilege Log

| INDEX NUMBER | BEGPROD | ENDPROD | DATE | AUTHOR | RECIPIENT | CC: | DESCRIPTION OF DOCUMENT/REDACTION | PRIVILEGE | REDACTION |
|---|---|---|---|---|---|---|---|---|---|
| 74 | | | 2008.11.13 | Commission Executive Session | Commissioners, Senior Staff, Members of Investigative team and Senior Enforcement Staff | | Tape recording of Closed Executive Meeting of Commissioners to consider Action Memorandum in HO-10576 requesting authorization to bring civil action against Mark Cuban for insider trading | DP, AC, WP | |
| 75 | SEC-MC0200985 | SEC-MC0200986 | 2008.11.13 | Taylor, J.L.; Kimps, M.M. | Official Commission Files | | Minutes of substantive discussion among Commissioners during Executive Session November 13, 2008 discussing whether to authorize filing a civil suit against Mark Cuban HO-10576 | DP, AC, WP | Yes |
| 76 | SEC-MC0201619 | SEC-MC0201697 | 2009.01.00 | Supervisor | Co-supervisors | | Attachments to draft proposed employee discipline regarding employee not involved in HO-10576, includes disciplinary action discussion against employee and discussions of Commission investigations, attached to SEC-MC0201613 | DP, PA, WP | |
| 77 | SEC-MC0201613 | SEC-MC0201618 | 2009.01.00 | Supervisor | Co-supervisors | | Draft memorandum regarding discipline of employee not involved in HO-10576 (with exhibits, some of which contain discussions of Commission investigations) | DP, PA, WP | |

AC = Attorney/Client Privilege, DP = Deliberative Process, LE = Law Enforcement Privilege, PA = Privacy Act Protection, WP = Work Product Protection

# Exhibit A-4

# SEC Privilege Log:

# Law Enforcement Privilege

# Electronic Log

SEC v. Cuban 04-19-2010 Production – Electronic Document LE Privilege Log

SEC Master Log with Index Numbers – All Privileges

| | | | | FROM | TO | CC/BCC | DESCRIPTION | PRIVILEGE | Redacted |
|---|---|---|---|---|---|---|---|---|---|
| 13 | SEC-MC0300945 | SEC-MC0300947 | 10/26/2006 | Turner, Alton O. | Zelnsky, Yuri; Brockmeyer, Mara | | Email forwarding re: failing to purchase of Mamma.com shares in HQ-09800 | LE, WP | |
| 22 | SEC-MC0301921 | SEC-MC0301922 | 12/13/2006 | Kaplan, Robert | Chaudoin, Daniel T.; Cella, Joseph J.; Riewe, Julie M.; Kelly, Anthony S. | Anonymous Emails | Name of anonymous tipper and intermediary redacted | LE, PA | Yes |
| 276 | SEC-MC0300854 | SEC-MC0300854 | 1/22/2008 | McGinley, Timothy N. | Zelnsky, Yuri; Turner, Alton O. | | Email forwarding draft response to inquiry from FINRA (SEC-MC0300851 – 853) for purposes of obtaining counsel's comments | LE, WP | |
| 381 | SEC-MC0302288 | SEC-MC0302294 | 4/7/2008 | Supervisor | Supervisor | Supervisor | Draft internal report from Supervisor to Employee of employee not involved in HQ-10576 investigation dated April 2009 regarding proposed employee action. Includes disciplinary action discussion against employee | LE, DP, PA | |
| 503 | SEC-MC0302256 | SEC-MC0302274 | 4/7/2008 | Supervisor | Supervisor | Supervisor | Compilation of Exhibits to the draft Office Memorandum from Supervisor to employee not involved in HQ-10576 investigation dated April 2009 regarding proposed employee action, which is being forwarded to Supervisor, includes disciplinary action discussion against employee | LE, DP, PA | |
| 510 | SEC-MC0300851 | SEC-MC0300853 | 1/22/2010 | McGinley, Timothy N. | Dietly, S. | Supervisor | Draft letter to counsel at FINRA responding to request for information relating to Copernic and discussing notice to Copernic cooling of HQ-09800 investigation, attached to SEC-MC0300854 | LE, AC, WP | |

AC = Attorney/Client Privilege, DP = Deliberative Process, LE = Law Enforcement Privilege, PA = Privacy Act Protection, WP = Work Product Protection

# Exhibit A-5

# SEC Privilege Log:

# Privacy Act

# Electronic Log

SEC v. Cuban 04-16-2010 Production — Electronic Document PA Privilege Log

SEC Master Log with Bates Numbers — All Privileges

| Number | Beginning Bates | Ending Bates | Date | From | To | Anonymous Emails | Description | Privilege | Redacted |
|---|---|---|---|---|---|---|---|---|---|
| 22 | SEC-MC0301921 | SEC-MC0301922 | 12/13/2006 | Kaplan, Robert | Chauolois, Daniel J.; Celia, Joseph J.; Rlewa, Julle M.; Kelly, Anthony S. | | Name of anonymous tipper and ... | PA, LE | Yes |
| 80 | SEC-MC0300587 | SEC-MC0300613 | 5/18/2007 | Balakocni, Deborah | Cox, Christopher | | Email discussing and forwarding email exchange between SEC personnel and third party for purpose of obtaining legal advice re: potential employee disciplinary action | PA, AC, DP | |
| 105 | SEC-MC0300566 | SEC-MC0300566 | 7/13/2007 | Uhlmann, Peter | Leach, Michael | Stachnik, Walter | Email forwarding email exchange between SEC employee and Mark Cuban for consideration by senior agency officials with attached records, includes discussion of disciplinary action against employee | PA, DP, WP | |
| 107 | SEC-MC0300567 | SEC-MC0300560 | 7/13/2007 | Uhlmann, Peter | Leach, Michael | Uhlmann, Peter; Leach, Michael; Stachnik, Walter | Email exchange between SEC personnel discussing discourse with M. Cuban, includes discussion of disciplinary action against employee, attaches to SEC-MC0302556. | PA, DP, WP | |
| 135 | SEC-MC0302218 | SEC-MC0302218 | 7/23/2007 | Supervisor | Supervisor | | Email discussion among supervisors regarding conduct of disciplined employee not involved in HO-10576 investigation, includes disciplinary action discussion against employee | PA | |
| 145 | SEC-MC0302623 | SEC-MC0302623 | 7/27/2007 | Supervisor | Supervisor | | Email discussion of ongoing agency response to actions of employee not involved in HO-10576 investigation, includes disciplinary action discussion against employee | PA, WP | |
| 155 | SEC-MC0302149 | SEC-MC0302150 | 8/4/2007 | Employee | Supervisor | | Email string regarding proposed employee action for employee not involved in HO-10576, includes disciplinary action discussion against employee | PA | |
| 156 | SEC-MC0302151 | SEC-MC0302152 | 8/4/2007 | Employee | Supervisor | | Email string regarding proposed employee action for employee not involved in HO-10576, includes disciplinary action discussion against employee | PA | |
| 159 | SEC-MC0302270 | SEC-MC0302263 | 8/7/2007 | Supervisor | Supervisors | | Draft memorandum from supervisor to employee not involved in HO-10576 investigation dated 8/7/2007 with attachments regarding proposed employee action, which includes disciplinary action discussion against employee | PA | |
| 169 | SEC-MC0302268 | SEC-MC0302268 | 8/28/2007 | Supervisor | Supervisor | | Cover email forwarding Memorandum from supervisor to employee not involved in HO-10576 investigation dated 8/28/2007 regarding proposed employee action, includes disciplinary action discussion against employee | PA | |
| 170 | SEC-MC0302140 | SEC-MC0302141 | 9/1/2007 | Employee | Supervisor | Employee's wife | Forwarding email containing personal information in response to personnel action, includes disciplinary action discussion against employee | PA | |
| 171 | SEC-MC0302142 | SEC-MC0302144 | 9/1/2007 | Norris, Jeffrey B. | Norris, Sherilee | Norris, Jeffrey B.; Norris, Sherilee | Email string discussing personal information, includes disciplinary action discussion against employee | PA | |
| 277 | SEC-MC0300114 | SEC-MC0300115 | 1/24/2008 | Rlewa, Julle | Kaplan, Robert | | Draft memorandum discussing HO-10576, including discussion of disciplinary action against employee, prepared for Linda Thomsen to provide to Chairman Cox. | PA, DP, WP | Yes |

