# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| MARK CUBAN, | ) ) |
| Defendant. | ) ) ) |

Civil Action No. 3:08-cv-02050 (SAF)

## DEFENDANT MARK CUBAN'S MOTION TO EXCLUDE OPINIONS, TESTIMONY, AND REPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EXPERT THOMAS LEE HAZEN

Defendant Mark Cuban respectfully moves this Court to exclude the opinions, report, and all testimony of the Securities and Exchange Commission's expert Thomas Lee Hazen. As set forth more fully in the accompanying Memorandum of Law in support of this Motion, which is incorporated herein by reference, Professor Hazen's opinions are not proper rebuttal opinions, they consist of inadmissible legal conclusions, Professor Hazen's methodology – to the extent he is following one at all – is undisclosed and flawed, Professor Hazen is not qualified to opine as to the matters he purports to "rebut," and his opinions will not assist the trier of fact in this case.

Dated: October 19, 2012
      Washington, D.C.

By:   _/s/ Lyle Roberts_____
Lyle Roberts (*pro hac vice*)
D.C. Bar No. 464789
George E. Anhang (*pro hac vice*)
D.C. Bar. No 461936
Kyle P. Reynolds
D.C. Bar. No. 999815
COOLEY LLP
777 Sixth St., NW, Suite 1100
Washington, D.C. 20001
Tel. (202) 842-7855
Fax (202) 842-7899
lroberts@cooley.com
ganhang@cooley.com
kreynolds@cooley.com

Stephen A. Best
D.C. Bar No. 428447
Brian D. Nysenbaum (*pro hac vice*)
D.C. Bar No. 977191
BROWNSTEIN HYATT FARBER SCHRECK LLP
1350 I Street NW, Suite 510
Washington, D.C. 20005
Tel. (202) 747-0500
Fax (202) 296-7009
sbest@bhfs.com
bnysenbaum@bhfs.com

        Leslie A. Maria (*pro hac vice*)
        D.C. Bar No. 484806
        SCHIFF HARDIN LLP
        901 K Street, NW
        Washington, D.C. 20001
        Tel. (202) 778-6419
        Fax (202) 778-6460
        lmaria@schiffhardin.com

        Christopher J. Clark (*pro hac vice*)
        LATHAM & WATKINS LLP
        885 Third Avenue
        New York, New York 10022
        Tel. (212) 906-1200
        Fax (212) 751-4864
        christopher.clark2@lw.com

        *Attorneys for Defendant Mark Cuban*

*OF COUNSEL:*
Thomas M. Melsheimer
Texas Bar No. 13922550
Steven H. Stodghill
Texas Bar No. 19261100
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Tel. (214) 747-5070
Fax (214) 747-2091
melsheimer@fr.com
stodghill@fr.com

**CERTIFICATE OF CONFERENCE AND SERVICE**

In accordance with Local Rules 7.1(b) and 7.1(h) of the United States District Court for the Northern District of Texas, I hereby certify that this motion is opposed by the SEC. I further certify that I met and conferred with the SEC regarding this motion by telephone on October 16, 2012. The attorneys present for the SEC at this conference included Duane Thompson, Adam Aderton, and Kevin O'Rourke. Because of the parties' fundamental disagreement as to the propriety and admissibility of Prof. Hazen's report, testimony, and opinions, the parties could not reach agreement at that time.

I further certify that on October 19, 2012, I electronically submitted the foregoing document, along with the accompanying Memorandum of Law and Appendix, with the clerk of court for the United States District Court for the Northern District of Texas using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically.

                                                                               */s/ Lyle Roberts*