IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 3:08-CV-2050-D |
| VS. | § § | |
| MARK CUBAN, | § § | |
| Defendant. | § | |

## JUDGMENT

This civil action was tried to a jury beginning on September 30, 2013. On October 16, 2013 the jury returned a verdict in favor of the defendant.

Accordingly, it is ordered and adjudged that this civil action is dismissed with prejudice.

Done at Dallas, Texas October 16, 2013.

SIDNEY A. FITZWATER
CHIEF JUDGE