AC = Attorney/Client Privilege, DP = Deliberative Process, LE = Law Enforcement Privilege, PA = Privacy Act Protection, WP = Work Product Protection

SEC v. Cuban 04-19-2010 Production – Electronic Document PA Privilege Log

| No. | Bates Begin / End | Date | From | To | CC / Others | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 281 | SEC-MC0300017  SEC-MC0300017 | 1/28/2008 | Friestad, Scott | Reed, Matthew P.; Kaplan, Robert; Riewe, Julie M. | | Notice from Office of Secretary pulling HO-10576 from Commission calendar for January 31, 2008, with cover note from S. Friestad, including discussion of disciplinary action against employee. | PA, DP, WP |
| 282 | SEC-MC0300085  SEC-MC0300085 | 1/28/2008 | Friestad, Scott | Thomsen, Linda; Ricciardi, Walter | | Email discussing and transmitting draft chronology of HO-10576 investigation, including discussion of disciplinary action against employee. | PA, DP, WP |
| 283 | SEC-MC0300086  SEC-MC0300086 | 1/28/2008 | Friestad, Scott | Kaplan, Robert | Thomsen, Linda; Ricciardi, Walter | Memorandum discussing chronology of Mavens.com investigation, including discussion of disciplinary action against employee, attached to SEC-MC0300086. | PA, DP, WP |
| 288 | SEC-MC0301184  SEC-MC0301166 | 1/29/2008 | | Kaplan, Robert | | Draft chronology of the HO-10576 investigation and attorney communications with Mark Cuban, including discussion of disciplinary action against employee, attached to SEC-MC0301185. | PA, DP, WP |
| 289 | SEC-MC0301168  SEC-MC0301171 | 1/29/2008 | Korotash, Stephen J. | Friestad, Scott | | Chronology of the HO-10576 investigation and attorney communications with Mark Cuban, including discussion of disciplinary action against employee, attached to SEC-MC0301167 | PA, DP, WP |
| 291 | SEC-MC0301565  SEC-MC0301565 | 1/29/2008 | Ricciardi, Walter | Kaplan, Robert | | Email string discussing draft chronology of HO-10576 investigation, including discussion of disciplinary action of employee not involved in HO-10576. | PA, DP, WP |
| 292 | SEC-MC0302423  SEC-MC0302423 | 1/29/2008 | Ricciardi, Walter | Gallagher, Jr., Daniel M. | Kaplan, Robert; Friestad, Scott; Thomsen, Linda | Email forwarding memorandum prepared for Director of Enforcement providing chronology of HO-10576 investigation and actions of attorney not involved in HO-10576 disciplinary action discussion against employee | PA, DP, WP |
| 293 | SEC-MC0302424  SEC-MC0302426 | 1/29/2008 | Ricciardi, Walter | Gallagher, Jr., Daniel M. | Kaplan, Robert; Friestad, Scott; Thomsen, Linda | Draft memorandum prepared for Director of Enforcement setting out chronology of HO-10576 investigation and actions of attorney not involved in HO-10576, including disciplinary action discussion against employee, attached to SEC-MC0302423. | PA, DP, WP |
| 294 | SEC-MC0302459  SEC-MC0302459 | 1/29/2008 | Friestad, Scott | Thomsen, Linda; Ricciardi, Walter | | Email forwarding draft memorandum prepared for Director of Enforcement providing chronology of HO-10576 investigation and actions of attorney not involved in HO-10576, includes disciplinary action discussion against employee, attached to SEC-MC0302459 | PA, DP, WP |
| 295 | SEC-MC0302460  SEC-MC0302462 | 1/29/2008 | Friestad, Scott | Thomsen, Linda; Ricciardi, Walter | | Draft memorandum prepared for Director of Enforcement to send to Chairman Cox providing chronology of HO-10576 investigations and actions of attorney not involved in HO-10576, includes disciplinary action discussion against employee, attached to SEC-MC0302459. | PA, DP, WP |
| 301 | SEC-MC0301163  SEC-MC0301163 | 1/30/2008 | Friestad, Scott | Korotash, Stephen J.; Thomsen, L.C.; Ricciardi, W. | | Emails forwarding draft chronology of the HO-10576 investigation, including discussion of disciplinary action against employee, on additional information to be provided | PA, DP, WP |

AC = Attorney/Client Privilege, DP = Deliberative Process, LE = Law Enforcement Privilege, PA = Privacy Act Protection, WP = Work Product Protection

SEC v. Cuban 04-16-2010 Production – Electronic Document PA Privilege Log

| No. | Bates Begin | Bates End | Date | Author | To/From | CC | Description | Privilege |
|---|---|---|---|---|---|---|---|---|
| 302 | SEC-MC0301182 | SEC-MC0301187 | 1/30/2008 | Korstam, Stephen J. | Friestad, Scott | | | Email transmitting revised draft chronology of the HO-10576 investigation and attorney communications with Mark Cuban, including discussion of disciplinary action against employee | PA, DP, WP |
| 306 | SEC-MC0300089 | SEC-MC0300089 | 1/31/2008 | Friestad, Scott | Thomsen, Linda ; Ricciardi, Walter | Kaplan, Robert | | Friestad, Scott; Kaplan, Robert; Ricciardi, Walter; Thomsen, Linda | Email discussing and transmitting revised draft chronology of HO-10576 investigation and potential disciplinary action against employee | PA, DP, WP |
| 316 | SEC-MC0301496 | SEC-MC0301496 | 1/31/2008 | Friestad, Scott | Kaplan, Robert | | Thomsen, Linda; Ricciardi, Walter | Email sting forwarding revised chronology of HO-10576 investigation and actions of employee not involved in HO-10576, including references to disciplinary action | PA, DP, WP |
| 317 | SEC-MC0301501 | SEC-MC0301501 | 1/31/2008 | Thomsen, Linda | Friestad, Scott | | Thomsen, Linda; Friestad, Scott; Ricciardi, Walter; Kaplan, Robert | Email sting attaching chronology of HO-10576 investigation, actions of employee not involved in that investigation, including discussion of disciplinary action against employee, and discussing timing of Commission consideration of Action Memorandum | PA, DP, WP |
| 318 | SEC-MC0301568 | SEC-MC0301568 | 1/31/2008 | Ricciardi, Walter | Friestad, Scott ; Thomsen, Linda | Kaplan, Robert | | Email sting discussing revised draft chronology of HO-10576 investigation and disciplinary action of staff attorney not involved in HO-10576 | PA, WP |
| 320 | SEC-MC0302463 | SEC-MC0302463 | 1/31/2008 | Friestad, Scott | Thomsen, Linda ; Ricciardi, Walter | Kaplan, Robert | | Email discussing and transmitting revised memorandum prepared for Director of Enforcement providing chronology of HO-10576 investigation and actions of attorney not involved in HO-10576 | PA, DP, WP |
| 321 | SEC-MC0302464 | SEC-MC0302467 | 1/31/2008 | Friestad, Scott | Thomsen, Linda ; Ricciardi, Walter | Kaplan, Robert | | Draft memorandum prepared for Director of Enforcement to send to Chairman Cox providing chronology of HO-10576 investigation and actions of attorney not involved in HO-10576, includes disciplinary action discussion against employee, attached to SEC-MC0302463 | PA, DP, WP |
| 335 | SEC-MC0302403 | SEC-MC0302403 | 2/4/2008 | Gallagher, Jr., Daniel M. | Uhlmann, Peter; Romero, Cheryl L. | | | Email forwarding memorandum prepared for Director of Enforcement providing chronology of HO-10576 investigation and actions of attorney not involved in HO-10576 | PA, DP, WP |
| 336 | SEC-MC0302404 | SEC-MC0302407 | 2/4/2008 | Gallagher, Jr., Daniel M. | Uhlmann, Peter; Romero, Cheryl L. | | | Memorandum prepared for Director of Enforcement setting out chronology of HO-10576 investigation and actions of employee not involved in HO-10576, includes disciplinary action discussion against employee, attached to SEC-MC0302403 | PA, DP, WP |
| 338 | SEC-MC0302409 | SEC-MC0302417 | 2/4/2008 | Thomsen, Linda | Gallagher, Jr., Daniel M. | | | Memorandum prepared for Director of Enforcement setting out chronology of HO-10576 investigation and actions of HO-10576 investigation and actions of attorney not involved in HO-10576, includes disciplinary action discussion against employee, attached to SEC-MC0302408 | PA, DP, WP |
| 339 | SEC-MC0302413 | SEC-MC0302413 | 2/4/2008 | Thomsen, Linda | Gallagher, Jr., Daniel M. | | Rieve, Julie; Kaplan, Robert; Friestad, Scott; Ricciardi, Walter | Email sting discussing and forwarding Memorandum prepared for Director of Enforcement setting out chronology of HO-10576 investigation and actions of attorney not involved in HO-10576, includes disciplinary action discussion against employee | PA, DP, WP |

AC = Attorney/Client Privilege, DP = Deliberative Process, LE = Law Enforcement Privilege, PA = Privacy Act Protection, WP = Work Product Protection

88

SEC v. Cuban 04-15-2010 Production – Electronic Document PA Privilege Log

| # | Bates Begin | Bates End | Date / Author | To | Other Email Party(ies) | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 340 | SEC-MC0302414 | SEC-MC0302417 | 2/4/2008 Thomsen, Linda | Gallagher, Jr., Daniel M. | Kaplan, Robert; Friestad, Scott; Ricciardi, Walter | Memorandum from Director of Enforcement setting out chronology of HO-10576 investigation and actions of attorney not involved in HO-10576 dated January 30, 2008. Includes disciplinary action discussion against employee, attached to SEC-MC0302413 | PA, DP, WP |
| 341 | SEC-MC0302418 | SEC-MC0302419 | 2/4/2008 Thomsen, L.C. | Friestad, S.W. | | Email string forwarding Memorandum from Director of Enforcement setting out chronology and actions of attorney not involved in HO-10576 | PA, DP, WP |
| 342 | SEC-MC0302419 | SEC-MC0302422 | 2/4/2008 Friestad, S.W. | Gallagher, D.M. | | Internal memorandum discussing the chronology of HO-10576, dated February 4, 2008 prepared by S. Friestad. Includes disciplinary action discussion against employee, attached to SEC-MC0302413 | PA, DP, WP |
| 347 | SEC-MC0300124 | SEC-MC0300127 | 2/6/2008 Kaplan, Robert | Reed, Matthew P. | | February 4, 2008 version of memorandum on chronology of HO-10576, including discussion of disciplinary action against employee not involved in HO-10576, prepared by S. Friestad for L. Thomsen, attached to SEC-MC0300123 | PA, WP |
| 381 | SEC-MC0300288 | SEC-MC0300294 | 4/7/2008 Supervisor | Supervisor | | Draft internal report from Supervisor to Employee of employee not involved in HO-10576 investigation dated April 2008 regarding proposed employee action, includes disciplinary action discussion against employee | PA, DP, LE |
| 420 | SEC-MC0301561 | SEC-MC0301562 | 5/16/2008 O'Rourke, Kevin | Adler, Mark A. | Supervisor; Edmunson, Kevin; Mejia, Lou; Romero, Rosa; Koresbash, Stephen | Email string on handling of litigation hold notice sent to employee, including discussion of disciplinary action against employee | PA, WP |
| 421 | SEC-MC0300284 | SEC-MC0300294 | 5/16/2008 Supervisor | Class counsel | | Email to counsel handling HO-10576 regarding conduct of employee not involved in HO-10576 investigation, includes disciplinary action discussion against employee | PA |
| 432 | SEC-MC0300220 | SEC-MC0300226 | 7/7/2008 Supervisor | Supervisors | | Internal report with attachments regarding conduct of employee not involved in HO-10576 investigation, includes disciplinary action discussion against employee | PA, WP |
| 433 | SEC-MC0300266 | SEC-MC0300266 | 7/7/2008 Supervisor | Supervisors | | Email regarding telephone conversation with trial counsel handling HO-10576 regarding conduct of employee not involved in HO-10576 investigation, includes disciplinary action discussion against employee | PA, WP |
| 434 | SEC-MC0302219 | SEC-MC0302219 | 7/9/2008 Supervisor | Senior Enforcement Officer | | Email attaching internal report dated 7/7/2008 regarding conduct of employee not involved in HO-10576 investigation, includes disciplinary action discussion against employee | PA |
| 435 | SEC-MC0301514 | SEC-MC0301514 | 7/17/2008 Supervisor | O'Rourke, Kevin | Employee Supervisors | Email string attaching memorandum describing handling of litigation hold notice sent to employee in Regional Office, including discussion of disciplinary action against employee | PA, WP |
| 436 | SEC-MC0301515 | SEC-MC0301560 | 7/17/2008 Supervisor | O'Rourke, Kevin | Employee Supervisors | Memorandum (with exhibits) describing handling of litigation hold notice for HO-10576 sent to employee, including discussion of disciplinary action against employee, attached to SEC-MC0301514 | PA, WP |

AC = Attorney/Client Privilege, DP = Deliberative Process, LE = Law Enforcement Privilege, PA = Privacy Act Protection, WP = Work Product Protection

SEC v. Cuban 04-19-2010 Production – Electronic Document PA Privilege Log

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 491 | SEC-MC0302511 | SEC-MC0302511 | 11/17/2009 | Nester, John J. | | | Callahan, Kevin J. | | Frestad, Scott; Kaplan, Robert; Rlews, Julie | Draft press statement prepared by J. Nester for responding to inquiries regarding actions of employee not involved in HO-10576 and Mark Cuban investigation. Includes disciplinary action discussion against employee, attached to SEC-MC0302508. | PA, DP, WP |
| 492 | SEC-MC0302581 | SEC-MC0302583 | 11/21/2008 | Thomsen, Linda | | | Enforcement Division nation-wide | | Thomsen, Linda; Staff in SEC Enforcement Division | Redacting information and internal discussion of SEC cases not responsive to pending discovery. | PA, DP, WP |
| 503 | SEC-MC0302585 | SEC-MC0302574 | 4/7/2008 | Supervisor | | | Supervisor | | Supervisor | Compilation of Exhibits to the draft Office Memorandum from Supervisor to employee not involved in HO-10576 investigation dated April 2009 regarding proposed employee action, which is being forwarded to Supervisor. Includes disciplinary action discussion against employee. | PA, DP, LE |
| 509 | SEC-MC0302209 | SEC-MC0302216 | 10/6/2008 | Norris, J. | | | Humes, Richard M.; Stillman, Jacob H. | | Konotaik, Stephen J.; Tyler, N. Ellen | Email from former SEC employee to SEC Solicitor and Associate General Counsel providing information with respect to communication with Mark Cuban, with reference disciplinary action. | PA | Yes |

AC = Attorney/Client Privilege,  DP = Deliberative Process,  LE = Law Enforcement Privilege,  PA = Privacy Act Protection,  WP = Work Product Protection

90

# Hard Copy Log

SEC v. Cuban 04-19-2010 Production – Hard Copy PA Privilege Log

| INDEX NUMBER | BEGPROD | ENDPROD | DATE | AUTHOR | RECIPIENT | CC: | DESCRIPTION OF DOCUMENT/REDACTION | PRIVILEGE | REDACTION |
|---|---|---|---|---|---|---|---|---|---|
| 35 | SEC-MC0200366 | SEC-MC0200371 | 2007.08.22 | Friestad, S.W. | Ruiz, D.T. | | Passport and frequent flier numbers protected by Privacy Act; Identity of interviewees in HO-10576 protected by work product | PA, WP | Yes |
| 64 | SEC-MC0201698 | SEC-MC0201701 | 2008.06.18 | OIG Attorney | Supervisor | | Draft memorandum regarding discipline of employee not involved in HO-10576, with handwritten notes | PA | |
| 65 | SEC-MC0201702 | SEC-MC0201706 | 2008.06.30 | Supervisors | SEC Manager | | Counsel's memorandum re: proposed employee action with respect to employee not involved in HO-10576, includes disciplinary action discussion against employee | PA, DP, WP | |
| 66 | SEC-MC0201707 | SEC-MC0201711 | 2008.07.01 | Supervisors | File | | Counsel's draft memorandum re: employee action with respect to employee not involved in HO-10576, includes disciplinary action discussion against employee | PA, DP, WP | |
| 67 | SEC-MC0201712 | SEC-MC0201715 | 2008.10.00 | Supervisors | File | | Counsel's draft Letter of Suspension/Termination with respect to employee not involved in HO-10576, includes disciplinary action discussion against employee | PA, DP | |
| 76 | SEC-MC0201619 | SEC-MC0201697 | 2009.01.00 | Supervisor | Co-supervisors | | Attachments to draft proposed employee discipline regarding employee not involved in HO-10576, includes disciplinary action discussion against employee and discussions of Commission investigations, attached to SEC-MC0201613 | PA, DP, WP | |
| 77 | SEC-MC0201613 | SEC-MC0201618 | 2009.01.00 | Supervisor | Co-supervisors | | Draft memorandum regarding discipline of employee not involved in HO-10576 (with exhibits, some of which contain discussions of Commission investigations) | PA, DP, WP | |

AC = Attorney/Client Privilege.  DP = Deliberative Process.  LE = Law Enforcement Privilege.  PA = Privacy Act Protection.  WP = Work Product Protection

92

# Exhibit A-6

# Privilege Log:

# SEC Glossary of Names

| Mark Cuban EAJA Privilege Log - Glossary of Names | |
|---|---|
| **Name** | **Position** |
| Aderton, Adam | Staff Attorney, Division of Enforcement |
| Adler, Mark | Deputy Chief Litigation Counsel, Division of Enforcement |
| Aguilar, Luis | SEC Commissioner |
| Akins, Carline M. | Writer-Editor, Office of Public Affairs |
| Arevalo, Alberto | Assistant Director/Attorney, Office of Assistant Director, Enforcement - Office of International Affairs |
| Balducchi, Deborah K. | EEO Director, Office of Equal Employment Opportunity |
| Beatty, John T. | Staff Attorney, Office of International Affairs |
| Bondi, Bradley J. | Legal Assistant/Counsel to Commissioner Paredes |
| Brennan, Blaise F. | Legal Assistant/Counsel to Commissioner Aguilar |
| Bresnan, Peter H. | Deputy Director/Attorney, Division of Enforcement |
| Broadbent, Christian | Legal Assistant/Counsel to Commissioner Walter |
| Brockmeyer, Kara N. | Assistant Director/Attorney, Division of Enforcement |
| Buford, Charlotte L. | Assistant Chief Counsel, Office of Chief Counsel, Division of Enforcement |
| Burns, James R. | Legal Assistant/Counsel to Commissioner Casey |
| Calande, Pauline | Counsel to the Director and Deputy Directors, Division of Enforcement |
| Callahan, Kevin J. | Media Advisor, Office of Public Affairs |
| Cartwright, Brian G. | Office of General Counsel |
| Casey, Kathleen L. | SEC Commissioner |
| Chaudoin, Daniel T. | Assistant Director/Attorney, Division of Enforcement |
| Chion, Antonia | Associate Director/Attorney, Division of Enforcement |
| Christ, Mary | Division of Trading and Markets |
| Clarkson, James A. | Regional Officer Director, Division of Enforcement |
| Coe, Michael | Legal Assistant/Counsel to Commissioner Aguilar |
| Cohen, Alexander F. | Office of Chairman Cox |
| Cohen, Stephen | Legal Assistant/Senior Advisor to the Chairman |
| Cox, Christopher | Chairman |
| Curtis, George | Deputy Director, Division of Enforcement |
| Daigler, Matthew A. | Division of Trading and Markets |
| Daly, Justin D. | Legal Assistant/Counsel to Commissioner Casey |
| Davis, Bettie | Confidential Assistant to Commissioner Casey |
| Day, Carnice | Division of Enforcement |
| Delfin, Ricardo | Legal Assistant/Special Counsel to the Chairman |
| DeVine, Stephen W. | Legal Assistant/Senior Advisor to the Chairman |
| Dimitrious, David R. | Office of Chairman Cox |
| Doty, Nancy | Assistant Chief Counsel, Division of Enforcement |
| Eastman, James L. | Associate Director/Chief Counsel, Division of Trading and Markets |
| Edgar, David | Staff Accountant, Division of Corporation Finance |
| Edmundson, James K. | Assistant Regional Director, Division of Enforcement (Ft. Worth Regional Office) |
| Faragasso, Gregory G. | Assistant Director, Division of Enforcement |
| Freeman, Sharon K. | Office of the Chairman/Commissioners |
| Friestad, Scott W. | Associate Director, Division of Enforcement |
| Frohlich, David | Assistant Director, Division of Enforcement |
| Gallagher, Dan Jr. | Office of Chairman Cox |

94

| Mark Cuban EAJA Privilege Log - Glossary of Names | |
|---|---|
| **Name** | **Position** |
| Gallagher, Mary K. | Confidential Assistant to Commissioner Walter |
| Galloway, Toby M. | Trial Counsel, Division of Enforcement (Ft. Worth Regional Office) |
| Gillette, Veronica L. | Administrative Contact, Office of the Secretary |
| Griffin, Alvonya | Office of the Secretary |
| Halloran, Michael J. | Deputy Chief of Staff/Counselor to Chairman Cox |
| Harley, Paul | Chief Accountant, Office of Chief Accountant, Division of Enforcement |
| Harmon, Florence E. | Deputy Secretary, Office of the Secretary |
| Heine, John D. | Deputy Director, Office of Public Affairs |
| Hotmire, Erik J. | Staff Attorney, Division of Enforcement; Senior Advisor/Attorney, Office of Public Affairs |
| Hsu, David | Office of the Chairman/Commissioners |
| Humes, Richard A. | Associate General Counsel for Litigation and Administrative Practice, Office of General Counsel |
| Jessen, Dawn | Legal Assistant/Counsel to Commissioner Paredes |
| Johnson, Brian | Program Manager |
| Jones, C. Hunter | Assistant Director, Office of Regulatory Policy Division of Investment Management |
| Jones, Clivette T. | Program Analyst, Office of Assistant Director, Enforcement - Office of International Affairs |
| Kaplan, Robert B. | Assistant Director/Attorney, Division of Enforcement |
| Kaput, Jim L. | Office of the Chairman/Commissioners |
| Kelley, Anne-Marie | Legislative Specialist, Office of Legislative and Intergovernmental Affairs |
| Kimpel, Scott H. | Legal Assistant/Counsel to Commissioner Paredes |
| Koch, Alexander M. | Branch Chief/Attorney, Division of Enforcement |
| Konick, Jule | Confidential Assistant to Commissioner Paredes |
| Korotash, Stephen J. | Associate Regional Director/Attorney, Office of Associate Regional Director, Division of Enforcement (Ft. Worth Regional Office) |
| Kosterlitz, Mary | Office Chief, Office of Enforcement Liaison, Division of Corporation Finance |
| Levine, Richard M. | Associate of General Counsel for Enforcement Matters, Office of General Counsel |
| Loesch, Michael L. | Legal Assistant/Counsel to Chairman Cox |
| May Zachary | Legal Assistant/Counsel to Commissioner Aguilar |
| McCants, Shirlie | Research Assistant, Office of Chief Counsel, Division of Enforcement |
| McGarey, Timothy | Special Trial Counsel, Office of General Counsel |
| McHugh, Jennifer B. | Legal Assistant/Senior Advisor to the Chairman |
| McKown, Joan E. | Chief Counsel, Office of Chief Counsel, Division of Enforcement |
| Medina, Frank | Office of International Affairs |
| Mejia, Lou R. | Chief Litigation Counsel, Division of Enforcement |
| Mills, Barbara | Administrative Contact, Office of Human Resources; Secretary to Halloran, Michael J. |
| Murphy, Elizabeth | Secretary, Office of the Secretary |
| Nagesh, Ammani V. | Confidential Assistant to the Chairman |

| Mark Cuban EAJA Privilege Log - Glossary of Names | |
|---|---|
| **Name** | **Position** |
| Nester, John J. | Director, Office of Public Affairs |
| Norman, Donna K. | Counsel to the Director and Deputy Directors, Division of Enforcement |
| Norris, Jeffrey | Senior Trial Counsel, Division of Enforcement (Ft. Worth Regional Office) |
| Olson, Marianne B. | Office of International Affairs; Division of Enforcement |
| Pare, Candyce D. | Secretary, Division of Enforcement |
| Paredes, Troy A. | SEC Commissioner |
| Peterson, Jil M. | Assistant Secretary, Office of the Secretary |
| Pisto, Lawrence | Staff Attorney, Division of Enforcement |
| Post, Michael L. | Senior Litigation Counsel, Office of General Counsel |
| Ramarathnam, Smeeta | Legal Assistant/Counsel to Commissioner Aguilar |
| Reed, Matthew P. | Accountant, Division of Enforcement |
| Ricciardi, Walter | Deputy Director, Division of Enforcement |
| Riewe, Julie R. | Staff Attorney.Branch Chief, Division of Enforcement |
| Rodriguez, Hoang Mai (Cyndi) | Legal Assistant/Counsel to Commissioner Walter |
| Romero, Rose | Regional Director, Division of Enforcement (Ft. Worth Regional Office) |
| Ruiz, Diego T. | Executive Director, Office of the Executive Director |
| Schulz, William T. | Legislative Specialist, Office of Legislative and Intergovernmental Affairs; Office of International Affairs |
| Sheppard, Lesli | Legal Assistant/Counsel to Commissioner Walter |
| Shute, Brian | Accountant, Office of the Chief Accountant, Division of Enforcement |
| Sporkin, Thomas A. | Deputy Chief, Office of Internet Enforcement, Division of Enforcement |
| Stachnik, Walter J. | Inspector General |
| Strada, Matthew | Legal Assistant/Counsel to the Chairman |
| Thomsen, Linda A. | Director of Enforcement/Attorney, Division of Enforcement |
| Turner, Alton | Staff Attorney, Division of Enforcement |
| Uhlmann, Peter M. | Chief of Staff, Office of Chairman Cox |
| Ungar, Michael A. | Branch Chief/Attorney, Division of Enforcement |
| Uyeda, Mark T. | Assistant Director/Attorney, Office of Disclosure Regulation, Division of Investment Management |
| Vaughan, Linda | Administrative Contact/IT Specialist, Office of the Chairman |
| Vollmer, Andrew | Deputy General Counsel |
| Walter, Ellise | SEC Commissioner |
| Weinstein, Andrew | Office of Chairman Cox |
| Wheat, John M. (Marc) | Legal Assistant/Counsel to Commissioner Casey |
| Wilkinson, Paul | Legal Assistant/Senior Advisor to the Chairman |
| Williams, Ida M. | Records Custodian (Sunshine Act), Office of the Secretary |
| Workie, Haimera | Legal Assistant/Counsel to the Chairman |
| Zelinsky, Yuri B. | Assistant Director/Attorney, Division of Enforcement |

# Exhibit B-1

## SEC Declaration:

## Declaration of Elizabeth Murphy

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 3-08-CV-2050-D (SAF) |
| MARK CUBAN, | : |
| Defendant, | : |

## DECLARATION OF ELIZABETH MURPHY

I, Elizabeth Murphy, declare under penalty of perjury, in accordance with 28 U.S.C. §1746, that:

1. I am Secretary of the United States Securities and Exchange Commission ("Commission").

2. On March 12, 2007, the Commission entered a formal order directing the staff to commence a formal investigation of potential insider trading by Mark Cuban in  In the Matter of Mamma.com Transactions Trading in the Securities of Such Issuers, HO-10576.  On November 13, 2008, in connection with Mamma.com investigation, the Commission authorized the staff to commence a civil injunction action in federal district court against Mark Cuban.

3. On March 9, 2010, the Commission, through its General Counsel, to whom it has delegated the authority, and who after giving personal consideration to the matter, determined, on

behalf of the Commission, to assert a claim of governmental deliberative process privilege over

the following categories of documents in the Commission's files relating to the investigation:

- Drafts and final versions of Action Memoranda containing recommendations to the Commission;
- Draft formal orders prepared for Commission consideration;
- Drafts and final versions of memoranda prepared by the Office of General Counsel for consideration by the Commission;
- The official Commission record of Commission deliberations and decision-making on staff recommendations, including tape recordings of Executive Session meetings of the Commission and the Minutes of those meetings;
- Emails, notes, memoranda, or other records reflecting the thoughts, opinions, evaluations, legal analysis, discussions and/or deliberations among Commission staff in preparing recommendations for consideration by the Commission or by Commissioners or Commission senior officers acting on behalf of the Commission;
- Emails, notes, memoranda, or other records reflecting the thoughts, opinions, evaluations, legal analysis, discussions and/or deliberations among Commission staff recommending disciplinary action against Commission employees;
- Periodic reports prepared for senior officers, identifying legal and evidentiary issues and strategy recommendations with respect to investigations under their supervision as part of ongoing internal deliberations about the handling of specific matters, the progress of enforcement initiatives, and/or the development of Commission priorities.
- Drafts reflecting internal deliberations of Commission staff on Commission public statements, such as press and litigation releases;

4.   The deliberative process privilege is being asserted as to the categories of documents

listed above because they contain intra-agency communications, including advice, evaluations,

opinions, and recommendations of the legal staff of the Commission which pre-date

determinations of the Commission and its staff regarding the investigation and proposed civil

enforcement of Mark Cuban's sale of Mamma.com stock.

5.   The Commission is of the opinion that the production of the deliberative process

materials would have an inhibiting effect upon the fullness and frankness of written expression

among the Commission and its staff members and thus would have a detrimental effect on the

Commission's decision-making processes.

2

99

6.   On March 9, 2010, the Commission, through its General Counsel, to whom it has

delegated the authority, and who after giving personal consideration to the matter, determined, on

behalf of the Commission, to assert a claim of law enforcement over the following categories of

documents in the Commission's files relating to the investigation:

- Information which would disclose the identity of third-parties who have provided
  information to the Commission about suspected violations of the securities laws or
  other matters within the Commission's regulatory jurisdiction;
- Inter-agency communications with other regulatory bodies relating to ongoing
  investigations;
- Reports by Commission staff relating to investigations not relevant to the
  Commission's insider trading action against Mark Cuban

7.   The law enforcement privilege is being asserted as to these documents because they

contain law enforcement investigatory materials, identify investigatory techniques, and sources,

the production of which could impair the Commission's enforcement efforts in ongoing or future

matters by revealing, among other things, evidence that the staff has obtained or is seeking,

issues and matters that the staff considers important, the Commission's strategy for

investigations and possible litigation.

I declare under penalty of perjury under laws of the United States of America that the foregoing
statements are true to the best of my knowledge.

Executed this _19th_ day of April, 2010 at Washington, D.C.

Elizabeth Murphy
Secretary of the U.S. Securities and
Exchange Commission

3

100

# Exhibit B-2

# SEC Declaration:

# Declaration of Robert B. Kaplan

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Civil Action No.: 3-08-CV-2050-D (SAF) |
| MARK CUBAN, | : |
| | : |
| Defendant. | : |

## DECLARATION OF ROBERT B. KAPLAN

I, Robert B. Kaplan, hereby declare, under penalty of perjury, in accordance with 28 U.S.C. 1746, as follows:

1. I am over 18 years of age and am currently employed as the Co-Chief of the Division of Enforcement's Asset Management Unit at the Securities and Exchange Commission ("Commission"), 100 F. Street, N.E., Washington, D.C. I have been employed by the Commission for 14 years. I am an attorney admitted to practice law in the State of New York as well as a number of federal courts.

2. During the time period relevant to this case, I was an Assistant Director in the Division of Enforcement and, among other things, was responsible for supervising the HO-10576 investigation from its initiation in early December 2006 through the filing of this action in federal court. I make the following statements based upon my personal knowledge and

1

upon information made available to me in my official capacity at the Commission and about which I have become knowledgeable. I make this declaration in support of the Commission's Opposition to Mark Cuban's Motion to Compel.

3. I have reviewed Exhibit A attached to the SEC's April 19, 2010 Memorandum in Opposition to Mark Cuban's Motion to Compel. I have reviewed the privilege log entries and the associated documents which are referenced in this declaration. To assist the Court in evaluating the SEC's claims of deliberative process and law enforcement privilege, I have identified below log entries which are examples of the types of documents which are subject to this declaration. My failure to identify any particular log entry or document should not be treated as a waiver of any privilege claim.

4. In early December 2006, in the process of conducting an investigation, a staff attorney in the Division of Enforcement within my group discovered a document questioning whether Mark Cuban had violated the securities laws by selling his shares of Mamma.com just before it announced its PIPE offering in June 2004. That staff attorney notified me of her discovery and we initiated an informal investigation, HO-10576.

5. In early 2007, based on testimony and evidence gathered, staff working on the HO-10576 investigation began working on an Action Memorandum ("First Action Memorandum"). This First Action Memorandum contains Enforcement staff's analysis of the evidence and legal issues to support its recommendation that the Commission issue a formal order of investigation. Drafts of the First Action Memorandum and the proposed formal order were shared and discussed among members of the HO-10576 investigation team. *See,*

2

*e.g.,* Electronic Privilege Log Items 25-27, 29, 44-45. These documents reflect the internal give-and-take discussions and deliberations among Enforcement staff in preparing a recommendation for Commission decision.

6. The First Action Memorandum was shared with counsel in the SEC's Office of General Counsel (who serve as counsel to the Commission) in draft form for the purpose of obtaining their comments and advice on the Enforcement staff's analysis of the facts and law. *See, e.g.,* Electronic Privilege Log Items 37-38, 40, 48-49. As reflected in the log, counsel in the Office of General Counsel provided their perspective on the issues presented which were in turn considered by Enforcement staff and incorporated into the final First Action Memorandum.

7. The Commission met in Executive Session on March 12, 2007, considered the staff recommendation, and issued a formal order of investigation in HO-10576.

8. In May 2007, my supervisor, Scott Friestad, communicated with Peter Bresnan, Deputy Director of the Division of Enforcement, and Linda Thomsen, Director of the Division of Enforcement, to obtain approval for making a Wells call to Mark Cuban. *See* Electronic Log Items 95-97.

9. In July 2007, the HO-10576 team prepared memoranda to advise the Director of the Division of Enforcement on the evidence and obtained the legal and factual issues raised by Mark Cuban's Wells submission. *See, e.g.,* Hard Copy Log Items 21-22. Our purpose was to inform the Director of Enforcement about the legal and factual issues in the investigation so that the Director could make the decision whether to support a

3

recommendation to the Commission to authorize the filing of a civil action against Mark Cuban.

10. In the early summer of 2007, Enforcement staff began drafting an Action Memorandum ("Second Action Memorandum") recommending that the Commission authorize the filing of an insider trading action against Mark Cuban. *See, e.g,* Hard Copy Log Item 15. Work on the Second Action Memorandum proceeded sporadically as the investigation continued. *See, e.g.,* Electronic Log items 151, 152; Hard Copy Log Items 47, 49, 51. The privilege log identifies numerous drafts and emails among the Enforcement staff on HO-10576 between August and the end of December 2007 which reflect active deliberation, evaluations of the law and evidence, the perspectives of members of the team on various issues raised in the investigation as well as overall strategic considerations. In both drafts of and in the final Second Action Memorandum, the HO-10576 team presented their views on the relevant facts, evidence and legal issues to the Commission to assist it in making a decision with respect to Enforcement staff's recommendation.

11. On December 31, 2007, the Enforcement staff forwarded the Second Action Memorandum to the Commissioners, their staff, certain senior Enforcement officers and to the Office of General Counsel for consideration. *See, e.g.,* Electronic Log Items 267, 442-43. Attorneys in the Commission's Office of General Counsel have responsibility for providing their independent advice to the Commissioners on action memoranda recommending Commission actions.

12. On September 21, 2007, in conjunction with Cuban's second Wells submission, Cuban's

4

counsel sent a letter to Scott Friestad, Associate Director of the Division of Enforcement, alleging that an SEC employee "subjected Mr. Cuban to a series of astonishing and threatening emails, some of which also appear to have been shared with Chairman Cox." Scott Friestad promptly informed Cuban's counsel by letter that the referenced individual had played no role whatsoever in the HO-10576 investigation. Because the referenced individual had forwarded some of his email correspondence with Mark Cuban to Chairman Cox, I assisted Linda Thomsen, Director of the Division of Enforcement, in preparing a chronology of the HO-10576 investigation and the communications between the referenced individual and Mark Cuban. *See, e.g.,* Electronic Log Items 277, 281-285, 291. Drafts were provided to senior Enforcement officers for their consideration and input. The final memorandum was provided to Chairman Cox and his staff in late January and early February 2008. *See, e.g.,* Electronic Log Items 292-293. In early February, I forwarded a version of the memorandum to Matthew Reed, counsel for Commissioner Casey. *See* Electronic Log Items 346-47. I am aware that staff within the Office of the Chairman deliberated concerning the referenced employee's actions. *See, e.g.* Electronic Log Items 335-336.

13. Subsequent to receiving this memorandum, Chairman Cox recused himself from Commission deliberations with respect to the December 31, 2007 Second Action Memorandum recommending that the Commission authorize filing a civil action for insider trading against Mark Cuban.

14. In anticipation of a Commission decision on the December 31, 2007 Action

5

Memorandum, the HO-10576 staff began drafting a proposed litigation release and press release to be issued by the Commission if and when it authorized filing an action against Mark Cuban.  *See, e.g.* Electronic Log Items 271-72, 370-71. For instance, the draft press release was discussed with and revised by senior officers and the Director of the Office of Public Affairs in preparation of the Commission's official public statement on its decision to bring this action.  *See, e.g.* Electronic Log Items 486-487, 489-493.

15.  Prior to the Executive Session Commission meeting, the Commissioners and their legal staff were provided a copy of the Second Action Memorandum, both Wells submissions made on behalf of Mark Cuban, and other materials to assist them in their deliberations.  *See, e.g.,* Hard Copy Log Items 72-73.

16. In preparation for the Executive Session Commission meeting to discuss the Second Action memorandum with the four remaining Commissioners, members of the HO-10576 team prepared to present our recommendation to the Commissioners and respond to any questions posed by the Commissioners.  *See, e.g.,* Electronic Log Items 452-456, 459, 471-473 and Hard Copy Log Items 68-69.

17. On November 13, 2008, four Commissioners, the Enforcement staff working on HO-10576, representatives from the Office of General Counsel, certain senior Commission officers, and a limited number of other necessary staff met in Executive Session to address the staff's recommendation to bring an insider trading case against Mark Cuban. During that Executive Session, Enforcement staff and the Commissioners discussed legal, factual and other issues related to the staff's recommendation.  I was present and

6

participated in deliberations, which are captured in the tape recording and minutes of that session. *See*, Hard Copy Log Items 74-75

18. The documents relating to the HO-10576 investigation – whether covered by the attorney-client privilege, work product protection, deliberative process privilege, or any other privilege or protection -- were treated confidentially within the agency. Our approach was to limit distribution of documents relating to the HO-10576 investigation to:

- the Enforcement team,

- their supervisors,

- other staff who assisted in facilitating the investigation,

- staff who participated in the review of recommendations submitted to the Commission, including individuals in the Office of General Counsel responsible for providing legal advice to the Commissioners, other SEC staff who assist the Commissioners, and the Commissioners' own staff, and

- the Commissioners.

19. In order to prevent any inadvertent pre-decisional disclosure of the HO-10576 investigation and protect Mark Cuban from unwonted adverse publicity, the Commission considered both the First and Second Action Memoranda in Executive Session instead of the typical Closed Commission meeting which all SEC staff may attend. An Executive Session is generally restricted to only those Commission personnel with a legitimate need to know about the matters being deliberated and decided by the Commission.

20. With respect to the December 31, 2007 Second Action Memorandum, the pre-decisional

7

deliberative process did not conclude until the end of the November 13, 2008 Executive

Session, at which time the four participating Commissioners unanimously decided to

authorize the filing of a civil action against Mark Cuban for insider trading.

21. During the relevant time period in the Division of Enforcement, branch chiefs, Assistant

Directors and Associate Directors were required to prepare periodic reports to their

supervisors discussing the ongoing investigations under their supervision and identifying

legal and evidentiary issues and strategy recommendations with respect to those

investigations. For example, Electronic Log Item 236 is a memorandum from my

supervisor, Associate Director, Scott Friestad, to the Director of the Division and her staff

reporting on pending investigations.  These memoranda contain the thoughts,

impressions, evaluations, and strategic considerations of Enforcement attorneys and are

part of our ongoing internal deliberations used to assist senior officers in making

decisions on the handling of specific matters, evaluating the progress of enforcement

initiatives, and the development of Commission priorities.

22. I have reviewed Electronic Privilege Log Item 22, which is an email forwarded to

Enforcement relating a tip received from a third party source.  *See* Exhibit A-4.  Only the

identity of the tipper and transmitting parties have been redacted.  As the document itself

shows, the tip was not related to the ongoing HO-10576 investigation and therefore

disclosure of the identity of the tipper and transmitting parties serves no useful purpose in

this litigation.  The disclosure of the identity of those providing tips on possible securities

violations would harm the public interest by making persons with information of potential

8

securities violations unwilling to provide information to SEC.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief.

Executed on April 19, 2010.

Robert B. Kaplan
Co-Chief , Asset Management Unit
Division of Enforcement
Securities and Exchange Commission

9

110

# Exhibit B-3

# SEC Declaration:

# Declaration of Yuri B. Zelinsky

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| | : |
| v. | :    Civil Action No.: 3-08-CV-2050-D (SAF) |
| MARK CUBAN, | : |
| Defendant. | : |
| | : |

## DECLARATION OF YURI B. ZELINSKY

I, Yuri B. Zelinsky, hereby declare, under penalty of perjury, in accordance with 28 U.S.C. § 1746, as follows:

1. I am currently an Assistant Director in the Division of Enforcement at the Securities and Exchange Commission ("Commission"), 100 F Street, N.E., Washington, D.C. I am admitted to practice before the Court of Appeals of Maryland.

2. I served as an Assistant Director during the time period relevant to this case. Among other things, I was responsible for supervising the HO-09900 investigation from its initiation in March 2004. I make the following statements based upon my personal knowledge and upon information made available to me in my official capacity at the Commission and about which I have become knowledgeable. I make this declaration in support of the Commission's Opposition to Mark Cuban's Motion to Compel.

1

3.  I have reviewed the privilege log entries listed on Exhibit A attached to the Commission's April 19, 2010 Memorandum in Opposition to Mark Cuban's Motion to Compel that are cited herein.  I am familiar with the documents that they describe and the events that they reflect.

4.  HO-09900 was opened in March 2004 to determine whether the dramatic price and volume spikes in Mamma.com's stock following the issuance of a March 1, 2004 press release were the result of market manipulation, and whether the March 1 press release contained false and misleading financial information.  Ultimately, a decision was made not to recommend an enforcement action after the investigation did not find sufficient evidence of such manipulation or of Mamma.com having misrepresented its fiscal 2003 financial results in the March 1, 2004 press release or in its filings with the Commission.  By October 17, 2006, the Enforcement staff assigned to HO-09900 stated that they were "plan[ning] on closing the matter."  See SEC MC-0300136-40.  The final decision not to recommend any enforcement action arising out of HO-09900 was made by Antonia Chion (Associate Director, Division of Enforcement) in late August-early September 2007.  Counsel for Mamma.com was informed of this decision in a letter dated September 19, 2007.

5.  Two of the documents listed on Exhibit A (SEC-MC0300654 and SEC-MC0300651-653) are documents that relate to an Information Request received by the Commission on November 1, 2007 from the Market Regulation Department of FINRA (the Financial Industry Regulatory Authority).  The request sought information from the Commission regarding contacts between Commission staff members and Copernic, Inc. (or its representatives)

2

between July 2, 2007 and September 25, 2007.  I was provided a copy of this letter by

Timothy McGarey, an attorney in the Commission's Office of General Counsel.  At his

request, I reviewed my files in order to assist his preparation of a timeline to be provided to

FINRA in response to the information request.  I was assisted in this by Alton Turner, an

attorney in the Division of Enforcement who was assigned to the HO-09900 matter.  SEC-

MC0300654 is a January 22, 2008 email forwarded to me by Mr. McGarey in which he

requests that I review a draft of a letter that the Office of General Counsel intended to

forward to FINRA in response to the information request.  I have been advised by attorneys

within the Office of General Counsel who oversaw the retrieval of these documents that

SEC-MC0300651-653, a draft response letter from Mr. McGarey to FINRA, was the version

of that draft response letter that was attached to SEC-MC0300654, Mr. McGarey's email to

me.  This draft response letter reflects the timeline Mr. McGarey prepared with the assistance

of Mr. Turner and me on behalf of the Commission for submission to FINRA.

6.   Several of the documents listed on Exhibit A (including SEC-MC0300609, SEC-

MC0300610-612, SEC-MC0300613, SEC-MC0300614-616, SEC-MC0300617-619, SEC-

MC0300621-623, and SEC-MC0300648-650) relate to the drafting of a closing

memorandum for HO-09900.  SEC-MC0300613 is an August 14, 2009 email from Alton

Turner to Alexander Koch (with a copy to Paul Harley, another staff member who worked on

HO-09900) forwarding an attached copy of a draft version of a closing memo.  I have been

advised by attorneys within the Office of General Counsel who oversaw the retrieval of these

documents that SEC-MC0300614-616, a redlined draft version of the closing memo

3

reflecting the comments of members of the staff assigned to HO-09900, was the version of

the draft closing memo attached to the August 14 email.  SEC-MC0300617-619 and SEC-

MC0300648-650 are other undated redlined draft versions of the closing memo, and SEC-

MC0300621-623 is another undated draft version.  SEC-MC0300609 is an August 19, 2009

email from Alton Turner to myself (with a copy to Alexander Koch and Paul Harley)

forwarding an attached revised draft version of the closing memorandum.  I have been

similarly advised that SEC-MC0300610-612 was the version of the draft closing memo

attached to the August 19 email.  Collectively, these materials are deliberative in that they

reflect the staff's thoughts, evaluations, and discussions concerning the decision to close HO-

09900.

7. Certain of the documents listed on Exhibit A (e.g., SEC-MC0300136-140, SEC-

MC0301884-888 and SEC-MC0301918-920) are copies of internal Commission quarterly

reports prepared to summarize the status of ongoing investigations being handled within the

Division of Enforcement.  References to all cases other than to Mamma.com have been

redacted in order to prevent the disclosure of information regarding other matters under

investigation.  The Commission has a duty to safeguard the privacy interests of the entities

and individuals which are the subject of these Commission investigations, all of which are

completely unrelated to Mr. Cuban's motion.

8. The document stamped SEC-MC0300656 reflects an internal Commission email exchange

between me and another Commission staff member discussing an appropriate response to an

inquiry received from a reporter regarding HO-09900.  The contents of this email are

4

deliberative in nature and discuss Commission procedures for handling information requests relating to open investigations.

9. The document stamped SEC-MC0300945-947 reflects emails exchanged between Alton Turner and a "tippee" who supplied information to Mr. Turner about Mamma.com.  The final email reflects the fact that Mr. Turner forwarded his email exchange to me and to Kara Brockmeyer on October 26, 2005 for informational purposes.  Disclosing the identity of a tipper and transmitting parties, and the information forwarded, serves no useful purpose in this litigation.  Absent extraordinary circumstances, the disclosure of the identity of those providing tips of possible securities violations, and disclosure of the information provided, would harm the public interest by making persons with information of potential securities violations less willing to provide information to the Commission

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief.

Executed on April 19, 2010.

Yuri B. Zelinsky
Assistant Director
Division of Enforcement
Securities and Exchange Commission

5

116

# Exhibit B-4

# SEC Declaration

# Declaration of Stephen J. Korotash

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 3-08-CV-2050-D (SAF) |
| | : | |
| MARK CUBAN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

<u>**DECLARATION OF STEPHEN J. KOROTASH**</u>

I, Stephen J. Korotash, hereby declare, under penalty of perjury, in accordance with 28

U.S.C. 1746, state as follows:

1.  I am employed as the Associate Regional Director, Enforcement, for the Fort Worth

    Regional Office ("FWRO") of the Securities and Exchange Commission

    ("Commission"). In that capacity I supervise the office's enforcement activities

2.  I had no involvement in investigation HO-10576, which was being conducted by Division

    of Enforcement staff in the Commission's Washington, D.C., headquarters. I make the

    following statements based upon my personal knowledge. I make this declaration in

    support of the Commission's Opposition to Mark Cuban's Motion to Compel.

3.  Documents SEC-MC0201702/06 and SEC-MC0201707/11 are a draft and a final version

    of an internal memorandum regarding personnel issues concerning a Fort Worth SEC

1

employee and their possible effect upon HO-10576 and any resulting Enforcement action. The memorandum was prepared to inform senior Enforcement officials as part of their deliberations on how to address both items.

4. Document SEC-MC0201712/15 is a draft memorandum concerning a possible proposed personnel action. One paragraph deals with issues relating to Cuban. The remainder of the memorandum concerns personnel issues unrelated to Cuban. This document was drafted as part of FWRO management deliberations as to possible personnel action.

5. Document SEC-MC0302288/374 is a memorandum concerning a proposed personnel action, with attachments. One paragraph of the memorandum deals with issues relating to Cuban. The remainder of the memorandum, and most of the attachments, concern personnel issues unrelated to Cuban. Also, two attachments to the memorandum, concerning an issue unrelated to Cuban, contain information concerning a law enforcement investigation the release of which would disclose that investigation, and which would reveal law enforcement techniques and procedures..

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief.

Executed on April 16, 2010.

_____
Stephen J. Korotash

2

119

# Exhibit C-1

# Document:

# MCSEC0002034-35

**Unknown**

From: Clark, Christopher J.
Sent: Monday, November 17, 2008 1:37 PM
To: 'kara.scannell@wsj.com'
Subject: On Background

This is the full text of one of the emails, I wanted to make sure you had it,.

-----Original Message-----
From: ████████████████████████

Sent: Saturday, May 05, 2007 2:27 PM

To: Mark Cuban

Cc: Cox, Christopher

Subject: RE: "Lose Change"

I AM SHARING THIS WITH CHAIRMAN COX. NEITHER HE NOR THE COMMISSION ENDORSE

MY OPINIONS, BUT IN LIGHT OF YOUR THREAT, I THOUGHT SHOULD SEND THIS TO HIM.

Mark:

If this upsets you, I wonder how George Bush feels. I assume that Mr. Cox

would view your involvement with "Loose Change" much as I do. After all, he

served his country as a Republican Congressman from Orange County for nearly

20 years and was appointed by President Bush. If you feel like sharing my

thoughts with Chairman Cox, be my guest.

Previously, I thought you were merely foolish and naïve. Now, however, I

see that you are also a hypocrite. I guess your belief in free speech has

severe limitations. If someone else is the victim of an absurd conspiracy

theory, you defend your right to participate in smearing the good name of of

2/19/2010

**CONFIDENTIAL**

MCSEC0002034

a patriot like President Bush. But, when you are the subject of a parody of

the attack you have endorsed, you suddenly issue threats.

I think I will e-mail this to Chairman Cox myself. I think he will enjoy

it. I'm sure he is also a Laker fan.

Since Chairman Cox may not know the background, I will explain. Mark Cuban

is the owner of the Dallas Mavericks and has participated in distributing

the vicious and absurd documentary, "Loose Change," which posits that

President Bush planned the demolition of the World Trade Center as a pretext

for going to war against Iraq. We have had some past exchanges about my

opinion the Mr. Cuban's support for this project is irresponsible and

immoral. Below, I parodied his position that every opinion, no matter how

absurd and vicious, deserves to be broadly disseminated.

2/19/2010

**CONFIDENTIAL**

**MCSEC0002035**

# Exhibit C-2

# SEC Document:

# SEC-MC0302501-04

| | |
|---|---|
| **From:** | McKown, Joan <McKownJ@SEC.GOV> |
| **Sent:** | Monday, February 26, 2007 2:21 PM (GMT) |
| **To:** | Friestad, Scott <FriestadS@SEC.GOV>; Thomsen, Linda <ThomsenL@SEC.GOV> |
| **Subject:** | RE: Mark Cuban |

Now I feel fully informed.  The picture with the money is particularly helpful and certainly speaks a 1,000 words (if not more).

**From:** Friestad, Scott
**Sent:** Monday, February 26, 2007 8:52 AM
**To:** Thomsen, Linda; McKown, Joan
**Subject:** Mark Cuban

SEC-MC0302501







SEC-MC0302502





SEC-MC0302503



SEC-MC0302504